

Keith E. Russell M A I — Maricopa County Assessor

| QUICK LINKS ... ▼ | Home |  Contacts *Parcel Search: ☐ ☐ ☐ ☐ **GO** |

Advanced Search Options                    *Market Overview   *Residential Similar Property Search

No Parcel Number? Use Advanced Search Options.          *(A parcel number is needed to use these Features)

Advanced Parcel Search

- Office of the Assessor
- Seniors Valuation Protection
- Maps
- Forms
- Reports / Data Sales
- Real Property
- Personal Property

**Parcel Search Results**

**Instructions:** Click on the Parcel Number to view parcel details.

**Your search for Owner Last Name: tezak, Street Name: biltmore returned 2 parcels.**

| Parcel | Owner Name | City | Address |
|--------|-----------|------|---------|
| 164-71-539 | TEZAK INVESTMENT CORPORATION | PHOENIX | 2 BILTMORE ESTATES DR |
| 164-71-293 | TEZAK QUENTIN R/BETTY A | | 8 BILTMORE ESTATES |

New Search

**Disclaimer**

The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home     Legal Information     Privacy/Security Policies                    ©2008 Maricopa County

Maricopa County Assessor || 301 W. Jefferson St. || Phoenix, AZ 85003
602-506-3406



GOVERNMENT EXHIBIT



QUICK LINKS ...    ▾    🏠 Home 🅱 Contacts *Parcel Search: ☐ ☐ ☐ ☐ GO

Advanced Search Options          *Market Overview   *Residential Similar Property Search
   No Parcel Number? Use
   Advanced Search Options.        *(A parcel number is needed to use these Features)

New Search    Printer Friendly Version                              View GIS Maps

## Property Information

| | |
|---|---|
| **Parcel #:** 164-71-539 | **Subdivision Name:** TWO BILTMORE ESTATES 2ND AMD |
| **MCR #:** 76044 | **Lot #:** 103 |
| **Property Address:** 2 BILTMORE ESTATES DR 103 PHOENIX 85016 | **School Dist:** MADISON SCHOOL DISTRICT |
| **Property Description:** TWO BILTMORE ESTATES CONDOMINIUM 2ND AMD MCR 760-44 UNIT 103 (PLEASE NOTE: FOR LEGAL DESCRIPTION REFERENCES REGARDING THE PERCENTAGE OF OWNERSHIP OF THE COMMON AREA(S) PLEASE REFER TO THE RECORDED COVENANTS, CONDITIONS AND RESTRICTIONS (CCR) ASSOCIATED WITH THIS PLAT.) | **Local Jurisdiction:** PHOENIX |
| **Section Township Range:** 14 2N 3E | Tax District |
| **Associated Parcel:** | FAQs |

## Owner Information

View Tax Information

| | |
|---|---|
| **Owner:** TEZAK INVESTMENT CORPORATION | |
| **In Care Of:** | |
| **Mailing Address:** 2340 S STANDAGE MESA AZ 85202 USA | |
| **Deed #:** 081079929 | **Sales Price:** $2,600,000 |
| **Deed Date:** 12/23/2008 | **Sales Month/Year:** 11/2007 |

## Valuation Information

View Similar Parcels

| Tax Year: | 2011 | 2010 | 2009 |
|---|---|---|---|
| **Full Cash Value (FCV):** | $1,336,000 | $1,813,500 | $1,958,000 |
| **Limited Property Value (LPV):** | $1,336,000 | $1,813,500 | $1,742,620 |
| **Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.** | | | |
| **Legal Class:** | 4 | 4 | 4 |
| **Assessment Ratio:** | 10.0% | 10.0% | 10.0% |
| **Assessed FCV:** | $133,600 | $181,350 | $195,800 |
| **Assessed LPV:** | $133,600 | $181,350 | $174,262 |
| **Property Use Code:** | 0750 | 0750 | 0750 |
| **Tax Area Code:** | 381300 | 381300 | 381300 |

## Additional Component Information (for this parcel)

Valuation          Characteristics          Commercial Property Overview

New Search Helpful Information:

[recorder] [glossary] [forms]

### Disclaimer

The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home    Legal Information    Privacy/Security Policies

©2008 Maricopa County



QUICK LINKS ... ▾  Home ⓒ Contacts *Parcel Search: [ ][ ][ ][ ] GO

Advanced Search Options  *Market Overview  *Residential Similar Property Search

No Parcel Number? Use
Advanced Search Options.

*(A parcel number is needed to use these Features)

New Search  Printer Friendly Version

## Property Information

**Parcel #:** 164-71-293
**MCR #:** 73334
**Property Address:** 8 BILTMORE ESTATES 107
85016
**Property Description:** FAIRWAY LODGE AT THE BILTMORE CONDOMINIUM AMD MCR 733-34 UNIT 107 (PLEASE NOTE: FOR LEGAL DESCRIPTION REFERENCES REGARDING THE PERCENTAGE OF OWNERSHIP OF THE COMMON AREA(S), PLEASE REFER TO THE RECORDED COVENANTS, CONDITIONS AND RESTRICTIONS (CCR) ASSOCIATED WITH THIS PLAT.)
**Section Township Range:** 14 2N 3E
**Associated Parcel:**

**Subdivision Name:** FAIRWAY LODGE AT THE BILTMORE CONDOMINIUM AMD
**Lot #:** 107
**School Dist:** MADISON SCHOOL DISTRICT

**Local Jurisdiction:** PHOENIX

Tax District
FAQs

View GIS Maps

## Owner Information

View Tax Information

**Owner:** TEZAK QUENTIN R/BETTY A
**In Care Of:**
**Mailing Address:** 2340 S STANDAGE
MESA AZ 85202 USA
**Deed #:** 080644626
**Deed Date:** 7/24/2008

**Sales Price:** $798,000
**Sales Month/Year:** 1/2007

## Valuation Information

View Similar Parcels

| Tax Year: | 2011 | 2010 | 2009 |
|---|---|---|---|
| Full Cash Value (FCV): | $490,500 | $737,500 | $702,000 |
| Limited Property Value (LPV): | $490,500 | $687,258 | $624,780 |
| Notice: The values displayed on this page may not reflect constitutional or statutory adjustments. | | | |
| Legal Class: | 4 | 4 | 4 |
| Assessment Ratio: | 10.0% | 10.0% | 10.0% |
| Assessed FCV: | $49,050 | $73,750 | $70,200 |
| Assessed LPV: | $49,050 | $68,726 | $62,478 |
| Property Use Code: | 0750 | 0750 | 0750 |
| Tax Area Code: | 381300 | 381300 | 381300 |

## Additional Component Information (for this parcel)
Valuation  Characteristics  Commercial Property Overview

New Search  Helpful Information:
recorder  glossary  forms

### Disclaimer
The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home  Legal Information  Privacy/Security Policies

©2008 Maricopa County 

PAGE 1

# RESIDENTIAL LEASE AGREEMENT



*The printed portion of this contract has been approved by the ARIZONA ASSOCIATION OF REALTORS® ("AAR") This is intended to be a binding contract. No representation is made as to the legal validity or adequacy of any provision or the tax consequences thereof. If you desire legal, tax or other professional advice, consult your attorney, tax advisor, insurance agent or professional consultant*

1. Landlord: _____ TEZAK INVESTMENT CORP _____ or ☐ as identified on Line 329.
   LANDLORD'S NAME(S)

2. TENANT: _____ SHAWN SPRINGS _____
   TENANT'S NAME(S)

3. Landlord rents to Tenant and Tenant rents from Landlord, the real property and all fixtures and improvements thereon
4. and appurtenances incident thereto, plus personal property described below (collectively the "Premises").

