# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William J. Hibbler | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 92 CR 652 - 5 | **DATE** | 9/28/2010 |
| **CASE TITLE** | U.S.A. vs. ROBERT TEZAK | | |

**DOCKET ENTRY TEXT**

Rule to show cause hearing set for 9/30/2010 at 2:30 p.m. before Judge Hibbler in courtroom 1225. Order bench warrant to issue as to Robert Tezak.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|