UNITED STATES OF AMERICA

                    Plaintiff,

v.                                Case No.: 1:92–cr–00652

                                Honorable William J. Hibbler

, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 30, 2010:

      MINUTE entry before the Honorable William J. Hibbler: as to Robert J Tezak. Bench warrant having been issued, the rule to show cause hearing is vacated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.