## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

October 8, 2010

Clerk's Office
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, 20th Floor
Chicago, IL 60604

RE: USA v. Robert Tezak
Your case number: 92-CR-652
Arizona case number: 10-07431M-001

FILED
October 13, 2010
OCT 13 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Edward C. Voss in Phoenix, Arizona. The following action has been taken.

☒ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON: 11/10/10 at 10:30 AM before Judge Hibbler

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/Sherise M. Hargrove
Sherise M. Hargrove
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:10-mj-07431-ECV All Defendants
### Internal Use Only

Case title: USA v. Tezak
Other court case number: 92 CR 652-5 Northern District of Illinois, Eastern Division

Date Filed: 10/07/2010
Date Terminated: 10/08/2010

Assigned to: Magistrate Judge Edward C Voss

### Defendant (1)

**Robert Tezak**
*TERMINATED: 10/08/2010*

represented by **Susan E Anderson**
Federal Public Defenders Office
850 W Adams St
Ste 201
Phoenix, AZ 85007-2730
602-382-2700
Fax: 602-382-2800
Email: susan_anderson@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts
None

### Disposition

### Highest Offense Level (Opening)
None

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
Order of Court - Rule to Show Cause

### Disposition

### Plaintiff

**USA**

represented by **Vincent Quill Kirby**

US Attorney's Office
2 Renaissance Sq
40 N Central Ave
Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7650
Email: Vincent.Kirby@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2010 | 1 | Arrest (Rule 5) of Robert Tezak. (KAL) (Entered: 10/07/2010) |
| 10/07/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Edward C. Voss: Initial Appearance in Rule 5(c)(3) Proceedings and Appointment of Counsel Hearings as to Robert Tezak held on 10/7/2010. FINANCIAL AFFIDAVIT TAKEN. Appearance entered by AFPD Susan E Anderson on behalf of defendant. Detention Hearing submitted. Defendant released O/R on previous conditions under supervised release. Rule 5(c)(3) Identity Hearing waived. Warrant of Removal will not be issued. Order to follow for the Defendant's appearance in the prosecuting district. (Court Reporter COURTSMART). (SMH) (Entered: 10/08/2010) |
| 10/07/2010 | 3 | [redacted] |
| 10/07/2010 | 4 | ORDER APPOINTING COUNSEL as to Robert Tezak. Signed by Magistrate Judge Edward C Voss on 10/7/10.(SMH) (Entered: 10/08/2010) |
| 10/08/2010 | 5 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Robert Tezak. Defendant is directed to appear in the USDC, 219 S. Dearborn Street, 20th Floor, Chicago, IL 60604 on 11/10/10 at 10:30 AM in courtroom 1225 before Judge Hibbler. Signed by Magistrate Judge Edward C Voss on 10/8/10.(SMH) (Entered: 10/08/2010) |

I hereby attest and certify on 10-8-10 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  10-07431M |
| Robert. Tezak | ) | Charging District:  District of Illinois |
| *Defendant* | ) | Charging District's Case No.  92-CR-652 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court/ Judge Hibbler<br>219 S. Dearborn Street, 20th Floor<br>Chicago, IL 60604 | Courtroom No.: 1225 |
|---|---|---|
| | | Date and Time: 11/10/10 at 10:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  10/8/10

*Judge's signature*

Edward C. Voss, United States Magistrate Judge
*Printed name and title*

**SCANNED**