# NOTICE TO APPEAR FOR

# JUDGMENT DEBTOR EXAM

EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 92 CR 652-5 |
| | ) |
| | ) Judge William J. Hibbler |
| ROBERT J. TEZAK, | ) |
| Defendant. | ) |

## NOTICE TO APPEAR FOR
## JUDGMENT DEBTOR EXAMINATION

TO: Robert J. Tezak
c/o Daniel Radakovich, Esq.
900 W. Jackson, Suite 5-E
Chicago, Illinois 60607

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 3015(a) and Federal Rule of Civil Procedure 30, the undersigned will depose the judgment debtor on **January 19, 2011 at 10:00 a.m.** at the United States Attorney's Office for the Northern District of Illinois, 219 S. Dearborn Street, 5th Floor, Chicago, Illinois.

You are also hereby requested, pursuant to 28 U.S.C. § 3015(a) and Rule 34, Federal Rules of Civil Procedure, to produce the documents listed below and to supplement your response in accordance with the provisions of Rule 26(e), Federal Rules of Civil Procedure to include all responsive documents available to or in the possession, custody, or control of Robert J. Tezak, his attorneys, or his agents.

1. A completed original of the enclosed Financial Statement of Debtor.

2. A complete copy of all employment records relating to the debtor, including but not limited to personnel, wage, health, attendance, unemployment and disability records, for the past 36 months.

3. Business records for the present year and past calendar year which reflect assets, liabilities, gross receipts, and expenses for any sole proprietorship, partnership or corporation in which the debtor has any interest.

4. All Social Security records relating in any way to the debtor including the dates of any claims or applications for assistance because of unemployment, ill health or disability, and all records of any acceptance, denial, modification or payment of benefits.

5. The last three Federal, state and local income tax returns filed by the debtor and any business in which the debtor has any interest, including all W-2 or 1099 forms.

6. Bank statements for the past 12 months from all banks or other financial institutions, where any sole proprietorship, partnership, or corporation, in which the debtor has any interest in an account of any kind.

7. All trust agreements in which the debtor is named trustor, trustee, or beneficiary.

8. All deeds, leases, contracts, and other documents representing any ownership interest the debtor has in any real property, and all deeds of trust, mortgages, or other documents evidencing encumbrances of any kind on said real property.

9. All stocks, bonds, or other securities of any class the debtor and any business in which the debtor has any interest may own or have issued.

10. All life insurance policies in which the debtor is either the insured or the beneficiary.

11. All promissory notes held by the debtor, and all other documents evidencing any money owed to the debtor either now or in the future.

12. All financial statements furnished by the debtor within the past 36 months.

13. All deeds, bills of sale, or other documents prepared in connection with any transfer made by the debtor or any business in which the debtor has any interest, either by gift, sale, or otherwise within the last six years.

14. All documents relating to any lawsuit or legal action brought by the debtor.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney


By: s/Melissa A. Childs
    MELISSA A. CHILDS
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5331
    melissa.childs@usdoj.gov