# DEMAND LETTER

EXHIBIT C

**U. S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Melissa A. Childs*<br>*Assistant United States Attorney* | *Dirksen Federal Courthouse*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, Illinois 60604* | *Direct Line: (312) 353-5331*<br>*Fax: (312) 886-3501* |

January 20, 2011

*By e-mail* radakovichlaw@gmail.com

Daniel E. Radakovich, Esq.
900 W. Jackson, Suite 5-E
Chicago, Illinois 60607

    Re:    *United States v. Robert J. Tezak*, No. 92 CR 652 (N.D. Ill.)

Dear Mr. Radakovich:

    Regarding the pending rule to show cause proceeding in the above matter, this letter is a demand for the following documents as requested again during yesterday's deposition of your client:

    (1) All business records of Tezak Investment Corporation and Tiffmark Network, Inc., including but not limited to articles of incorporation, operating agreements, employment or executive compensation agreements, corporate resolutions, minute books, invoices, loans, promissory notes, check registers, general ledgers, balance sheets, and corporate tax returns for the last 5 years;

    (2) All operating agreements and any compensation agreements for each LLC in which Tezak Investment Corporation is a member;

    (3) Social Security earnings history statement or executed Form SSA-7050 for Robert J. Tezak to obtain those records from the agency;

    (4) Account statements for any pension or retirement fund incidental to his previous employment as Will County Coroner;

    (5) Accounting of the millions of dollars he received from Mattel, Inc.;

    (6) Any will or trust in which Robert J. Tezak, Tezak Investment Corporation, or Tiffmark Network, Inc. is a named trustee or beneficiary, including but not limited to estate planning documents of Quentin R. Tezak and/or Betty A. Tezak.

Radakovich/Tezak
January 20, 2011
Page 2

Please produce these documents by February 10, 2011 and remind Mr. Tezak of his continuing obligation to pay his fine and restitution, submit financial information upon request, and inform this office of any change in his financial circumstances pursuant to 18 U.S.C. §§ 3572(d)(3) and 3664(k).

> Very truly yours,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: s/Melissa A. Childs
>    MELISSA A. CHILDS
>    Assistant United States Attorney