# 2 BILTMORE ESTATES, UNIT 103

EXHIBIT E



QUICK LINKS ...        🔽        Home 🅴 Contacts  *Parcel Search: [ ][ ][ ][ ] 🅶🅾

Advanced Search Options        *Market Overview        *Residential Similar Property Search

No Parcel Number? Use
Advanced Search Options.        *(A parcel number is needed to use these Features)

New Search        Printer Friendly Version

### Property Information        View GIS Maps

**Parcel #:** 164-71-539

**MCR #:** 76044

**Property Address:** 2 BILTMORE ESTATES DR 103
PHOENIX 85016

**Property Description:** TWO BILTMORE ESTATES CONDOMINIUM 2ND AMD MCR 760-44 UNIT 103 (PLEASE NOTE: FOR LEGAL DESCRIPTION REFERENCES REGARDING THE PERCENTAGE OF OWNERSHIP OF THE COMMON AREA(S) PLEASE REFER TO THE RECORDED COVENANTS, CONDITIONS AND RESTRICTIONS (CCR) ASSOCIATED WITH THIS PLAT.)

**Section Township Range:** 14 2N 3E

**Associated Parcel:**

**Subdivision Name:** TWO BILTMORE ESTATES 2ND AMD

**Lot #:** 103

**School Dist:** MADISON SCHOOL DISTRICT

**Local Jurisdiction:** PHOENIX

Tax District
FAQs

### Owner Information        View Tax Information

**Owner:** TEZAK INVESTMENT CORPORATION ✳
**In Care Of:**
**Mailing Address:** 2340 S STANDAGE
MESA AZ 85202 USA
**Deed #:** 081079929
**Deed Date:** 12/23/2008

**Sales Price:** $2,600,000 ✳
**Sales Month/Year:** 11/2007

### Valuation Information        View Similar Parcels

| Tax Year: | 2012 | 2011 | 2010 |
|---|---|---|---|
| Full Cash Value (FCV): | $1,297,000 | $1,336,000 | $1,813,500 |
| Limited Property Value (LPV): | $1,297,000 | $1,336,000 | $1,813,500 |
| **Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.** | | | |
| Legal Class: | 4 | 4 | 4 |
| Assessment Ratio: | 10.0% | 10.0% | 10.0% |
| Assessed FCV: | $129,700 | $133,600 | $181,350 |
| Assessed LPV: | $129,700 | $133,600 | $181,350 |
| Property Use Code: | 0750 | 0750 | 0750 |
| Tax Area Code: | 381300 | 381300 | 381300 |

### Additional Component Information (for this parcel)
Valuation        Characteristics        Commercial Property Overview

New Search **Helpful Information:**
recorder  glossary  forms

### Disclaimer
The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home        Legal Information        Privacy/Security Policies        ©2008 Maricopa County

# 8 BILTMORE ESTATES, UNIT 107



QUICK LINKS ...    Home    Contacts    *Parcel Search:    GO

Advanced Search Options    *Market Overview    *Residential Similar Property Search

No Parcel Number? Use Advanced Search Options.    *(A parcel number is needed to use these Features)

New Search    Printer Friendly Version    View GIS Maps

## Property Information

**Parcel #:** 164-71-293
**MCR #:** 73334
**Property Address:** 8 BILTMORE ESTATES 107
Unknown 85016
**Property Description:** FAIRWAY LODGE AT THE BILTMORE CONDOMINIUM AMD MCR 733-34 UNIT 107 (PLEASE NOTE: FOR LEGAL DESCRIPTION REFERENCES REGARDING THE PERCENTAGE OF OWNERSHIP OF THE COMMON AREA(S), PLEASE REFER TO THE RECORDED COVENANTS, CONDITIONS AND RESTRICTIONS (CCR) ASSOCIATED WITH THIS PLAT.)
**Section Township Range:** 14 2N 3E
**Associated Parcel:**

**Subdivision Name:** FAIRWAY LODGE AT THE BILTMORE CONDOMINIUM AMD
**Lot #:** 107
**School Dist:** MADISON SCHOOL DISTRICT

**Local Jurisdiction:** PHOENIX

Tax District
FAQs

## Owner Information

View Tax Information

**Owner:** TEZAK QUENTIN R/BETTY A
**In Care Of:**
**Mailing Address:** 2340 S STANDAGE
MESA AZ 85202 USA
**Deed #:** 080644626
**Deed Date:** 7/24/2008

