# FARMLAND IN ELOY, ARIZONA:

# 90 ACRES

EXHIBIT F

Recording Requested By:
Equity Title Agency, Inc.

AFTER RECORDING, RETURN TO:
PAUL BJEKICH
151 SPRINGFIELD AVENUE, #8
JOLIET, IL 60435

ESCROW No. 02407463 -024 KS

**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

DATE/TIME: 12/06/05 1527
FEE: $16.00
PAGES: 2
FEE NUMBER: 2005-169731

This area reserved for County Recorder

# Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

HARMON GREENE RANCH LLC an Arizona Limited Liability Company

do/does hereby convey to

PAUL BJEKICH, AS TRUSTEE for The BJEKICH TRUST Married Man as his sole and separate property an to an undivided 33.33% interest, Wendell G. Mathison, a married man as his sole and separate property as to an undivided 33.33% interest the following real property situated in PINAL County, ARIZONA: and Tezak Investment Corp an Arizona Corporation as to an undivided 33.33% interest

See Exhibit A attached hereto and made a part hereof.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated November 29, 2005

SELLER(S):

HARMON GREENE RANCH LLC by

_____
ANDREI GASIC as temporary managing agent

STATE OF Texas  } ss
COUNTY OF Gregg

This instrument was acknowledged before me this 30 day of November, 2005 by HARMON GREENE RANCH LLC by ANDREI GASIC as temporary managing agent

LYNN MOREN
Notary Public, State of Texas
My Commission Expires:
February 17, 2007

_____
Notary Public
My commission will expire 2-17-07

STATE OF ARIZONA  } ss
County of PINAL

This instrument was acknowledged before me this 30 day of November, 2005 by

_____
Notary Public
My commission will expire _____

**Exhibit A**

**PARCEL NO.: 1**

The East half of Lot 4, Section 4, Township 9 South, Range 6 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona;

EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.

**PARCEL NO.: 2**

The North half of the Southeast quarter of Section 4, Township 9 South, Range 6 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona;

EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.

Case: 1:92-cr-00652 Document #: 375-6 Filed: 04/08/11 Page 4 of 17 PageID #:282



**Arizona Department of Revenue**
Division of Property Valuation & Equalization
AFFIDAVIT OF PROPERTY VALUE
DPVE Form 82162

# AFFIDAVIT OF PROPERTY VALUE

COUNTY OF RECORDATION: PINAL
FEE NO: 2005-169731
RECORD DATE: 12/06/05

Assessor/DOR Validation Codes:
(e) Assessor _____ (f) DOR _____

1. **ASSESSOR'S PARCEL NUMBER(s)** (Primary Parcel Number)
   (a) 500-42-001E
       BOOK  MAP  PARCEL  SPLIT
   Does this sale include any parcels that are being split/divided?
   Check one: Yes ☐ No x
   (b) How many parcel numbers, other than the primary parcel number, are included in this sale?
   List the additional parcel numbers (up to 4) below.
   (c) 500-42-003A    (d) _____
   (e) _____        (f) _____

2. **SELLER'S NAME & ADDRESS:**
   HARMON GREENE RANCH LLC
   2911 N. MICHIGAN AVE.
   PHOENIX, AZ 85032

3. **BUYER'S NAME & ADDRESS:**
   PAUL R. BJEKICH
   151 SPRINGFIELD AVE., #8
   JOLIET, IL 60435
   Buyer and Seller related? Yes ☐ No ☒
   If yes, state relationship: _____

4. **ADDRESS OF PROPERTY:**
   SECTIONAL
   , AZ

5. **MAIL TAX BILL TO:**
   PAUL R. BJEKICH
   151 SPRINGFIELD AVE #8
   JOLIET, IL 60435

6. **TYPE OF PROPERTY** (Check one):
   a. X Vacant Land         f. ☐ Commercial/Industrial
   b. ☐ Single Fam.Res.     g. ☐ Agriculture
   c. ☐ Condo/Townhouse     h. ☐ Mobile Home
   d. ☐ 2-4 Plex            Affixed ☐
   e. ☐ Apartment Bldg      i. ☐ Other, Specify:

7. **RESIDENTIAL BUYER'S INTENDED USE** (Answer if you checked b, c, d, or h above) (Check One):
   ☐ To be occupied by owner or "family member."
   ☐ To be rented to someone other than "family member."

