# ILLINOIS DRIVER'S LICENSE

**EXHIBIT G**