5. Premises Address: _____ 8 E. BILTMORE ESTATES DRIVE _____

6. City: _____ PHOENIX _____ AZ, Zip Code: _____ 85016 _____

7. Personal Property Included:  ☒ Washer  ☒ Dryer  ☒ Refrigerator  ☒ Range/Oven  ☒ Dishwasher  ☒ Microwave
8. ☒ Other: FULLY FURNISHED

9. Occupancy: The Premises shall be used only for residential purposes and only by the following named persons:
10. _____
11. _____

12. Assignment and Occupancy Restrictions: Only persons listed above may occupy the Premises or any part thereof
13. without Landlord's prior written consent. If Tenant attempts to sublet, transfer, or assign this Agreement and/or allows
14. any persons other than those listed above to occupy the Premises without Landlord's prior written consent, such
15. act shall be deemed a material non-compliance by the Tenant of this Agreement and the Landlord may terminate
16. this Agreement.

17. Addenda Incorporated: ☐ Lead-based Paint Disclosure  ☒ Inventory List
18. ☐ Other: PHOTO INVENTORY

19. Term: The lease shall begin on _03/01/09_ at _NOON_ and end on _05/31/09_ at _NOON_ , at which time this Agreement
                                    MO/DAY/YR     TIME              MO/DAY/YR     TIME
20. shall automatically continue on a month-to-month basis, but with all other terms and conditions set forth herein remaining the
21. same, unless either party provides written notice to the other of their intention to terminate the Agreement. Notice to
22. terminate the Agreement at the end of the original term shall be given on or prior to the last rental due date of the original
23. term. Notice to terminate, if on a month-to-month basis, shall be given thirty days prior to the periodic rental date specified in the
24. notice. At lease termination Tenant shall return all keys/garage door/entry gate openers as described on Lines 107-108 and
25. vacate the Premises.

26. IF THE TENANT WILLFULLY FAILS TO VACATE THE PREMISES AS PROVIDED FOR IN THIS AGREEMENT, THE
27. LANDLORD SHALL BE ENTITLED TO RECOVER AN AMOUNT EQUAL TO BUT NOT MORE THAN TWO MONTHS'
28. PERIODIC RENT OR TWICE THE ACTUAL DAMAGES SUSTAINED BY THE LANDLORD, WHICHEVER IS GREATER, AS
29. PROVIDED FOR IN THE ARIZONA RESIDENTIAL LANDLORD AND TENANT ACT ("ARLTA").

30. Earnest Money Receipt:  ☒ No Earnest Money is required.
31. ☐ Earnest Money is required in the amount of $ _____ and shall be held by
32. Broker named on Line 293 until offer is accepted. Tenant understands that,
33. until offer is accepted, Landlord is entitled to lease the Premises to another Tenant.

34. Form of Earnest Money: ☐ Personal Check  ☐ Cashier's Check  ☐ Other: _____

35. Upon acceptance of this offer by Landlord, Earnest Money will be deposited with:
36. ☐ Broker's Trust Account _____
                              (PRINT BROKERAGE FIRM'S NAME)
37. ☐ Landlord
38. ☐ Other: _____

---

Initials: _____ / _____          ARIZONA          Initials: _____ / _____
         TENANT  TENANT          REALTORS® 2008 Form RLA          LANDLORD  LANDLORD

PAGE 1 of 8



GOVERNMENT EXHIBIT

June 7, 2007

Regarding: Fairway Lodge at the Biltmore
                Unit # 107
                Mold/Water Damage

Dear Bob Tezak,

Please be advised that under the Condominium Declaration, each unit owner is responsible for the maintenance of his or her own unit. The drywalls of the unit are part of the unit.

The Fairway Lodge at the Biltmore Condominium Association is advising the owners of unit numbers 307, 207, and 107, that they are responsible for the water damage in their own unit. These repairs should be made in an expedient manor. The safety of everyone is a concern. Each homeowner should seek counsel from his or her own Homeowners Insurance Company.

The Association is requesting (as per the CC&R'S, Article 5) the repairs be made within fifteen (15) business days and to notify the Association when repairs are complete.

We appreciate your diligence in this unfortunate event.


Fairway Lodge at the Biltmore Condominium Association
Sharon Rugee
Community Manager

## ACCOUNTS RECEIVABLE REQUEST FOR:

X☐ **WAIVER**          ☐ **WRITE-OFF**          ☐ **REFUND**
(Fees/Fines)          (Bad Debt)          (Fees & Deposits)

****Please Note: If this is for a fine you must give a copy to the Compliance Coordinator in addition to your A/R Representative. No fees will be waived without this form completed.****

If this is a refund, Requestor needs to be notified upon completion.
If this is a Write-Off, completed form needs to be returned to Requestor with board meeting minutes or board member representative signature below.
If this is a waiver-completed form needs to be returned to A/R representative with board meeting minutes or board member representative signature below.
If action was not taken at a meeting, put "N/A" in place of meeting date.

Homeowner Name: Bob Tezak

Association: Fairway Lodge at the Biltmore  Acct: 203000-0107-01

## x☐ APPROVED

What is **approved** to be Waived/Written-Off/Refunded: All Fees to be paid by Developer (Board of Directors)

Total Amount **approved** to be Waived/Written-Off/Refunded: $All collection fees and assessments. $4156.25

Reason for Waiver/Write-Off/Refunded

_____

## ☐ DENIED          ☐ MORE INFORMATION NEEDED

Reason Denial/Information Needed: _____

_____

_____

Request Submitted By: GK Biltmore (Board of Directors) Date: 1/11/08

Approved By: _____          Date: 1/11/08
Title: Board of Directors V.P.     Date of Meeting: 1/11/08

**Revised 10/27/05**

[ Add | Edit | Delete ]

Notes:       Bob came in and said that he never
             received his remotes for his unit. I gave
             his 2 remotes for his unit plus traded him
             a remote that wasn't working 2/4/10
Created:     2/8/2010 4:15:49 PM
Created By:  jyarter

View Archived

**Call Log History - Edit Call**

Two Biltmore
# 103

| | |
|---|---|
| Date Taken: | 3/9/2010 1:04:00 PM |
| Taken By: | Jacqueline Yarter |
| From: | Quentin Tezak-Owner |
| | Selected: Work Order |
| Principal Reasons for Call: | No Reason |
| | Account Balance |
| | Repeat Inquiry |
| Status: | Closed |
| Subject: | Elevator |

Notes:

Bob Tezak called and left a message that the elevator near
his unit needs to be serviced. I called him back to let him
know that I would create work order.