**Sales Price:** $798,000
**Sales Month/Year:** 1/2007

## Valuation Information

View Similar Parcels

| Tax Year: | 2012 | 2011 | 2010 |
|---|---|---|---|
| Full Cash Value (FCV): | $441,000 | $490,500 | $737,500 |
| Limited Property Value (LPV): | $441,000 | $490,500 | $687,258 |
| Notice: The values displayed on this page may not reflect constitutional or statutory adjustments. | | | |
| Legal Class: | 4 | 4 | 4 |
| Assessment Ratio: | 10.0% | 10.0% | 10.0% |
| Assessed FCV: | $44,100 | $49,050 | $73,750 |
| Assessed LPV: | $44,100 | $49,050 | $68,726 |
| Property Use Code: | 0750 | 0750 | 0750 |
| Tax Area Code: | 381300 | 381300 | 381300 |

## Additional Component Information (for this parcel)

Valuation    Characteristics    Commercial Property Overview

New Search Helpful Information:

recorder    glossary    forms

## Disclaimer

The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home    Legal Information    Privacy/Security Policies



©2008 Maricopa County

# 2 BILTMORE ESTATES, UNIT 205



QUICK LINKS ... ◆ Home ▣ Contacts *Parcel Search: [ ][ ][ ][ ] **GO**

Advanced Search Options  **\*Market Overview**  *Residential Similar Property Search

No Parcel Number? Use
Advanced Search Options.  \*(A parcel number is needed to use these Features)

New Search  Printer Friendly Version  View GIS Maps

## Property Information

*handwritten:* CV 2009 - 001412 / lawsuit to recover deposit

**Parcel #:** 164-71-557

**MCR #:** 76044

**Property Address:** 2 BILTMORE ESTATES DR 205
PHOENIX 85016

**Property Description:** TWO BILTMORE ESTATES CONDOMINIUM 2ND AMD MCR 760-44 UNIT 205 (PLEASE NOTE: FOR LEGAL DESCRIPTION REFERENCES REGARDING THE PERCENTAGE OF OWNERSHIP OF THE COMMON AREA(S) PLEASE REFER TO THE RECORDED COVENANTS, CONDITIONS AND RESTRICTIONS (CCR) ASSOCIATED WITH THIS PLAT.)

**Section Township Range:** 14 2N 3E

**Associated Parcel:**

**Subdivision Name:** TWO BILTMORE ESTATES 2ND AMD

**Lot #:** 205

**School Dist:** MADISON SCHOOL DISTRICT

**Local Jurisdiction:** PHOENIX

Tax District
FAQs

## Owner Information

View Tax Information

**Owner:** HANSON RICHARD W/JOAN

**In Care Of:**

**Mailing Address:** 1744 S BEVERLY CT
CHANDLER AZ 85286 USA

**Deed #:** 090038679

**Deed Date:** 1/16/2009

**Sales Price:** $1,950,000

**Sales Month/Year:** 1/2009

## Valuation Information

View Similar Parcels

| Tax Year: | 2012 | 2011 | 2010 |
|---|---|---|---|
| Full Cash Value (FCV): | $1,265,000 | $1,336,000 | $1,813,500 |
| Limited Property Value (LPV): | $1,265,000 | $1,336,000 | $1,813,500 |
| **Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.** | | | |
| Legal Class: | 3 | 3 | 3 |
| Assessment Ratio: | 10.0% | 10.0% | 10.0% |
| Assessed FCV: | $126,500 | $133,600 | $181,350 |
| Assessed LPV: | $126,500 | $133,600 | $181,350 |
| Property Use Code: | 0750 | 0750 | 0750 |
| Tax Area Code: | 381300 | 381300 | 381300 |

## Additional Component Information (for this parcel)

Valuation  Characteristics  Commercial Property Overview

New Search Helpful Information:

[recorder] [glossary] · [forms]

### Disclaimer

The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home  Legal Information  Privacy/Security Policies  ©2008 Maricopa County

Maricopa County Assessor || 301 W. Jefferson St. || Phoenix, AZ 85003

# 8 BILTMORE ESTATES, UNIT 226



Keith E. Russell
M A I

Maricopa
County
Assessor

QUICK LINKS ...   ▾   Home ⬚ Contacts   *Parcel Search: ☐ ☐ ☐ ☐ GO

Advanced Search Options   *Market Overview   *Residential Similar Property Search

No Parcel Number? Use
Advanced Search Options.   *(A parcel number is needed to use these Features)

New Search    Printer Friendly Version

View GIS Maps

## Property Information

Cv 2009-051850

**Parcel #:** 164-71-338

**MCR #:** 73334

**Property Address:** 8 BILTMORE ESTATES 226
Unknown 85016
FAIRWAY LODGE AT THE BILTMORE CONDOMINIUM AMD MCR 733-34
UNIT 226 (PLEASE NOTE: FOR LEGAL DESCRIPTION REFERENCES

**Property Description:** REGARDING THE PERCENTAGE OF OWNERSHIP OF THE COMMON
AREA(S), PLEASE REFER TO THE RECORDED COVENANTS,
CONDITIONS AND RESTRICTIONS (CCR) ASSOCIATED WITH THIS
PLAT.)