8. **PARTY COMPLETING AFFIDAVIT** (Name, Address & Phone)
   Equity Title Agency, Inc.
   3131 E. Lincoln Drive
   Phoenix, AZ 85016

10. **TYPE OF DEED OR INSTRUMENT** (Check One):
    a. X Warranty Deed           d. ☐ Contract or Agreement
    b. ☐ Special Warranty Deed   e. ☐ Quit Claim Deed
    c. ☐ Joint Tenancy Deed      f. ☐ Other

11. **TOTAL SALES PRICE:** $ 1,395,000.00

12. **PERSONAL PROPERTY:**
    Did the buyer receive any personal property that has a value greater than 5% of the sales price?
    (a) Yes ☐   No x    If yes, briefly describe: _____
    Approximate value: (b) $N/A

13. **DATE SALE:** 12/05/2005
    Month  Year
    NOTE: This is the date of the contract of sale.
    If you are recording title in fulfillment of a previously recorded contract, you need not complete this affidavit.

14. **CASH DOWNPAYMENT:** $ 420000.00

15. **METHOD OF FINANCING** (check all that apply):
    a. ☐ None                                 b. ☐ Exchange or trade
    c. ☐ Assumption of existing loan(s)       d. ☐ New loan from seller
    e. X New Loan(s) from financial              (Seller Carryback)
       institution:
       1. X Conventional    2. ☐ VA    3. ☐ FHA
    f. ☐ Other: Explain: _____

16. **PARTIAL INTERESTS:**
    Is only a partial interest (e.g., 1/3 or 1/2) being transferred?
    Yes ☐  No X   If yes, explain _____

17. **LEGAL DESCRIPTION**
    SEE ATTACHED LEGAL DESCRIPTION

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller/Agent _____
State of Arizona, County of Maricopa
Subscribed and sworn to before me this
___ day of ___, 20 05
Notary Public _____
Notary Expiration Date 2/24/06
Notary Public-State of Arizona
Maricopa County
Dawn Robinson
Expires February 24, 2006

Signature of Buyer/Agent _____
State of Arizona, County of Maricopa
Subscribed and sworn to before me this
___ day of ___, 20 05
Notary Public _____
Notary Expiration Date 2/24/06
Notary Public-State of Arizona
Maricopa County
Dawn Robinson
Expires February 24, 2006

## LEGAL DESCRIPTION

### PARCEL NO.: 1

The East half of Lot 4, Section 4, Township 9 South, Range 6 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona;

EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.

### PARCEL NO.: 2

The North half of the Southeast quarter of Section 4, Township 9 South, Range 6 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona;

EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.



Equity Title Agency, Inc.

AFTER RECORDING, RETURN TO:
PAUL R. BJEKICH
151 Springfield Ave #8
Joliet, IL 60435
3/5.

ESCROW # 02407463 - 024 - DR

**OFFICIAL RECORDS OF
PINAL COUNTY RECORDER
LAURA DEAN-LYTLE**

DATE/TIME: 12/06/05 1527
FEE: $14.00
PAGES: 2
FEE NUMBER: 2005-169733

This area reserved for County Recorder

# Disclaimer Deed

WITNESSETH THIS DISCLAIMER DEED, made by

**JOAN BJEKICH**

EXEMPT ARS 11-1134 B-3

hereinafter called "the undersigned" to

**PAUL R. BJEKICH**

hereinafter called "the spouse;"

WHEREAS:
1. The spouse has acquired title to the following described property situated in PINAL County, State of ARIZONA, to-wit:

See Exhibit A attached hereto and made a part hereof.

2. The property above described is the sole and separate property of the spouse having been purchased with separate funds of the spouse.
3. The undersigned has no present right, title, interest, claim or lien of any kind or nature whatsoever in, to or against said property. This instrument shall also constitute a waiver, by the undersigned, in favor of any mortgagee, deed of trust beneficiary or deed of trust trustee of any right to file a declaration or claim of homestead affecting the above described property.
4. This instrument is executed not for the purpose of making a gift to the spouse, but solely for the purpose of clearly showing of record that the undersigned has and claims no interest in and to said property, the undersigned expecting third persons to rely on this disclaimer.
   NOW, THEREFORE, in consideration of the premises, the undersigned does hereby disclaim, remise, release and quitclaim unto the spouse and to the heirs and assigns of said spouse forever, all right, title, interest, claim and demand which the undersigned might appear to have in and to the above described property.