Back          Delete

Date Taken:     2/8/2010 4:15:10 PM

From:     Bob Tezak

Taken By:     Jacqueline Yarter

Subject:     Warranty request form

*Two Biltmore #103*

Reason 01:     Other

Reason 02:

Reason 03:

Reason 04:

Reason 05:

Notes:     Bob called and left a message that I email him a warranty request form. I emailed it to him 2/8/10



### SIGNAL GATES
1800 S. 5TH Avenue
Tucson, Arizona 85713
1-800-379-2416 or (520) 628-3199

## GATE INFORMATION REQUEST FOR:  TWO BILTMORE ESTATES

**Note:** Requests received after 4:30 p.m. may not be effective until the following working day.
Gate information changes may be made only by permission of the Property Management
Company.  For any entries, please fax this form to Signal Gates.  We will file maintain from
signed faxed forms only.  (Liability and Security purposes)

### ◆ FAX: (800) 269-1170 CORPORATE

☒ New Resident                                    ☐ Existing Resident

☐ Add Remote    ☐ Delete Remote    ☐ Change Resident Information    ☐ Delete Resident Information

Remote/Card Numbers Assigned   _21080,21075_

4-digit Entry Code ( # )  ▓▓▓▓
(For security purposes, please avoid codes such as 1234, 1111, 2222, etc)

### 1.  Please print information clearly

Resident Name: _ROBERT J TEZAK_

Do you want your name to show on the screen for visitors? ☐ Yes  ☒ No
How do you want your name to appear (15 letter maximum, including spaces)

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___
(Usually Last Name, First Name)

Local Phone Number: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
(Long distance numbers will not work)

Directory/Unit Number: _103_    (3-digit numeric lot number)

SIGNATURE OF AUTHORIZED PARTY_____

Use for Doorking



## SIGNAL GATES

1800 S. 5TH Avenue
Tucson, Arizona 85713
1-800-379-2416 or (520) 628-3199

### GATE INFORMATION REQUEST FOR: Two Biltmore

**Note:** Requests received after 4:30 p.m. may not be effective until the following working day. Gate information changes may be made only by permission of the Property Management Company. For any entries, please fax this form to Signal Gates. We will file maintain from signed faxed forms only. (Liability and Security purposes)

◆ **FAX: (800) 269-1170 CORPORATE**

☐ New Resident        ☒ Existing Resident

☒ Add Remote    ☐ Delete Remote    ☐ Change Resident Information    ☐ Delete Resident Information

Do you need access to the parking garage and elevators?  (YES)  NO

Remote/Transmitter Numbers Assigned  6 4 4 8 1 , 6 4 4 8 2 , 6 4 4 8 3

Card/Fob Numbers Assigned  _ _ _ _ , _ _ _ _ , _ _ _ _

4-digit Entry Code  ▮▮▮▮▮▮▮
(For security purposes, please avoid codes such as 1234, 1111, 2222, etc)

### Please print information clearly

Resident Name: **Bob Tezak**

Do you want your name to show on the screen for visitors? ☐ Yes  ☒ No

How do you want your name to appear (15 letter maximum, including spaces)

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(Usually Last Name, First Name)

Local Phone Number: _____
(Long distance numbers will not work)

Directory/Unit Number: _____ (3-digit numeric lot number)

SIGNATURE OF AUTHORIZED PARTY _____

Use for Linear

Arizona Corporation Commission

State of Arizona Public Access System

## Jump To...

| Annual Reports | Scanned Documents | Amendments | Notices of Pending Administrative Dissolution | Microfilm |

E-FILE An Annual Report Online  << Click Here

FORMS For Annual Reports To Be Printed And Mailed  << Click Here

| Corporate Inquiry | |
|---|---|
| **File Number:** -1116963-7    DELINQUENT ANNUAL REPORT 09/16/2010 | Check Corporate Status |
| **Corp. Name: TEZAK INVESTMENT CORPORATION** | |

### Domestic Address

| 2340 S STANDAGE |
|---|
| MESA, AZ 85202 |

### Second Corp. Address

| , |
|---|

### Statutory Agent Information

| Agent Name:  ROBERT J TEZAK |
|---|
| |
| **Agent Mailing/Physical Address:** |
| 2340 S STANDAGE |
| MESA, AZ 85202 |
| |
| **Agent Status:** APPOINTED 02/06/2004 |
| **Agent Last Updated:** 08/30/2004 |

### Additional Corporate Information

| Corporation Type: BUSINESS | Business Type: REAL ESTATE |
|---|---|
| Incorporation Date: 02/06/2004 | Corporate Life Period: PERPETUAL |
| Domicile: ARIZONA | County: MARICOPA |
| Approval Date: 06/16/2004 | Original Publish Date: 09/10/2004 |
| Status: DELINQUENT ANNUAL REPORT | Status Date: 09/16/2010 |

GOVERNMENT
EXHIBIT

## Officer Information

| TIFFANY HARPER | ROBERT TEZAK |
|---|---|
| PRESIDENT/CEO | PRESIDENT |
| 2340 S STAUDAGE | 2340 S STANDAGE |
| MESA,AZ  85202 | MESA,AZ  85202 |
| Date of Taking Office: 07/01/2004 | Date of Taking Office: 01/01/2005 |
| Last Updated: 07/18/2009 | Last Updated: 07/18/2009 |

| MARK TEZAK | |
|---|---|
| VICE-PRESIDENT | |
| 2340 S STANDAGEM | |
| MESAA,AZ  85202 | |
| Date of Taking Office: 01/01/2005 | |
| Last Updated: 07/18/2009 | |

## Director Information

| ROBERT TEZAK | TIFFANY HARPER |
|---|---|
| DIRECTOR | DIRECTOR |
| 2340 S STANDAGE | 2340 S STANDAGE |
| MESA,AZ  85202 | MESA,AZ  85202 |
| Date of Taking Office: 04/01/2009 | Date of Taking Office: 04/01/2005 |
| Last Updated: 07/18/2009 | Last Updated: 07/18/2009 |

| MARK TEZAK | BETTY TEZAK |
|---|---|
| DIRECTOR | DIRECTOR |
| 2340 S STANDAGE | 2340 S STANDAGE |
| MESA,AZ  85202 | MESA,AZ  85202 |
| Date of Taking Office: 01/01/2005 | Date of Taking Office: 01/01/2005 |
| Last Updated: 07/18/2009 | Last Updated: 07/18/2009 |

| QUENTIN TEZAK | |
|---|---|
| DIRECTOR | |
| 2340 S STANDAGE | |
| MESA,AZ  85202 | |
| Date of Taking Office: 01/01/2005 | |
| Last Updated: 07/18/2009 | |

## Annual Reports

| Next Annual Report Due: 06/06/2010 | E-FILE An Annual Report Online << Click Here |
|---|---|
| | FORMS For Annual Reports To Be Printed And Mailed << Click Here |

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
|---|---|---|---|---|---|
| 2009 | 06 | 06/19/2009 | | | |
| 2008 | 06 | 09/22/2008 | | | |

| 2007 | 06 | 07/16/2007 | | | |
|------|----|-----------|--|--|--|
| 2006 | 06 | 07/16/2007 | | | |
| 2005 | 06 | 06/14/2005 | | | |

Back To Top

## Scanned Documents

**(Click on gray button to view document - will open in a new window)**

| Document Number | Description | Date Received |
|-----------------|-------------|---------------|
| 01011234 | PUB OF ARTICLES | 09/10/2004 |
| 01244546 | 05 ANNUAL REPORT | 06/14/2005 |
| 01418325 | PUB OF AMENDMENT | 12/05/2005 |
| 02088869 | 06 ANNUAL REPORT | 07/16/2007 |
| 02575238 | 08 ANNUAL REPORT | 09/22/2008 |
| 02832022 | 09 ANNUAL REPORT | 06/19/2009 |

Back To Top

## Amendments

| Amendment Date | Amendment Type | Publish Date | Publish Exception |
|----------------|----------------|--------------|-------------------|
| 12/22/2004 | NAME CHANGE | 12/05/2005 | |

Back To Top

## Notices of Pending Administrative Dissolution

**(Click on gray button - if present - to view notice - will open in a new window)**

| Date | Reason |
|------|--------|
| 09/16/2010 | DELINQUENT ANNUAL REPORT |
| 09/10/2008 | DELINQUENT ANNUAL REPORT |
| 10/05/2005 | DELINQUENT AMENDMENT PUBLICATION |

Back To Top

## Name Changes / Mergers

| Description | Corporation Name | Date |
|-------------|------------------|------|
| CHANGED FROM | TEZAK INVESTMENT, INC. | 12/22/2004 |