**Section Township Range:** 14 2N 3E

**Associated Parcel:**

**Subdivision Name:** FAIRWAY LODGE AT THE BILTMORE CONDOMINIUM AMD

**Lot #:** 226

**School Dist:** MADISON SCHOOL DISTRICT

**Local Jurisdiction:** PHOENIX

**Tax District**
FAQs

## Owner Information

View Tax Information

**Owner:** FAIRWAY LODGE AT THE BILTMORE LLC
**In Care Of:**
**Mailing Address:** 8777 N GAINEY CENTER DR STE 191
SCOTTSDALE AZ 85258 USA
**Deed #:** 100702058
**Deed Date:** 8/16/2010

**Sales Price:** n/a
**Sales Month/Year:** n/a

## Valuation Information

View Similar Parcels

| Tax Year: | 2012 | 2011 | 2010 |
|---|---|---|---|
| **Full Cash Value (FCV):** | $597,000 | $642,000 | $961,500 |
| **Limited Property Value (LPV):** | $597,000 | $642,000 | $961,500 |
| Notice: The values displayed on this page may not reflect constitutional or statutory adjustments. | | | |
| **Legal Class:** | 3 | 3 | 3 |
| **Assessment Ratio:** | 10.0% | 10.0% | 10.0% |
| **Assessed FCV:** | $59,700 | $64,200 | $96,150 |
| **Assessed LPV:** | $59,700 | $64,200 | $96,150 |
| **Property Use Code:** | 0750 | 0750 | 0750 |
| **Tax Area Code:** | 381300 | 381300 | 381300 |

## Additional Component Information (for this parcel)

Valuation   Characteristics   Commercial Property Overview

New Search Helpful Information:

recorder  glossary  forms

### Disclaimer

The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home   Legal Information   Privacy/Security Policies

©2008 Maricopa County



8 BILTMORE ESATES, UNIT 126



| QUICK LINKS ... | ▾ | Home | Contacts | *Parcel Search: |  |  |  |  | GO |

Advanced Search Options          *Market Overview     *Residential Similar Property Search

No Parcel Number? Use          *(A parcel number is needed to use these Features)
Advanced Search Options.

New Search      Printer Friendly Version                                           View GIS Maps
## Property Information

| | | |
|---|---|---|
| **Parcel #:** 164-71-312 | **Subdivision Name:** | FAIRWAY LODGE AT THE BILTMORE CONDOMINIUM AMD |
| **MCR #:** 73334 | **Lot #:** 126 | |
| **Property Address:** 8 BILTMORE ESTATES 126 Unknown 85016 | **School Dist:** MADISON SCHOOL DISTRICT | |
| **Property Description:** FAIRWAY LODGE AT THE BILTMORE CONDOMINIUM AMD MCR 733-34 UNIT 126 (PLEASE NOTE: FOR LEGAL DESCRIPTION REFERENCES REGARDING THE PERCENTAGE OF OWNERSHIP OF THE COMMON AREA(S), PLEASE REFER TO THE RECORDED COVENANTS, CONDITIONS AND RESTRICTIONS (CCR) ASSOCIATED WITH THIS PLAT.) | **Local Jurisdiction:** PHOENIX | |
| **Section Township Range:** 14 2N 3E | **Tax District** FAQs | |
| **Associated Parcel:** | | |

## Owner Information
                                                                    View Tax Information

| | |
|---|---|
| **Owner:** MATHISON WENDELL G | |
| **In Care Of:** | |
| **Mailing Address:** 18754 CHESTNUT DR SHOREWOOD IL 60404 USA | |
| **Deed #:** 080878049 | **Sales Price:** $1,250,000 |
| **Deed Date:** 10/9/2008 | **Sales Month/Year:** 10/2008 |