Dated this December 1, 2005.

STATE OF Illinois
County of Will

} ss

_Joan Bjekich_
JOAN BJEKICH

This instrument was acknowledged before me this 3RD day December 2005 by Joan Bjekich

_Tammy J. Russ_
Notary Public

My commission expires 5/27/08

"OFFICIAL SEAL"
TAMMY J. RUSS
Notary Public, State of Illinois
My Commission Expires 05/27/08

**Exhibit A**

**PARCEL NO.: 1**

The East half of Lot 4, Section 4, Township 9 South, Range 6 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona;

EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.

**PARCEL NO.: 2**

The North half of the Southeast quarter of Section 4, Township 9 South, Range 6 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona;

EXCEPT all coal and other minerals as reserved in the Patent from the United States of America.

# FARMLAND IN ELOY, ARIZONA:

# 120 ACRES

Recording Requested By:
Land Title Agency of Arizona, Inc.

AFTER RECORDING MAIL TO:
Paul R. Bjekich
151 Springfield Avenue
#8
Joliet, IL 60435

**OFFICIAL RECORDS OF PINAL COUNTY RECORDER LAURA DEAN-LYTLE**

DATE/TIME: 08/09/05 1652
FEE: $16.00
PAGES: 1
FEE NUMBER: 2005-101522

ESCROW No. 40024605-002 DC

# Special Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

Ruth Ann Moore, a married woman as her sole and separate property

hereinafter called the Grantor, do/does hereby convey to

Paul R. Bjekich, a married man ( a 33.33%) interest as his sole and separate property and Nancy Perinar, a married woman (a 16.66%) as her sole and separate property and Richard Kubinski, a married man (a 16.67% interest) as his sole and separate property and Tezak Investment Corporation, An Arizona Corporation as to (a 33.34% interest) ALL AS TENANTS IN COMMON

the following real property situated in PINAL County, ARIZONA with all rights and privileges appurtenant thereto:

The Northwest quarter of the Northwest quarter and the South half of the Northwest quarter of Section 10, Township 8 South, Range 7 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona.

SUBJECT TO all taxes and other assessments, reservations in patents, and all easements, rights-of-way, covenants, encumbrances, liens, conditions, restrictions, obligations and liabilities as may appear of record.

And the Grantor hereby binds itself and its successors to warrant and defend the title, as against all acts of the Grantor herein and no other, subject to the matters above set forth.

Dated July 26, 2005

GRANTOR(S):

*Ruth Ann Moore* (signature)
Ruth Ann Moore

STATE OF ARIZONA } ss
COUNTY OF MARICOPA

This instrument was acknowledged before me 29th July 2005
by Ruth Ann Moore

Notary Public in and for said State
My commission will expire 3/5/2009

OFFICIAL SEAL
CHRISTINNA M. FLYNN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Mar. 5, 2009

STATE OF ARIZONA } ss
County of PINAL

This instrument was acknowledged before me ___
by ___

Notary Public in and for said State
My commission will expire ___

# AFFIDAVIT OF PROPERTY VALUE

**1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(s)**

Primary Parcel: **408-26-03004**
BOOK    MAP    PARCEL    SPLIT LETTER

Does this sale include any parcels that are being split / divided?

Check one: Yes ☐    No **X**

How many parcels, other than the Primary Parcel, are included in this sale? _____

Please list the additional parcels below (no more than four):

(1) _____ (3) _____
(2) _____ (4) _____

**2. SELLER'S NAME AND ADDRESS**

Ruth Ann Moore
P.O. Box 2240, Scottsdale, AZ 85252

**3. (a) BUYER'S NAME AND ADDRESS:**

Paul R. Bjekich
151 Springfield Avenue
Joliet, IL 60435

(b) Are the Buyer and Seller related? Yes _____ No **X**
If Yes, state relationship:

**4. ADDRESS OF PROPERTY:**

Vacant Land, Eloy, AZ

**5. MAIL TAX BILL TO:**

Paul R. Bjekich
151 Springfield Avenue, #8, Joliet, IL 60435

**6. PROPERTY TYPE (for Primary Parcel):** NOTE: Check Only One Box

a. **X** Vacant Land    f. ☐ Commercial or Industrial Use
b. ☐ Single Family Residence    g. ☐ Agricultural
c. ☐ Condo or Townhouse    h. ☐ Mobile or Manufactured Home
d. ☐ 2-4 Plex    i. ☐ Other Use; Specify:
e. ☐ Apartment Building

**7. RESIDENTIAL BUYER'S USE:** If you checked b, c, d or h in Item 6 above, please check one of the following:

☐ To be occupied by owner or "family member."    ☐ To be rented to someone Other than "family member."