## Microfilm

| Location | Date Received | Description |
|---|---|---|
| 11660031021 | 02/06/2004 | ARTICLES |
| 31821003220 | 09/10/2004 | PUB OF ARTICLES |
| 11702009038 | 12/22/2004 | AMENDMENT |
| 31910000699 | 06/14/2005 | 05 ANNUAL REPORT |
| 31908003922 | 10/05/2005 | NOTICE OF PENDING ADMINISTRATIVE DISSOLUTION |
| 31936001478 | 12/05/2005 | PUB OF AMENDMENT |
| 32073001048 | 07/16/2007 | 06 ANNUAL REPORT |
| 32073001054 | 07/16/2007 | 07 ANNUAL REPORT |
| 32155005264 | 09/10/2008 | NOTICE OF PENDING ADMINISTRATIVE DISSOLUTION |
| 32166001142 | 09/22/2008 | 08 ANNUAL REPORT |
| 11872001011 | 04/09/2010 | LEGAL DOCUMENT |
| 11874016024 | 05/21/2010 | LEGAL DOCUMENT |

Back To Top

- Corporate Name Search Instructions
- General Web Site Usage Instructions
- Return to STARPAS Main Menu
- Return to A.C.C. Corporations Division Main Page
- Return to Arizona Corporation Commission Home Page

# U.S. PROBATION OFFICE
## MONTHLY SUPERVISION REPORT FOR THE MONTH _July_ , 20 _10_

| Name: ROBERT J TEZAK | DOB: 2-17-48 | Court Name (if different): | Probation Officer: D BATES |
|---|---|---|---|

### PART A: RESIDENCE (If new address, attach copy of lease/purchase agreement.)

| Street Address, Apt. Number: 2340 S STANDAGE | Own or Rent? | Home Phone: ▮▮▮ Cellular Phone: ▮▮▮ Pager: |
|---|---|---|
| City, State, Zip Code: MESA AZ 85202 | | Persons Living With You: |
| Secondary Residence: | Own or Rent? | Did you move during the month? ☐ Yes ☒ No |
| Mailing Address (if different): | E-Mail Address: | If yes, date moved: _____ Reason for Moving: |

### PART B: EMPLOYMENT (If unemployed, list source of support under Part D.)

| Name, Address, Phone No. of Employer: TIFFMAN NETWORK INC TEZAK INVESTMENT CORP | Name of Immediate Supervisor: T HARPER | Is your employer aware of your criminal status? ☒ Yes ☐ No |
|---|---|---|
| | How many days of work did you miss? _0_ Why? | |
| | Position Held: OPERATOR | Gross Wages: 921 | Normal Work Hours: Full time |
| Did you change jobs? ☐ Yes ☒ No  Were you terminated? ☐ Yes ☒ No | If changed jobs or terminated, state when and why. | |

### PART C: VEHICLES (List all vehicles owned or driven by you.)

| 1. Year/Make/Model/Color: 2004 BUICK LESABRE BLUE | Mileage: $7,800 | Tag Number: ▮▮▮ R  Vehicle I.D.#: 1G4HP54834U28... | Owner: parents |
|---|---|---|---|
| 2. Year/Make/Model/Color: | Mileage: | Tag Number:  Vehicle I.D.#: | Owner: |

### PART D: MONTHLY FINANCIAL STATEMENT

| Net Earnings from Employment: 184 68 (Attach Proof of Earnings) | Do you rent or have access to: |
|---|---|
| | a post office box? ☐ Yes ☒ No   a safe deposit box? ☒ Yes ☐ No |
| Other Cash Inflows: | a storage space? ☐ Yes ☒ No |
| TOTAL MONTHLY CASH INFLOWS: 100— | Name and Address of Location: _____ Box No. or Space |
| TOTAL MONTHLY CASH OUTFLOW: 184 68 | |

| Do you have a checking account(s)? ☒ Yes ☐ No | Does your spouse, significant other, or dependant have a checking or savings account that you enjoy the benefits of or make occasional contributions toward? |
|---|---|
| Bank Name: 1st midwest | ☐ Yes ☒ No |
| Account No.: ▮▮▮  Balance 245— | |
| Do you have a savings account(s)? ☐ Yes ☒ No | Bank Name: |
| Bank Name: | Account No.: _____ Balance: |
| Account No.: _____ Balance | |
| Attach a complete listing of all other financial account information, if you have multiple accounts. | RECEIVED |

| List all expenditures over $500 (including, e.g., goods, services, or gambling losses): | | | |
|---|---|---|---|
| Date | Amount | Method of Payment | Description of Item |
| _____ | _____ | _____ | AUG 1 2010 |
| _____ | _____ | _____ | U.S. PROBATION FILED |
| _____ | _____ | _____ | PHOENIX, ARIZONA |

GOVERNMENT EXHIBIT D  CARDELL 800-763-0359

PROB 8
(Rev 7/94)

## PART E: COMPLIANCE WITH CONDITIONS OF SUPERVISION DURING THE PAST MONTH

Were you questioned by any law enforcement officers?
☐ Yes  ☒ No

If yes, date _____

Agency _____

Reason _____

Were you arrested or named as a defendant in any criminal case?
☐ Yes  ☒ No

If yes, when and where? _____

Charges _____

Disposition _____

*(Attach copy of citation, receipt, charges, disposition, etc.)*

Were any pending charges disposed of during the month?
☐ Yes  ☒ No

If yes, date _____

Court _____

Disposition _____

Was anyone in your household arrested or questioned by law enforcement?
☐ Yes  ☒ No

If yes, whom? _____

Reason _____

Disposition _____

Did you have any contact with anyone having a criminal record?
☐ Yes  ☒ No

If yes, whom? _____

Did you possess or have access to a firearm?
☐ Yes  ☒ No

If yes, why? _____

Did you possess or use any illegal drugs?
☐ Yes  ☒ No

If yes, type of drug: _____

Did you travel outside the district without permission?
☐ Yes  ☒ No

If yes, when and where? _____

Do you have a special assessment, restitution, or fine?  ☐ Yes  ☐ No      If yes, amount paid during the month:

Special Assessment: _____    Restitution: _____    Fine: _____

NOTE: ALL PAYMENTS TO BE MADE BY MONEY ORDER (POSTAL OR BANK) OR CASHIER'S CHECK ONLY.

Do you have community service work to perform?
☐ Yes  ☒ No

Number of hours completed this month: _____

Number of hours missed: _____

Balance of hours remaining: _____

Do you have drug, alcohol, or mental health aftercare?
☐ Yes  ☒ No

If yes, did you miss any sessions during this month?
☐ Yes  ☐ No

Did you fail to respond to phone recorder instructions?
☐ Yes  ☐ No

If yes, why? _____

WARNING: ANY FALSE STATEMENTS MAY RESULT IN REVOCATION OF PROBATION, SUPERVISED RELEASE, OR PAROLE, IN ADDITION TO 5 YEARS IMPRISONMENT, A $250,000 FINE, OR BOTH.

(18 U.S.C. § 1001)

I CERTIFY THAT ALL INFORMATION FURNISHED IS COMPLETE AND CORRECT.