## Valuation Information
                                                                    View Similar Parcels

| Tax Year: | 2012 | 2011 | 2010 |
|---|---|---|---|
| **Full Cash Value (FCV):** | $597,000 | $642,000 | $961,500 |
| **Limited Property Value (LPV):** | $597,000 | $642,000 | $961,500 |
| **Notice: The values displayed on this page may not reflect constitutional or statutory adjustments.** | | | |
| **Legal Class:** | 3 | 3 | 3 |
| **Assessment Ratio:** | 10.0% | 10.0% | 10.0% |
| **Assessed FCV:** | $59,700 | $64,200 | $96,150 |
| **Assessed LPV:** | $59,700 | $64,200 | $96,150 |
| **Property Use Code:** | 0750 | 0750 | 0750 |
| **Tax Area Code:** | 381300 | 381300 | 381300 |

## Additional Component Information (for this parcel)
Valuation     Characteristics     Commercial Property Overview

New Search Helpful Information:
recorder  glossary  forms

### Disclaimer
The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

Maricopa Home     Legal Information     Privacy/Security Policies

©2008 Maricopa County



June 7, 2007

Regarding: Fairway Lodge at the Biltmore
                Unit # 107
                Mold/Water Damage

Dear Bob Tezak,

Please be advised that under the Condominium Declaration, each unit owner is responsible for the maintenance of his or her own unit. The drywalls of the unit are part of the unit.

The Fairway Lodge at the Biltmore Condominium Association is advising the owners of unit numbers 307, 207, and 107, that they are responsible for the water damage in their own unit. These repairs should be made in an expedient manor. The safety of everyone is a concern. Each homeowner should seek counsel from his or her own Homeowners Insurance Company.

The Association is requesting (as per the CC&R'S, Article 5) the repairs be made within fifteen (15) business days and to notify the Association when repairs are complete.

We appreciate your diligence in this unfortunate event.


Fairway Lodge at the Biltmore Condominium Association
Sharon Rugee
Community Manager

## ACCOUNTS RECEIVABLE REQUEST FOR:

X☐ **WAIVER**            ☐ **WRITE-OFF**            ☐ **REFUND**
(Fees/Fines)            (Bad Debt)            (Fees & Deposits)

****Please Note: If this is for a fine you must give a copy to the Compliance Coordinator in addition to your A/R Representative. No fees will be waived without this form completed.****

If this is a refund, Requestor needs to be notified upon completion.
If this is a Write-Off, completed form needs to be returned to Requestor with board meeting minutes or board member representative signature below.
If this is a waiver-completed form needs to be returned to A/R representative with board meeting minutes or board member representative signature below.
If action was not taken at a meeting, put "N/A" in place of meeting date.

Homeowner Name:  Bob Tezak

Association: Fairway Lodge at the Biltmore  Acct:  203000-0107-01

x☐ **APPROVED**

What is **approved** to be Waived/Written-Off/Refunded: All Fees to be paid by Developer (Board of Directors)

Total Amount **approved** to be Waived/Written-Off/Refunded: $All collection fees and assessments. $4156.25

Reason for Waiver/Write-Off/Refunded

_____

☐ **DENIED**            ☐ **MORE INFORMATION NEEDED**

Reason Denial/Information Needed: _____

_____

_____

Request Submitted By:  GK Biltmore (Board of Directors)  Date:  1/11/08

Approved By: _____      Date:  1/11/08
Title: Board of Directors V.P.      Date of Meeting: 1/11/08

Revised 10/27/05

CommunityConnect(TM) - Resident Database                                          Page 1 of 1

[ Add | Edit | Delete ]

Notes:          Bob came in and said that he never
                received his remotes for his unit. I gave
                his 2 remotes for his unit plus traded him
                a remote that wasn't working 2/4/10
Created:        2/8/2010 4:15:49 PM
Created By:     jyarter

View Archived

**Call Log History - Edit Call**

Two Biltmore
# 103

| | |
|---|---|
| Date Taken: | 3/9/2010 1:04:00 PM |
| Taken By: | Jacqueline Yarter |
| From: | Quentin Tezak-Owner |
| | Selected: Work Order |
| Principal Reasons for Call: | No Reason |
| | Account Balance |
| | ▣ Repeat Inquiry |
| Status: | Closed |
| Subject: | Elevator |

Notes:

Bob Tezak called and left a message that the elevator near his unit needs to be serviced. I called him back to let him know that I would create work order.