See reverse side for definition of a "family member."

**8. NUMBER OF UNITS:**

For Apartment Properties, Motels, Hotels, Mobile Home Parks, RV Parks, Mini-Storage Properties, etc.

**9. FO**

(a) Cou    COUNTY OF RECORDATION: PINAL
(b) Doc    FEE NO: 2005-101522
(c) Dat    RECORD DATE: 08/09/05
(d) Fee

Validation Codes:
(e) ASSESSOR _____ (f) DOR _____

ASSESSOR'S USE ONLY

Verify Primary Parcel in Item 1:
Use Code: ◇    Full Cash Value: $

**10. TYPE OF DEED OR INSTRUMENT (Check Only One Box):**

a. **X** Warranty Deed    d. ☐ Contract or Agreement
b. ☐ Special Warranty Deed    e. ☐ Quit Claim Deed
c. ☐ Joint Tenancy Deed    f. ☐ Other:

**11. SALE PRICE:** $ **2,400,000.00**

**12. DATE OF SALE** (Numeric Digits): **07 / 2005**
                          Month    Year

(For example: 03 / 05 for March, 2005)

**13. DOWN PAYMENT:** $ **1,200,000.00**

**14. METHOD OF FINANCING:**

a. ☐ Cash (100% of Sale Price)
b. ☐ Exchange or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. **X** New loan(s) from financial institution:
    (1) **X** Conventional
    (2) ☐ VA
    (3) ☐ FHA
f. ☐ Other financing; Specify:

**15. PERSONAL PROPERTY** (see reverse side for definition):

(a) Did the Sale Price in Item #11 include Personal Property that impacted the Sale Price by 5% or more? Yes _____ No **X**

(b) If Yes, provide the dollar amount of the Personal Property:

$ _____ 00 AND

briefly describe the Personal Property:

**16. PARTIAL INTEREST:** If only a partial ownership interest is being sold, Briefly describe the partial interest: _____

**17. PARTY COMPLETING AFFIDAVIT** (Name, Address, Phone):

Buyer and seller here in

Phone ( ) -

LEGAL DESCRIPTION (attach copy if necessary)
SEE ATTACHED "LEGAL DESCRIPTION"

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller/Agent _____    Signature of Buyer/Agent _____

State of Arizona, County of Maricopa    State of Arizona, County of Maricopa
Subscribed and sworn to before me this 3rd day of Aug, 20__    Subscribed and sworn to before me this 3rd day of Aug, 20__
Notary Public _____    Notary Public _____

[Notary seals: DONNA L. CATHEY, NOTARY PUBLIC-ARIZONA, MARICOPA COUNTY, My Comm. Expires April 10, 2006]

DOR Form 82162                                                         (Revised 5/2003)

**LEGAL DESCRIPTION**

The Northwest quarter of the Northwest quarter and the South half of the Northwest quarter of Section 10, Township 8 South, Range 7 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona.

DOR Form 82162 (Revised 5/2003)

# FARMLAND IN ELOY, ARIZONA:

# 160 ACRES

(3)

Recording Requested By:
Land Title Agency of Arizona, Inc.

AFTER RECORDING MAIL TO:
Paul R. Bjekich
151 Springfield Ave
#8
Joliet, IL 60435

**OFFICIAL RECORDS OF**
**PINAL COUNTY RECORDER**
**LAURA DEAN-LYTLE**

DATE/TIME: 08/09/05 1652
FEE: $16.00
PAGES: 3
FEE NUMBER: 2005-101518

ESCROW No. 40024606-002 DC

# Special Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

FISERV TRUST COMPANY, Custodian for M/Kent Moore successor by merger to LINCOLN TRUST COMPANY successor to ARMA Financial, for the benefit of M. Kent Moore
hereinafter called the Grantor, do/does hereby convey to

Paul R. Bjekich, a married man (a 25% undivided interest) as his sole and separate property and Chris Rouskey, a married man (16.66% undivided interest) as his sole and separate property and Spyro Analysis, a married man (a 5% undivided interest) as his sole and separate property and Tezak Investments, Incorporation, An Arizona Corporation (a 33.34% undivided interest) and Jack Riley, a married man, (20% undivided interest) as his sole and separate property. ALL AS TENANTS IN COMMON.
/ (25% UNDIVIDED INTEREST)
the following real property situated in PINAL County, ARIZONA with all rights and privileges appurtenant thereto:

The Northeast quarter of Section 9, Township 8 South, Range 7 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona

SUBJECT TO all taxes and other assessments, reservations in patents and all easements, rights-of-way, covenants, encumbrances, liens, conditions, restrictions, obligations and liabilities as may appear of record.