_____   9-6-10
SIGNATURE                              DATE

REMARKS:

_____   8/12/10
U.S. Probation Officer          Date

RECEIVED:

✓ ____ Mail          ____ OC

____ HC          ____ CC

RETURN TO:   **United States Probation
District of Arizona
230 N. First Avenue, Suite 406
Phoenix, AZ 85003**

TIFFMARK NETWORK INC. 02-04
2340 S STANDAGE
MESA, AZ 85202

1285

81-2256
1221

PAY
TO THE
ORDER OF: ROBERT A TERRY

$ 184.88

ONE Hundred Eighty Four and 88/100 DOLLARS

DATE 8-1-10

CHASE 🗘
JPMorgan Chase Bank, N.A.
Phoenix, Arizona 85073
www.Chase.com

FOR _____

DOLLARS

INFORMATION REDACTED
NOT RESPONSIVE TO SUBPOENA

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

March 10, 2010 through April 09, 2010

Primary Account: ████████ 6923

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

QUINTIN R TEZAK
OR BETTY A TEZAK
OR ROBERT J TEZAK
2340 S STANDAGE
MESA AZ 85202-6815



## We added a new section to your statement......

To make it easier to keep track of your transactions, we added a new section to your statement called "Electronic Withdrawals". This section provides the transaction details for things like automatic payments, account transfers and online bill payments, along with other electronic transactions.

In addition we also:
- Added the "Electronic Withdrawals" to your Checking Summary at the beginning of your statement.
- Renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at 1-800-935-9935 if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | ████████ 6923 | $14,192.78 | $9,719.88 |
| Chase Better Banking Checking | ████████ 9825 | 559.45 | 573.86 |

Page 1 of 12



GOVERNMENT
EXHIBIT

E



**CHASE** ⬡

March 10, 2010 through April 09, 2010
Primary Account: ████████6923



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6859 ^ | | 04/01 | $1,000.00 |
| 6865 * ^ | | 03/16 | 15.00 |
| 6866 ^ | | 03/16 | 160.00 |
| 6867 ^ | | 03/22 | 10.00 |
| 6868 ^ | | 03/29 | 30.00 |
| 6869 | Check # 6869  Home Depot 0469  Purchase  Mesaaz POP ID: ████████0469 | 03/30 | 142.45 |
| 6870 ^ | | 04/05 | 25.00 |
| 6871 ^ | | 04/05 | 10.00 |
| 6872 ^ | | 04/08 | 375.00 |
| 6921 * ^ | | 03/11 | 2,000.00 |

**Total Checks Paid**       **$3,767.45**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on
one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/05 | Card Purchase | 04/03 Bashas' #158 Phoenix AZ Card 8914 | $147.19 |
| 04/06 | Card Purchase | 04/03 Spinatos Pizza Phoenix AZ Card 8914 | 52.26 |
| 04/06 | Card Purchase | 04/04 Safeway  Store00020420 Phoenix AZ Card 8914 | 91.11 |
| 04/06 | Card Purchase | 04/04 Safeway  Store00020420 Phoenix AZ Card 8914 | 13.79 |
| 04/07 | Card Purchase | 04/06 Qwestcomm*TN602 800-244-1111 CO Card 8914 | 164.59 |
| 04/07 | Card Purchase | 04/07 Sprint *Wireless 800-639-6111 VA Card 8914 | 171.86 |
| 04/08 | Card Purchase | 04/07 City of Phx Payment 602-256-3104 AZ Card 8914 | 68.67 |
| 04/08 | Card Purchase | 04/07 Cox*Phoenix Comm Ser 602-277-100 AZ Card 8914 | 234.40 |
| 04/08 | Card Purchase | 04/07 Mastro's Drinkwater's Scottsdale AZ Card 8914 | 840.43 |
| 04/09 | Card Purchase | 04/07 Altm*800862348Mlz 800-381-0500 GA Card 8914 | 206.53 |
| 04/09 | Card Purchase | 04/08 Best Buy  00002600 Mesa AZ Card 8914 | 214.72 |

**Total ATM & Debit Card Withdrawals**       **$2,205.55**

Page 5 of 12

**CHASE** ⬡

April 10, 2010 through May 11, 2010
Primary Account: ●●●●●●●●●●6923

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6877 * ^ | | 04/19 | 15.00 |
| 6878 ^ | | 04/27 | 81.99 |
| 6879 ^ | | 04/26 | 15.00 |
| 6880 | Check # 6880   Target T1429   Purchase   Boc ID: M911925808 | 05/03 | 36.18 |
| 6881 | Check # 6881   Sears Roebuck   Purchase:   Mesa2 POP ID: ●●●●●●●828 | 05/04 | 16.20 |
| 6882 * ^ | | 05/03 | 15.00 |
| 6885 * ^ | | 05/10 | 15.00 |
| **Total Checks Paid** | | | **$1,745.72** |



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS



| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/14 | Card Purchase | 04/12 Chevron 00098544 Phoenix AZ Card 8914 | 56.01 |
| 04/14 | Card Purchase | 04/12 Nautica of New River Phoenix AZ Card 8914 | 155.88 |
| 04/14 | Card Purchase | 04/12 Polo Ralph Lauren Facto Phoenix AZ Card 8914 | 250.02 |
| 04/14 | Card Purchase | 04/13 Padres Latin Grill Phoenix AZ Card 8914 | 67.92 |
| 04/15 | Card Purchase | 04/13 Beautyencounter.Com 714-698-0628 CA Card 8914 | 89.70 |
| 04/15 | Card Purchase | 04/13 AZ Republic Classifi 602-4448561 AZ Card 8914 | 76.00 |
| 04/15 | Card Purchase | 04/14 Choi Tailoring Mesa AZ Card 8914 | 60.00 |
| 04/16 | Card Purchase | 04/14 Beautyencounter.Com 714-698-0628 CA Card 8914 | 100.75 |
| 04/16 | Card Purchase | 04/13 Divine Bistro & Wine B Chandler AZ Card 8914 | 107.72 |
| 04/16 | Card Purchase | 04/14 Islamorada Fish CO Mesa AZ Card 8914 | 76.24 |
| 04/16 | Card Purchase | 04/14 Divine Bistro & Wine B Chandler AZ Card 8914 | 63.72 |
| 04/19 | Card Purchase | 04/16 AZ Biltmore Rm Service Phoenix AZ Card 8914 | 30.73 |
| 04/19 | Card Purchase | 04/16 AZ Biltmore Sp Lounge Phoenix AZ Card 8914 | 45.61 |
| 04/19 | Card Purchase | 04/16 Cvs Pharmacy #5515 Q03 Chandler AZ Card 8914 | 338.54 |
| 04/19 | Card Purchase | 04/16 Albertsons #0980 Mesa AZ Card 8914 | 76.09 |
| 04/19 | Card Purchase | 04/16 Best Buy    00002535 Phoenix AZ Card 8914 | 10.83 |
| 04/20 | Card Purchase | 04/18 Arizona Biltmore Countr Phoenix AZ Card 8914 | 30.07 |
| 04/21 | Card Purchase | 04/19 Arizona Biltmore Countr Phoenix AZ Card 8914 | 33.75 |
| 04/22 | Card Purchase | 04/20 Spinatos Pizza Phoenix AZ Card 8914 | 50.19 |
| 04/22 | Card Purchase | 04/21 Honeybaked Ham #0052 Mesa AZ Card 8914 | 62.65 |
| 04/22 | Card Purchase | 04/21 DR Reem Kidess Dds P Paradise VA AZ Card 8914 | 75.00 |
| 04/22 | Card Purchase | 04/21 Albertsons #0980 Mesa AZ Card 8914 | 125.44 |
| 04/26 | Card Purchase | 04/22 Ilsecofstate Regproc 800-2528980 IL Card 8914 | 115.00 |
| 04/26 | Card Purchase | 04/24 5 & Diner 16th & Coult Phoenix AZ Card 8914 | 36.03 |
| 04/26 | Card Purchase | 04/25 Albertsons #0599 Scottsdale AZ Card 8914 | 41.38 |
| 04/27 | Card Purchase | 04/26 AZ Biltmore Sp Lounge Phoenix AZ Card 8914 | 88.59 |
| 04/28 | Card Purchase | 04/25 Als Italian Beef Scottsdale AZ Card 8914 | 19.81 |
| 04/28 | Card Purchase | 04/27 AZ Biltmore Grill/Tea Phoenix AZ Card 8914 | 59.40 |
| 04/28 | Card Purchase | 04/27 Best Buy    00002600 Mesa AZ Card 8914 | 172.86 |