Back          Delete

| | |
|---|---|
| Date Taken: | 2/8/2010 4:15:10 PM |
| From: | Bob Tezak |
| Taken By: | Jacqueline Yarter |
| Subject: | Warranty request form |

Two Biltmore
#103

| | |
|---|---|
| Reason 01: | Other |
| Reason 02: | |
| Reason 03: | |
| Reason 04: | |
| Reason 05: | |
| Notes: | Bob called and left a message that I email him a warranty request form. I emailed it to him 2/8/10 |

05/13/2008  14:59   18002691170          SIGNAL GATES              PAGE  02/07



**SIGNAL GATES**
1800 S. 5TH Avenue
Tucson, Arizona 85713
1-800-379-2416 or (520) 628-3199

## GATE INFORMATION REQUEST FOR:  TWO BILTMORE ESTATES

**Note:** Requests received after 4:30 p.m. may not be effective until the following working day.
Gate information changes may be made only by permission of the Property Management
Company.  For any entries, please fax this form to Signal Gates.  We will file maintain from
signed faxed forms only.  (Liability and Security purposes)

◆ **FAX: (800) 269-1170 CORPORATE**

☒ New Resident                          ☐ Existing Resident

☐ Add Remote    ☐ Delete Remote    ☐ Change Resident Information    ☐ Delete Resident Information

Remote/Card Numbers Assigned _____ 21 080, 21075

4-digit Entry Code ( # ) _____
(For security purposes, please avoid codes such as 1234, 1111, 2222, etc)

### 1.  Please print information clearly

Resident Name: _ROBERT J TEZAK_

Do you want your name to show on the screen for visitors? ☐ Yes ☒ No
How do you want your name to appear (15 letter maximum, including spaces)

____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
(Usually Last Name, First Name)

Local Phone Number: _____
(Long distance numbers will not work)

Directory/Unit Number: _103_  (3-digit numeric lot number)

SIGNATURE OF AUTHORIZED PARTY_____

Use for Doorking



### SIGNAL GATES
1800 S. 5TH Avenue
Tucson, Arizona 85713
1-800-379-2416 or (520) 628-3199

## GATE INFORMATION REQUEST FOR: Two Biltmore

**Note:** Requests received after 4:30 p.m. may not be effective until the following working day.
Gate information changes may be made only by permission of the Property Management
Company.  For any entries, please fax this form to Signal Gates.  We will file maintain from
signed faxed forms only.  (Liability and Security purposes)

◆ FAX: (800) 269-1170 CORPORATE

☐ New Resident                     ☒ Existing Resident

☒ Add Remote   ☐ Delete Remote   ☐ Change Resident Information   ☐ Delete Resident Information

Do you need access to the parking garage and elevators?   YES         NO

Remote/Transmitter Numbers Assigned  64481, 64482, 64483

Card/Fob Numbers Assigned  __ __ __ __ , __ __ __ __ , __ __ __ __

4-digit Entry Code  ██████
(For security purposes, please avoid codes such as 1234, 1111, 2222, etc)

Please print information clearly

Resident Name: _Bob Tezak_

Do you want your name to show on the screen for visitors? ☐ Yes  ☒No

How do you want your name to appear (15 letter maximum, including spaces)

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __
(Usually Last Name, First Name)

Local Phone Number: _____
(Long distance numbers will not work)

Directory/Unit Number: _____  (3-digit numeric lot number)

SIGNATURE OF AUTHORIZED PARTY _____

Use for Linear

Unofficial
Document

1 Brian M. Bergin (State Bar No. 016375)
2 Catherine A. Sims (State Bar No. 023463)
**ROSE LAW GROUP, PC**
3 6613 N. Scottsdale Road, Suite 200
Scottsdale, Arizona 85250                20
4 Telephone: (480) 240-5634
5 Facsimile: (480) 951-6993
Attorneys for Plaintiff
6
**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
7
**IN AND FOR THE COUNTY OF MARICOPA**
8
ROBERT TEZAK, a single man,                No. CV2009-001412
9
                                    Plaintiff,
10
11 vs.
                                                **AMENDED NOTICE OF**
12 GK BILTMORE II, LLC, an Arizona limited      **LIS PENDENS**
13 liability company, JOHN DOES 1 through
100; JANE DOES 1 through 100; BLACK
14 CORPORATIONS 1 through 100; WHITE
PARTNERSHIPS 1 through 100,
15
16                                    Defendants.
17
18      **TO WHOM IT MAY CONCERN:**

19      **This Amended Notice will serve to amend that Notice of Lis Pendens recorded**