And the Grantor hereby binds itself and its successors to warrant and defend the title, as against all acts of the Grantor herein and no other, subject to the matters above set forth.

Dated July 26, 2005

GRANTOR(S):

FISERV TRUST COMPANY, successor to LINCOLN TRUST, successor to ARMA Financial, for the benefit of M. Kent Moore

By: Jennifer Tymkovich
It's: Supervisor

Accepted and Approved
M. Kent Moore

STATE OF Colorado
COUNTY OF Denver } ss

This instrument was acknowledged before me Deborah Hager
By: Jennifer Tymkovich

DEBORAH L. HAGER
Notary Public
State of Colorado
My Commission Expires January 03, 2009

FISERV TRUST COMPANY,

Notary Public in and for said State Deborah Hager
My commission will expire _____

Recording Requested By:
Land Title Agency of Arizona, Inc.

AFTER RECORDING MAIL TO:
Paul R. Bjekich
151 Springfield Ave
#8
Joliet, IL 60435

This area reserved for County Recorder

ESCROW No. 40024606-002 DC

## Special Warranty Deed

For the consideration of Ten Dollars, and other valuable considerations, I or we,

FISERV TRUST COMPANY, Custodian for M. Kent Moore SUCCESSOR BY MERGER TO LINCOLN TRUST Company successor to ARMA Financial, for the benefit of M. Kent Moore hereinafter called the Grantor, do/does hereby convey to

Paul R. Bjekich, a married man (a 25% undivided interest) as his sole and separate property and Chris Rouskey, a married man (16.66% undivided interest) as his sole and separate property and Spiro Analytis, a married man (a 5% undivided interest) as his sole and separate property and Tezak Investments, Incorporation, An Arizona Corporation (a 33.34% undivided interest) and Jack Riley, a married man (20% undivided interest) as his sole and separate property. ALL AS TENANTS IN COMMON.
(25% UNDIVIDED INTEREST)
the following real property situated in PINAL County, ARIZONA with all rights and privileges appurtenant thereto:

The Northeast quarter of Section 9, Township 8 South, Range 7 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona

SUBJECT TO all taxes and other assessments, reservations in patents and all easements, rights-of-way, covenants, encumbrances, liens, conditions, restrictions, obligations and liabilities as may appear of record.

And the Grantor hereby binds itself and its successors to warrant and defend the title, as against all acts of the Grantor herein and no other, subject to the matters above set forth.

Dated July 26, 2005

GRANTOR(S):

FISERV TRUST COMPANY, successor to LINCOLN TRUST, successor to ARMA Financial, for the benefit of M. Kent Moore

By: _____
It's: _____

Accepted and Approved
M. Kent Moore

STATE OF _____ } SS
COUNTY OF _____ }

This instrument was acknowledged before me _____
By: _____

FISERV TRUST COMPANY,

_____
Notary Public in and for said State
My commission will expire _____

STATE OF ARIZONA  } ss   This instrument was acknowledged before me July 29, 2005
County of Maricopa        by M. Kent Moore

_____
Notary Public in and for said State

My commission will expire  3/5/09

OFFICIAL SEAL
CHRISTINNA M. FLYNN
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Mar. 5, 2009

Unofficial

# AFFIDAVIT OF PROPERTY VALUE

**1. ASSESSOR'S PARCEL IDENTIFICATION NUMBER(s)**

Primary Parcel: **408-01-01407**
BOOK   MAP   PARCEL   SPLIT LETTER

Does this sale include any parcels that are being split / divided?