Page 6 of 12

**CHASE ○**

May 12, 2010 through June 09, 2010
Primary Account: ███████6923



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6886 ^ | | 05/17 | $15.00 |
| 6887 ^ | | 05/24 | 15.00 |
| 6888 ^ | | 06/01 | 15.00 |
| 6889 ^ | | 06/08 | 23.62 |
| 6890 ^ | | 06/08 | 120.00 |
| 6891 ^ | | 06/07 | 15.00 |
| 6893 ^ ^ | | 06/09 | 754.23 |

**Total Checks Paid** $957.85

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

• All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

• An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/12 | Card Purchase | 05/09 Scottsdale Plaza Reso Scottsdale AZ Card 8914 | $587.34 |
| 05/12 | Card Purchase | 05/10 7-Eleven 21022 Mesa AZ Card 8914 | 14.50 |
| 05/12 | Card Purchase | 05/11 Scottsdale Heart Grou Scottsdale AZ Card 8914 | 50.00 |
| 05/12 | Card Purchase | 05/11 Sams Club Gilbert AZ Card 8914 | 155.42 |
| 05/12 | Card Purchase | 05/11 Sams Club Gilbert AZ Card 8914 | 185.19 |
| 05/12 | Card Purchase | 05/11 Sams Club Gilbert AZ Card 8914 | 229.11 |
| 05/13 | Card Purchase | 05/11 Shell Oil 57442275103 Tempe AZ Card 8914 | 20.01 |
| 05/14 | Card Purchase | 05/13 Cox*Phoenix Comm Ser 602-277-100 AZ Card 8914 | 108.57 |
| 05/14 | Card Purchase | 05/13 Best Buy    00002600 Mesa AZ Card 8914 | 54.01 |
| 05/14 | Card Purchase | 05/13 Mercedes Benz 13101985 Chandler AZ Card 8914 | 52.09 |
| 05/14 | Card Purchase | 05/13 Macy's East #451 Phoenix AZ Card 8914 | 129.42 |
| 05/17 | Card Purchase | 05/14 Als Italian Beef Scottsdale AZ Card 8914 | 36.42 |
| 05/17 | Card Purchase | 05/14 AZ Biltmore Sp Lounge Phoenix AZ Card 8914 | 24.40 |
| 05/17 | Card Purchase | 05/14 AZ Biltmore Rm Service Phoenix AZ Card 8914 | 36.12 |
| 05/17 | Card Purchase | 05/14 Spinatos Pizza Phoenix AZ Card 8914 | 38.99 |
| 05/17 | Card Purchase | 05/15 Progressive Computin 800-289-148 CA Card 8914 | 299.74 |
| 05/20 | Card Purchase | 05/18 Cvspharmacy #9297  Q03 Phoenix AZ Card 8914 | 126.13 |
| 05/21 | Card Purchase | 05/20 Stingray - Biltmore Phoenix AZ Card 8914 | 126.13 |
| 05/24 | Card Purchase | 05/20 Mastro's Drinkwater's Scottsdale AZ Card 8914 | 767.66 |
| 06/01 | Card Purchase | 05/29 Albertsons #0952 Phoenix AZ Card 8914 | 126.69 |
| 06/01 | Card Purchase | 05/29 Frys-Food-Drg #129 Phoenix AZ Card 8914 | 62.66 |
| 06/01 | Card Purchase | 05/29 Frys-Food-Drg #129 Phoenix AZ Card 8914 | 25.40 |

**Total ATM & Debit Card Withdrawals** $2,970.57

**CHASE** 

June 10, 2010 through July 12, 2010
Primary Account: ███████████ 6923

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6892 ^ | | 06/10 | $233.63 |
| 6894 *^ | | 06/10 | 245.00 |
| 6895 ^ | | 06/15 | 37.98 |
| 6896 ^ | | 06/14 | 15.00 |
| 6898 *^ | | 06/18 | 25.00 |
| 6899 ^ | | 06/28 | 15.00 |
| 6922 *^ | | 06/21 | 500.00 |

**Total Checks Paid** $1,071.61



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/24 | Card Purchase | 06/23 Sams Club Gilbert AZ Card 8914 | $142.75 |
| 07/02 | Card Purchase | 07/01 Best Buy 00002600 Mesa AZ Card 8914 | 99.99 |
| 07/06 | Card Purchase | 07/02 Cvs Pharmacy #2936 Q03 Joliet IL Card 8914 | 21.51 |
| 07/06 | Card Purchase | 07/04 American Roaming Net 866-2100390 FL Card 8914 | 35.00 |
| 07/06 | Card Purchase | 07/04 Cvs Pharmacy #2936 Q03 Joliet IL Card 8914 | 48.64 |
| 07/07 | Card Purchase | 07/05 Harrah's Hotels & Casin Joliet IL Card 8914 | 34.58 |
| 07/07 | ATM Withdrawal | 07/07 1660 N Plainfield Road Cresthill IL Card 8914 | 500.00 |
| 07/08 | ATM Withdrawal | 07/08 1660 N Plainfield Roa Crest Hill IL Card 8914 | 500.00 |

**Total ATM & Debit Card Withdrawals** $1,382.47

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/28 | Aps Apsivr Ep 824315282 Tel ID: 1860011170 | | $168.88 |
| 07/07 | Online Transfer To Chk Xxxxx9825 Transaction#: 410613868 | | 1,000.00 |
| 07/07 | Online Transfer To Chk Xxxxx9746 Transaction#: 410614116 | | 1,500.00 |