20 **at 2009-0033659.**

21      NOTICE IS HEREBY GIVEN that the above-captioned action has been filed and

22 is now pending in Superior Court, State of Arizona, County of Maricopa. The parties to

23 the action are as shown above. In the action, Plaintiff seeks specific performance on a

24 purchase contract with Defendants for the real property situated in Maricopa County,

25 Arizona, described as set forth below:

26      Property commonly known as:

1

**2 Biltmore Estates Dr., # 205**
**Phoenix 85016**

also known as:

**Unit 12, corrected to be Unit 205, TWO BILTMORE ESTATES, according to Declaration of Condominium recorded in Recording No. 2005-524880 and First Amendment in Recording No. 2005-1343295 and plat recorded in Book 760 of Maps, page 44, Affidavit of Correction in Recording No. 2005-1171594, Recording No. 2006-534279 and Recording No. 2006-661429 re-recorded in Recording No. 2007-235075, records of Maricopa County, Arizona. Together with an undivided interest in and to the common elements as set forth in said Declaration and as designated on said Plat.**

In the action, Plaintiff also seeks damages, interest, attorneys' fees, costs of suit and such other and further sums as Plaintiff may be obliged to expend during the pendency of this action.

DATED this _20_ day of January, 2009.

ROBERT TEZAK

_____
Robert Tezak, a single man
2340 S. Standage
Mesa, AZ 85202
Plaintiff

STATE OF ARIZONA )
                 )
COUNTY OF MARICOPA )

Subscribed and sworn to before me this _20_ day of January, 2009 by Robert Tezak.

_____
Notary Public

JENNIFER R. EVERT
Notary Public, State of Arizona
Maricopa County
My Commission Expires
May 15, 2010

My Commission Expires

2

Unofficial
Document

1  Brian M. Bergin (State Bar No. 016375)
2  Catherine A. Sims (State Bar No. 023463)
   **ROSE LAW GROUP, PC**
3  6613 N. Scottsdale Road, Suite 200
   Scottsdale, Arizona 85250                    20
4  Telephone: (480) 240-5634
5  Facsimile: (480) 951-6993
   Attorneys for Plaintiff
6

7                **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                    **IN AND FOR THE COUNTY OF MARICOPA**

9  ROBERT TEZAK, a single man,          No. CV2009-001412

10                          Plaintiff,

11  vs.

12  GK BILTMORE II, LLC, an Arizona limited          **AMENDED NOTICE OF**
    liability company, JOHN DOES 1 through              **LIS PENDENS**
13  100; JANE DOES 1 through 100; BLACK
14  CORPORATIONS 1 through 100; WHITE
    PARTNERSHIPS 1 through 100,
15

16                          Defendants.

17

18          **TO WHOM IT MAY CONCERN:**

19          **This Amended Notice will serve to amend that Notice of Lis Pendens recorded**

20  **at 2009-0033659.**

21          NOTICE IS HEREBY GIVEN that the above-captioned action has been filed and

22  is now pending in Superior Court, State of Arizona, County of Maricopa. The parties to

23  the action are as shown above. In the action, Plaintiff seeks specific performance on a

24  purchase contract with Defendants for the real property situated in Maricopa County,

25  Arizona, described as set forth below:

26          Property commonly known as:

                                    1

**2 Biltmore Estates Dr., # 205**
**Phoenix 85016**

also known as:

**Unit 12, corrected to be Unit 205, TWO BILTMORE ESTATES, according to Declaration of Condominium recorded in Recording No. 2005-524880 and First Amendment in Recording No. 2005-1343295 and plat recorded in Book 760 of Maps, page 44, Affidavit of Correction in Recording No. 2005-1171594, Recording No. 2006-534279 and Recording No. 2006-661429 re-recorded in Recording No. 2007-235075, records of Maricopa County, Arizona. Together with an undivided interest in and to the common elements as set forth in said Declaration and as designated on said Plat.**

In the action, Plaintiff also seeks damages, interest, attorneys' fees, costs of suit and such other and further sums as Plaintiff may be obliged to expend during the pendency of this action.

DATED this _20_ day of January, 2009.

Unofficial Document

ROBERT TEZAK

Robert Tezak, a single man
2340 S. Standage
Mesa, AZ 85202
Plaintiff

STATE OF ARIZONA        )
                        )
COUNTY OF MARICOPA )

Subscribed and sworn to before me this _20_ day of January, 2009 by Robert Tezak.

Notary Public

JENNIFER R. EVERT
Notary Public, State of Arizona
Maricopa County
My Commission Expires
May 15, 2010

My Commission Expires

2