Check one: Yes ☐   No **X**

How many parcels, other than the Primary Parcel, are included in this sale? _____

Please list the additional parcels below (no more than four):
(1) _____ (3) _____
(2) _____ (4) _____

**9.** — and Seller leave blank

(a) COUNTY OF RECORDATION: PINAL
(b) FEE NO: 2005-101518
(c) RECORD DATE: 08/09/05
(d) _____

Validation Codes:
(e) ASSESSOR _____ (f) DOR _____

**ASSESSOR'S USE ONLY**
Verify Primary Parcel in Item 1: _____
Use Code: ☐   Full Cash Value: $ _____

**2. SELLER'S NAME AND ADDRESS**

FISERV TRUST COMPANY,
P.O. Box 2240, Scottsdale, AZ 85252

**3. (a) BUYER'S NAME AND ADDRESS:**
Paul R. Bjekich
151 Springfield Ave
Joliet, IL 60435

(b) Are the Buyer and Seller related? Yes ___ No **X**
If Yes, state relationship:

**4. ADDRESS OF PROPERTY:**
.., AZ

**5. MAIL TAX BILL TO:**
Paul R. Bjekich
151 Springfield Avenue, Joliet, IL 60435

**6. PROPERTY TYPE (for Primary Parcel):** NOTE: Check Only One Box

a. **X** Vacant Land
b. ☐ Single Family Residence
c. ☐ Condo or Townhouse
d. ☐ 2-4 Plex
e. ☐ Apartment Building
f. ☐ Commercial or Industrial Use
g. ☐ Agricultural
h. ☐ Mobile or Manufactured Home
i. ☐ Other Use; Specify:

**10. TYPE OF DEED OR INSTRUMENT (Check Only One Box):**

a. **X** Warranty Deed   d. ☐ Contract or Agreement
b. ☐ Special Warranty Deed   e. ☐ Quit Claim Deed
c. ☐ Joint Tenancy Deed   f. ☐ Other:

**11. SALE PRICE:** $ 3,200,000.00

**12. DATE OF SALE (Numeric Digits):** 07 / 2005 (Month / Year)
(For example: 03 / 05 for March 2005)

**13. DOWN PAYMENT:** $ 32000000.00

**14. METHOD OF FINANCING:**
a. **X** Cash (100% of Sale Price)
b. ☐ Exchange or trade
c. ☐ Assumption of existing loan(s)
d. ☐ Seller Loan (Carryback)
e. New loan(s) from financial institution:
   (1) ☐ Conventional
   (2) ☐ VA
   (3) ☐ FHA
f. ☐ Other financing; Specify: _____

**15. PERSONAL PROPERTY** (see reverse side for definition):
(a) Did the Sale Price in Item #11 include Personal Property that impacted the Sale Price by 5% or more? Yes ___ No **x**
(b) If Yes, provide the dollar amount of the Personal Property:
$ _____ 00 AND briefly describe the Personal Property:

**16. PARTIAL INTEREST:** If only a partial ownership interest is being sold, Briefly describe the partial interest: _____

**7. RESIDENTIAL BUYER'S USE:** If you checked b, c, d or h in Item 6 above, please check **one** of the following:

☐ To be occupied by owner or "family member."
☐ To be rented to someone Other than "family member."

See reverse side for definition of a "family member."

**8. NUMBER OF UNITS:** _____

For Apartment Properties, Motels, Hotels, Mobile Home Parks, RV Parks, Mini-Storage Properties, etc.

**17. PARTY COMPLETING AFFIDAVIT** (Name, Address, Phone):
Buyer & Seller herein
Phone ( ) -

**18. LEGAL DESCRIPTION** (attach copy if necessary)
SEE ATTACHED "LEGAL DESCRIPTION"

THE UNDERSIGNED BEING DULY SWORN, ON OATH, SAYS THAT THE FOREGOING INFORMATION IS A TRUE AND CORRECT STATEMENT OF THE FACTS PERTAINING TO THE TRANSFER OF THE ABOVE DESCRIBED PROPERTY.

Signature of Seller/Agent _____   Signature of Buyer/Agent _____

State of Arizona, County of Maricopa   State of Arizona, County of Maricopa
Subscribed and sworn to before me this ___ day of Aug, 20__   Subscribed and sworn to before me this 2nd day of Aug, 20__
Notary Public _____   Notary Public _____
Notary Expiration Date 4-10-2005   Notary Expiration Date 4-10-2005

DOR Form 82162 (Revised 5/2003)

**LEGAL DESCRIPTION**

The Northeast quarter of Section 9, Township 8 South, Range 7 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona

DOR Form 82162 (Revised 5/2003)