**Total Electronic Withdrawals** $2,668.88



**CHASE** ◒

June 10, 2010 through July 12, 2010
Primary Account ▓▓▓▓▓▓6923



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1411 ^ | | 06/14 | $100.00 |
| 1505 * ^ | | 07/09 | 251.00 |
| 1511 * ^ | | 06/30 | 891.55 |
| 1512 * ^ | | 06/30 | 164.25 |
| **Total Checks Paid** | | | **$1,406.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | Card Purchase With Pin  06/19 Max Stores Phoenix AZ Card 4618 | $20.70 |
| 06/21 | Card Purchase W/Cash    06/20 #00980 Albertsons Mesa AZ Card 4618 | 60.00 |
| 06/28 | Card Purchase           06/25 Walgreens #9202 Mesa AZ Card 4618 | 225.99 |
| 06/28 | Card Purchase           06/25 Bashas' #158 Phoenix AZ Card 4618 | 138.23 |
| 06/28 | ATM Withdrawal          06/26 1781 W Baseline Rd Mesa AZ Card 4618 | 360.00 |
| 06/29 | Card Purchase           06/27 Walgreens #9202 Mesa AZ Card 4618 | 210.74 |
| 07/02 | ATM Withdrawal          07/01 1781 W Baseline Rd Mesa AZ Card 4618 | 500.00 |
| 07/06 | ATM Withdrawal          07/03 120 N Scott Joliet IL Card 4618 | 300.00 |
| 07/06 | ATM Withdrawal          07/04 1660 N Plainfield Road Cresthill IL Card 4618 | 500.00 |
| 07/06 | ATM Withdrawal          07/05 1660 N Plainfield Road Cresthill IL Card 4618 | 300.00 |
| 07/06 | ATM Withdrawal          07/06 1660 N Plainfield Roa Crest Hill IL Card 4618 | 300.00 |
| **Total ATM & Debit Card Withdrawals** | | **$2,855.66** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | Online Payment 843214240 To Chase Cardmember Services | $250.00 |
| 06/11 | Online Transfer To  Chk Xxxxx9746 Transaction#: 392439214 | 1,000.00 |
| 06/11 | Online Payment 835995450 To Ge Money | 650.00 |
| 06/11 | Online Payment 835995451 To Ge Money | 100.00 |
| 06/14 | Online Transfer To  Chk Xxxxx9746 Transaction#: 394280620 | 300.00 |
| 06/15 | Citi Card Online Payment   110142210273646 Web ID: Citictp | 460.00 |
| 06/16 | Online Payment 835997856 To Hsbc Card Services | 265.00 |
| 06/17 | Citi Card Online Payment   130143881794760 Web ID: Citictp | 460.00 |
| 06/17 | Gemoney Pp      Paymentgpp 043000097349229 Web ID: 9044013550 | 450.00 |
| 06/18 | Vba       Membership       PPD ID: 9009662467 | 29.95 |
| 06/21 | Hsbc Nevada     Online Pmt Ckt313512913POS Web ID: 9500000000 | 300.00 |
| 06/22 | Cox Cable       Online Pmt Ckt313512913POS Web ID: 9500000000 | 125.95 |
| 06/23 | Citi Card Online Payment   110148975808485 Web ID: Citictp | 465.00 |
| 06/24 | Online Payment 850192707 To Ge Money | 270.00 |
| 06/25 | Citi Card Online Payment   110150441227191 Web ID: Citictp | 650.00 |
| 06/28 | Online Payment 850196122 To Legacy Visa | 95.00 |

Page 7 of 12

# State Farm Insurance Companies®



Illinois Operations Center
2702 Ireland Grove Road
Bloomington, Illinois 61709-0001

September 2, 2010

MEMO TO:    Patrick J. Fitzgerald
            United States Attorney

FROM:       Christina Hubbard, Underwriting Team Manager
            Calumet Auto Division


            POLICY 581 5941-E26-13B
            BETTY TEZAK
            2005 Mercedes

Attached is the certified policy you requested.



# State Farm Insurance Companies®



Illinois Operations Center
2702 Ireland Grove Road
Bloomington, Illinois 61709-0001

## CERTIFICATE

I, the undersigned, do hereby certify that I am custodian of the records pertaining to the issuance of policies by the Calumet Division of State Farm Fire and Casualty Company of Bloomington, Illinois.

I further certify that the attached policy, number 581 5941-E26-13B, is a copy of the policy issued to BETTY TEZAK of 2340 S STANDAGE MESA AZ 85202-6615 based on our available records.

The policy has been in effect since the origination date of November 26, 2008.

_____
Underwriting Team Manager

State of Illinois

Subscribed and sworn to before me this *8th* day of *September* *2010*

_____
Notary Public

OFFICIAL SEAL
CONNIE TENN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 20, 2012



**State Farm Fire and Casualty Company**

2702 Ireland Grove Rd
Bloomington IL 61709

NAMED INSURED
AT2
13-1940-55JJ      A

001625
TEZAK, BETTY
2340 S STANDAGE
MESA AZ  85202-6615

61645-5-J              FIRE   OVL

## DECLARATIONS PAGE

POLICY NUMBER   581 5941-E26-13B
POLICY PERIOD MAY 26 2010 to NOV 26 2010
       12:01 A.M. Standard Time

AGENT

JIM LACEY
1300 W JEFFERSON
JOLIET, IL 60435-6818

PHONE: (815)725-4711  or  (815)725-4719

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|------|------|-------|-----------|--------------------|-------|
| 2005 | MERCEDES | SL55 AMG | 2DR | WDBSK74F45F091495 | 6A30111300 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---------|-------------------|----------|
| A | Liability Coverage | $142.95 |
|   | Bodily Injury Limits | |
|   | Each Person, Each Accident | |
|   | $100,000    $300,000 | |
|   | Property Damage Limit | |
|   | Each Accident | |
|   | $100,000 | |
| C | Medical Payments Coverage | $9.84 |
|   | Limit - Each Person | |
|   | $5,000 | |
| D | Comprehensive Coverage - $250 Deductible | $68.52 |
| G | Collision Coverage - $500 Deductible | $339.87 |
| H | Emergency Road Service Coverage | $3.94 |
| R1 | Car Rental and Travel Expenses Coverage | $12.06 |
|   | Limit - Car Rental Expense | |
|   | Each Day,    Each Loss | |
|   | $25        $600 | |
| U | Uninsured Motor Vehicle Coverage | $10.57 |
|   | Bodily Injury Limits | |
|   | Each Person, Each Accident | |
|   | $100,000    $300,000 | |
| W | Underinsured Motor Vehicle Coverage | $9.94 |
|   | Bodily Injury Limits | |
|   | Each Person, Each Accident | |
|   | $100,000    $300,000 | |

| Total premium for MAY 26 2010 to NOV 26 2010. | $597.69 | This is not a bill. |
|---|---|---|

### IMPORTANT MESSAGES

For information or assistance with any insurance problem, be sure to contact your STATE FARM AGENT first.  Your good
neighbor agent will be happy to help you.  Section 143c of the Illinois Insurance Code requires notification of the following
addresses:  State Farm Insurance Companies, Illinois Operations Center, 2702 Ireland Grove Road, Bloomington, Illinois 61709-000
Phone 1-800-424-1162 (within Illinois).  Office Hours 8 A.M. to 4:30 P.M., Monday through Friday.  Or Illinois Department of Insuranc
Consumer Services Section, Springfield, Illinois 62767.  This message is provided by State Farm in compliance with Illinois law.

```
                    **** HOUSEHOLD PROFILE ****                    AM0604M3
P1   581 5941B 001  AGT-AFO 1940-014 VEH 05 MERCEDES    GRG 040 DRG 040 RMC DDN
     CO FIRE  RISK OVL    FLT NONFLT  ST-DIV 13-CALUMET
     TEZAK, BETTY       2340 S STANDA QUEST R9 09-2009 D        MUT    OT
     STAT 01            PND CD                      OXD 11-26-2008 DREXL
     CLASS 6A30111300   PND CL
     A1   02-01-04-D  A2   07-02-03-B
```

```
                    ** CLIENTS **                       PAGE  1/MORE *
                                                   RATE        POL
       NAME                 LICENSE           BIRTH   IND SEX MAR ID
C1   TEZAK, ROBERT J       T22077048048      02-17-1948  E   M   D  P1
C2   TEZAK, BETTY          B14609821         11-09-1922  Z   F   M
```

```
NEXT:                    INFO FOR 581 5941B 001  P1       PAGE  1/NO MORE
                         **** CLAIM ENTRY/REVIEW ****
    CLAIM NO: 138528557  LOSS DATE: 020104  LOSS TIME: 1130A M        DELETE:
    LOCATION: BETWEEN DESMOINES, IA AND KANSAS CITY, MO
    DRIVER: TEZAK, ROBERT J                              AGE:   CAT LOSS:
    POLICE: N           VIOLATION:                              STATUS: C
    FACTS: INSURED WAS IN PROCESS OF DRIVING TO ARIZONA AND RAN INTO BAD
           WEATHER.  TRUCKSWERE SALTING AND PUTTING DOWN A SAND SUBSTANCE.
           THE INSURED HAS FOUND DAMAGE TO WINDSHIELD AND BODY OF VEHICLE   *

    PAYMENTS: D   6917 R     630                                   7547
        SUB:

                                            NO MORE PAYMENTS
    SURCHG UND:                     SURCHG CLM:    AT FAULT:
    CHRG DATE:         START DATE:      STOP DATE:     FCRA:
    SURCHG PCT:        SURCHG PTS:

                                  EFF DATE:            RERATE: Y
NEG UND: N  ACTION: FJUN 041304 NA               MATCH TDE: N
    MISC:
    NEXT:                                     PG  1 MORE CLAIMS
```

```
                         **** HOUSEHOLD PROFILE ****                  AM0604M3
P1   581 5941B 001  AGT-AFO 1940-014 VEH 05 MERCEDES   GRG 040 DRG 040 RMC DDN
     CO FIRE  RISK OVL    FLT NONFLT  ST-DIV 13-CALUMET
     TEZAK, BETTY         2340 S STANDA QUEST R9 09-2009 D        MUT    OT
     STAT 01              PND CD                        OXD 11-26-2008 DREXL
     CLASS 6A30111300     PND CL
     A1   02-01-04-D  A2   07-02-03-B
```

```
                         ** CLIENTS **                    PAGE  1/MORE *
                                                         RATE        POL
        NAME                  LICENSE            BIRTH    IND SEX MAR  ID
C1   TEZAK, ROBERT J    T22077048048         02-17-1948   E   M   D  P1
C2   TEZAK, BETTY       B14609821            11-09-1922   Z   F   M
```

```
NEXT:                      INFO FOR 581 5941B 001  P1      PAGE  1/NO MORE
                         **** CLAIM ENTRY/REVIEW ****
   CLAIM NO: 138262133  LOSS DATE: 070203  LOSS TIME: 1030A M       DELETE:
   LOCATION: ESSINGTON AT ENTRANCE/EXIT TO TWIN OAKS SHOPPING CNTR   JOLIET ,
   DRIVER: TEZAK, ROBERT J                              AGE:   CAT LOSS:
   POLICE: Y          VIOLATION: INSURED / FAILURE TO YIELD       STATUS: C
   FACTS: VEH 1 WAS S/BOUND ON ESSINGTON & GOING TO MAKE LEFT TURN INTO
          SHOPPING CNTR.  VEH 2 HAD MADE TURN OFF JEFFERSON ST., ONTO
          ESSINGTON GOING NORTH - A TRUCK HAD PULLED OUT OF SHOPPING CNTR & *

PAYMENTS: B    1505 G    1882                                          3388
    SUB:
                                              NO MORE PAYMENTS
SURCHG UND:                        SURCHG CLM: Y    AT FAULT:
  CHRG DATE: 071003   START DATE: 010604   STOP DATE: 073106     FCRA:
SURCHG PCT:          SURCHG PTS:

                                   EFF DATE:              RERATE: Y
NEG UND: Y ACTION: FJUN 071503 NA                    MATCH TDE: N
   MISC:
   NEXT:                                        PG  2 NO MORE CLAIMS
```

**** HOUSEHOLD AND POLICY NOTES ****          AM2900I3

```
HH   HOUSEHOLD NOTE
N1   NO PREVIOUS INSURER REPORT AVAILABLE,01072003
N2   01-07-2003 CLEAN LHR REPORT

P1   581 5941B 001   ST-DIV 13-CALUMET
N3   OXD 10162006
N4   TOOF 041608 TO 112608
N5   PER APP, ROBERT'S PARENTS CO-OWN THE VEHICLE *** HOWEVER,
     THEY LIVE IN ARIZONA AND HAVE NO EXPOSURE TO THE HOUSEHOLD
     *** I AM ADDING AN AUX 69 TO THE POLICY ****  VEHICLE IS
     REGISTERED IN ILLINOIS                               JF  102706
N6   A-324 FOR PROOF OF PURCHASE AND EVIDENCE OF INSURANCE JF  102706
N7   CLASS 6A OKAY *** ROBERT IS RETIRED                   JF  102706
N8   REC'D BILL OF SALE ** PER AGENT E-MAIL, DEALER KEPT PLATES
     AND INSURANCE ON IT UNTIL 9-30-06, WHICH IS WHEN THE INSURED
     BECAME RESPONSIBLE FOR IT                             JF  110806
N9   RECEI PROOF OF SALE ***                               CS  110906
N10  A-296AST SENT BY AST                                  JO  011808
N11  LTR A-298 SENT 021208 W/O REFUND                      JK  020708
N12  PHQ OK                                                JS  092209
```

NEXT:_____          INFO FOR 581 5941B 001  P1          PAGE 1/MORE *

** ENTRY AREA **

Move notes _____ State ____
Del notes _____
Add note for policy ID: P_____  Add household note:__ (y)  Edit note ID: N___

_____
_____
_____
_____
_____

Delete screen:__ (y)

**** HOUSEHOLD AND POLICY NOTES ****                          AM2900I3

| | | | | |
|---|---|---|---|---|
| P2 | 619 9856A | ST-DIV 13-CALUMET | | |
| N1 | SUPP DOCS RCVD | | JF | 012303 |
| N2 | REUNDERWRITE NA | | JF | 032304 |
| N3 | A-57AST SENT BY AST | | JO | 062708 |
| N4 | A-57AST SENT BY AST | | JO | 122908 |
| N5 | A-57AST SENT BY AST | | JO | 062909 |
| N6 | MUTL OK AT 01/10 RNWL W/ RMC TRF GDD YES | | TR | 110409 |

| | | | | |
|---|---|---|---|---|
| P3 | 400 9035 | ST-DIV 13-CALUMET | | |
| N7 | OXD 01222004 | | | |
| N8 | QUENTINE & BETTY TEZAK HAVE AUTO POLICY IN AZ- 5336919-D31-03 | | | |
| | NO NBD: QUINTINE: 012800 ACC IN ARIZONA. ROBERT 070203 ACC. | | JJ | 020304 |

NEXT: N              INFO FOR 581 5941B 001  P1        PAGE  2/NO MORE

** ENTRY AREA **

Move notes _____ State ___
Del notes _____
Add note for policy ID: P____  Add household note: __ (y)  Edit note ID: N___

_____
_____
_____
_____
_____

                                        Delete screen: __ (y)

                         Auto Application
ADDED NEW VEHICLE TRANSACTION ORIGINAL              SF Fire

Policy No/Car No: 581 5941 13 001          Purch Dt: 11-26-2008
       Qual No: 306 5814 13
       Eff Date: 11-26-2008
       App Date: 11-26-2008 03:13 PM       Agt-AFO: 1940-F014
       Recd Date: 12-01-2008

       Repl No:                            Eapp no: 135 1940 Q14
--------------------------------------------------------------------------


                                           App orig: ECHO AGENT
                                           Sales ID: SM92

# HH Vehs Drvn Regrly: 2
      # HH Members: 1
      # HH Drivers: 1

Name and Mailing Address                   New Named Insd:

  TEZAK,ROBERT J
  2340 S STANDAGE
  MESA          AZ 85202-6615
       Phone type: HOME                    Phone#: 815-693-1289

Homeownership: Own w/Mortgage PLUP/CLUP: No  Residence: Home

Residence Address

  1211 PLAINFIELD RD                       Territory: 019
  JOLIET        IL 60435                   Geo-Territory: 019

Prior Insurance

Prior Carrier: State Farm
   BI Limits: 100/ 300     Time Insd: 5  Yrs 10 Mos    Exp Date: 01-31-2009
                                                       PAGE  1 OF  4
               Next:_____ +
F2=Addl F keys  F4=Prompt  F7=Bkwd  F8=Fwd  F18=Next Doc  F19=Last doc