# SIGNATURE CARDS FOR

# ACCOUNT NO. 6923 & 9825

**EXHIBIT H**

# CHASE O

## Personal Signature Card

**ACCOUNT TITLE**
QUINTIN R TEZAK
OR BETTY A TEZAK
OR ROBERT J TEZAK

**PERSONAL ADDRESS** 2340 S STANDAGE
MESA, AZ 85202-6615

**TYPE OF OWNERSHIP** Joint

| TAXPAYER ID # | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE |
|---|---|---|---|---|---|---|---|
| 1) 8788 | 09/22/1918 | Driver's License | 343146788 | AZ | 09/11/2002 | 09/22/2008 | None |
| 2) 3831 | 11/18/1922 | Driver's License | 814509821 | AZ | 10/15/2002 | 11/08/2010 | None |
| 3) 9146 | 02/17/1948 | Driver's License | T2207704B048 | IL | 11/21/2002 | 02/17/2007 | None |
| 4) | | | | | | | |
| 5) | | | | | | | |
| 6) | | | | | | | |
| 7) | | | | | | | |
| 8) | | | | | | | |

(*Tax Responsibility Indicator)

**ACCOUNT NUMBER** 5923
**TAX RESPONSIBLE ID #** 8788
**ACCOUNT TYPE** Chase Premier Checking

**DATE OPENED** 10/12/1978

**ISSUED BY** JPMorgan Chase Bank, N.A. ( 601 )
Gilbert and Germann
609
KRISTIN E WALKER
(480) 782-8709
01/26/2009

| SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SIGNATURE |
|---|---|---|---|---|
| | | | | |

## CUSTOMER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT** By signing this Signature Card, I am applying to JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account and the Bank Privacy Policy and agree to be bound by the terms and conditions contained therein as amended from time to time. For joint accounts, I agree that all parties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

**CERTIFICATION** I certify under penalties of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

☐ Mark this checkbox and cross out Item 2 above if the IRS has notified you that you are subject to backup withholding due to underreporting Interest or dividends on your tax return.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| | NAME | DATE | SIGNATURE |
|---|---|---|---|
|  1) QUINTIN R TEZAK | | 1/26/09 | *Quintin R Tezak* |
| 2) BETTY A TEZAK | | 1/26/09 | *Betty G Tezak* |
| 3) ROBERT J TEZAK | | 1/26/09 | *Robert J Tezak* |
|  4) | | | |

| | NAME | DATE | SIGNATURE |
|---|---|---|---|
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |

Rev 207

# Consumer Signature Card

**BANK ONE.**
Member FDIC



RECEIVED BY DOC PREP NATIONAL
JUL 2 2 2004
BY #2

**ACCOUNT TITLE**
BETTY A TEZAK
OR ROBERT J TEZAK

**CONSUMER ADDRESS** 2340 S STANDAGE
MESA, AZ 85202-6615

**TYPE OF OWNERSHIP** Joint

| | TAXPAYER ID # | DATE OF BIRTH | PRIMARY ID TYPE |
|---|---|---|---|
| 1 | 3831 * 11/09/1922 | Driver's License | |
| 2 | 91146 02/17/1948 | None | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |

(*Tax Responsibility Indicator)

| | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|
| | B14609821 | AZ | 10/19/2002 | 11/09/2007 |
| | | | | None None |

**ACCOUNT NUMBER** 3825

**ACCOUNT TYPE** Basic One Checking

**TAX RESPONSIBLE ID #** 3831

**DATE OPENED** 07/02/2004

**ISSUED BY** Bank One, NA ( 601 )
Dobson Ranch
256
(480)890-5051
7/20/2004

**ISSUER** CHRISTOPHER W KIRKPATRICK

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|
| | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, I am applying to the Bank to open the deposit account indicated above. I certify that the information provided herein is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's deposit account agreement, which includes all provisions that apply to this deposit account, and the Bank One Privacy Policy, and agree to be bound by the agreements and forms contained therein.

**CERTIFICATION** - I certify under penalty of perjury that (1) the Taxpayer Identification Number given is correct and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

☐ If the IRS has notified you that you are subject to backup withholding due to underreporting interest or dividends on your tax return, and you have not been notified that the backup withholding is terminated, check here and cross out item 2 above.

☐ If you are a non-resident alien, check here to acknowledge you have certified your foreign status to the Bank by completing the appropriate Form W-8.

**The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**CUSTOMER(S) TO BE ADDED LATER**

| | NAME | SIGNATURE | DATE |
|---|---|---|---|
| 1) | BETTY A TEZAK | | |
| 2) | ROBERT J TEZAK | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |



1 of 2

Rev 7/03

# MONIES RECEIVED AND EXPENSES

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 006380275811   Posting date 06-MAY-09

**BETTY TEZAK**
**ROBERT TEZAK**
2340 S STANDAGE
MESA, AZ 85202-6615

91-2 256
1221
660089825

1461

DATE  5-6-09

PAY TO THE ORDER OF  CHASE/CASH                                $ 200 00/XX

TWO HUNDRED AND NO                                    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Phoenix, Arizona 85078
www.Chase.com

MEMO  m o

⑈122100024⑈        98/25  1461

Pay any bank. JPMorgan Chase Bank 91 1420497624

```
AcctNum:         9825  Amount:  000000000020000
Xerno: 0000001461 PostDate: 20090506 Sequence: 006380275811
BankNum: 0601 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 060109050600638027581l BOED: 111900057 CapSRC: BY
TranCode: 001461 RouteTran: 12210002   DocType: 8
EntryNum: 7977 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 005080418004  Posting date 25-JUN-09

**CHASE**   **WITHDRAWAL**   CHECKING ☐
SAVINGS ☐
R/T 500001017

Today's Date  Customer Name *(Please Print)*   Customer Phone Number
06-05-09  Robb + Terek   ( )
Customer Address   City   State   ZIP Code

Received the sum of
One thousand dollars $ °⁰⁄₁₀₀   Dollars
NOT NEGOTIABLE - Only to be used at Chase by Account Customer

Sign Here   X

♥ Start your account number here
9825   TOTAL $   AMOUNT
1000.00

⑈018816451⑈ ⑆500001017⑆

AcctNum: ████████9825 Amount: 000000000100000
Xerno: 0188164510 PostDate: 20090625 Sequence: 005080418004
BankNum: 0601 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0601090625005080418004 EOFD: 111900057 CapSRC: BY
TranCode: 000000 RouteTran: 50000101  DocType: 8
EntryNum: 4039 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 009340773374  Posting date 04-FEB-08

**BETTY TEZAK**
**ROBERT TEZAK**
2340 S STANDAGE
MESA, AZ 85202-6615

91-2 056
1221
660888626

1139

DATE 2-3-08

PAY TO THE ORDER OF _TICKETS UNLIMITED_   $ 2000 00

_TWO THOUSAND NO/100_   DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
Phoenix, Arizona 85073
www.Chase.com

MEMO

⑈122100024⑈   9825 1139

FOR DEPOSIT ONLY
TICKETS UNLIMITED, INC.
TICKET ACCOUNT
001028443

910530184127

ENDORSE HERE

AcctNum:        9825  Amount: 000000000200000
Xerno: 0000001139 PostDate: 20080204 Sequence: 009340773374
BankNum: 0601 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 060108020400934073374 BOFD: 111900057 CapSRC: PC
TranCode: 001139 RouteTran: 12210002  DocType: 8
EntryNum: 6582 ItemType: P

08-Nov-09

05Nov09-1444

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 009640894119  Posting date 08-FEB-08

MARK B. RENFRO
2737 OLD BULLARD RD.
TYLER, TX  75701

08-2360/1119
4410467

2389

DATE 2/3/08

PAY TO THE
ORDER OF  Bed Tezak                                    $ 2000.00

Two thousand 00/100                          DOLLARS

**SOUTHSIDE BANK**
TYLER · LINDALE · WHITEHOUSE · 902-531-7200
LONGVIEW · 661-295-9282
www.southside.com

MEMO

⑈111923607⑈ 2389 ⑆ 0467⑈

911420566661

ENDORSE HERE

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
iPayment, Inc.
iPayment, Inc. Bank, N.A.

AcctNum: _____0467  Amount: 000000000200000
Xerno: 0000000000 PostDate: 20080208 Sequence: 009640894119
BankNum: 0601 AppCode: 0090 Field4: 2389 ImageStat: 05
UDK: 0601080208009640894119 BOFD: 111900057 CapSRC: PC
TranCode: 000000 RouteTran: 11192360   DocType: 8
EntryNum: 6814 ItemType: P

08-Nov-09

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 009340897805  Posting date 13-MAR-08

BETTY TEZAK
ROBERT TEZAK
2340 S STANDAGE
MESA, AZ  85202-6615

91-256
1221
850889825

1177

DATE 3-12-08

PAY TO THE
ORDER OF  SANDRA L TEZAK          $ 600 00/XX

SIX HUNDRED AND  00/100                    DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Phoenix, Arizona 85073
www.Chase.com

MEMO  HAPPY BIRTHDAY

⑆122100024⑆          9825⑆ 1177

AcctNum:          9825  Amount: 000000000060000
Xerno: 0000001177 PostDate: 20080313 Sequence#: 009340897805
BankNum: 0601 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0601080313009340897805 BOFD: 111900057 CapSRC: PC
TranCode: 001177 RouteTran: 12210002  DocType: 8
EntryNum: 6734 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 009240567686  Posting date 17-APR-08

15300

ROBERT F. GUYETTE, M.D., D.M.D.
A PROFESSIONAL CORPORATION
9741 N. 90TH PLACE
SCOTTSDALE, AZ 85258
PH. (602) 657-7065

NORTHERN TRUST BANK
OF ARIZONA, N.A.
SCOTTSDALE, AZ 85253

91-521/7221

3/24/2008

PAY TO THE
ORDER OF   Robert Tezak

$ **3,700.00

Three Thousand Seven Hundred and 00/100************************************************ DOLLARS

Robert Tezak
2340 S Standale
Mesa, AZ 85202

Reimbursement for Tezak, Robert (108320)

⑈015300⑈ ⑆122105210⑆           0654⑈

AcctNum:          0654  Amount:  000000000370000
Xern8: 000000015300  PostDate: 20080417  Sequence: 009240567686
BankNum: 0601  AppCode: 0090  Field4: 0001  ImageStat: 05
UDK: 080108041760924056/686  BReD: 111900057  CapSeq: PC
TranCode: 000000  RouteTran: 12210521  DocType: 8
EntryNum: 8892  ItemType: P

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G05Nov09-1444**
Sequence number 009240054382  Posting date 03-JUN-08



BETTY TEZAK
ROBERT TEZAK
2340 S STANDAGE
MESA, AZ  85202-6615

91-2256
1221
660668825

1265

DATE 6-2-08

PAY TO THE
ORDER OF _CASH_                                    $ 120⁰⁰/₁₀₀

_ONE HUNDRED TWENTY_ ___ /₁₀₀                      DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Phoenix, Arizona 85073
www.Chase.com

MEMO

⑆1221000 24⑆      ▇▇▇▇ 9825�II1265

```
AcctNum: ▇▇▇▇▇▇▇9825  Amount: 000000000012000
Xerno: 0000001265 PostDate: 20080603 Sequence: 009240054382
BankNum: 0601 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 060108060300924005438 BOFD: 111900057 CapSRC: PC
TranCode: 001265 RouteTran: 12210002   DocType: B
EntryNum: 6088 ItemType: P
```

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 004980646678  Posting date 15-JUL-08

BETTY TEZAK
ROBERT TEZAK
2340 S STANDAGE
MESA, AZ  85202-6615

91-2256
1221
660660925

1324

DATE 7-14-08

PAY TO THE
ORDER OF  CASH

$ 3000⁰⁰

THREE THOUSAND       ⁿᵒ/₁₀₀       DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
Phoenix, Arizona 85073
www.Chase.com

MEMO

⑈122100024⑈          98 26⑈ 1324

JLIET-TELR104 1 101 2008071461 1160101
                        TR:206 101-216      07/14/08    02:36 PM
              4000004616 Transit Ck        $3,000.00
                        Customer

AcctNum:          9825  Amount: .000000000300000
Xerno: 0000001324 PostDate: 20080715 Sequence: 004980646678
BankNum: 0601 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 06010807150049806466678 BOFD: 000000000 CapSRC: PV
TranCode: 001324 RouteTran: 12210002   DocType: 8
EntryNum: 8306 ItemType: P

# J.P. MORGAN CHASE BANK STATEMENTS

# FOR ACCOUNT NO. 6923 & 9825

# CHASE ◯

February 10, 2010 through March 09, 2010
Primary Account: ████████6923

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6860 ^ | | 02/17 | $500.00 |
| 6862 * ^ | | 02/17 | 1,000.00 |
| 6973 * ^ | | 03/02 | 107.25 |
| 6974 ^ | | 02/16 | 15.00 |
| 6975 ^ | | 02/18 | 35.75 |
| 6976 ^ | | 02/22 | 15.00 |
| 6977 ^ | | 03/09 | 15.00 |
| 6978 ^ | | 03/01 | 15.00 |
| 6979 ^ | | 03/08 | 171.00 |
| **Total Checks Paid** | | | **$1,874.00** |



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## CHASE BETTER BANKING CHECKING

BETTY A TEZAK
OR ROBERT J TEZAK

Account Number: ████████9825

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1,218.98 |
| Deposits and Additions | 18,500.96 |
| Checks Paid | - 141.00 |
| ATM & Debit Card Withdrawals | - 437.97 |
| Other Withdrawals, Fees & Charges | - 18,581.52 |
| **Ending Balance** | **$559.45** |

This message confirms your enrollment in the Classic Benefits Package.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/11 | Deposit | | $1,500.00 |
| 02/22 | Transfer From Chk Xxxxx9746 | | 4,000.00 |
| 02/24 | Bank of America  Acct Cnfrm | PPD ID: 9500000000 | 0.92 |
| 02/24 | Bank of America  Acct Cnfrm | PPD ID: 9500000000 | 0.04 |

Page 5 of 10

**CHASE ◆**

February 10, 2010 through March 09, 2010
Primary Account: ██████6923

## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/25 | Deposit    651374508 | 4,500.00 |
| 03/01 | Deposit | 4,500.00 |
| 03/05 | Deposit | 4,000.00 |
| **Total Deposits and Additions** | | **$18,500.96** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1496  ^ | | 03/09 | $141.00 |
| **Total Checks Paid** | | | **$141.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/02 | Card Purchase With Pin  03/01 Samsclub #8605 Gilbert-Phoe AZ Card 4618 | $312.06 |
| 03/04 | Card Purchase     03/03 Starbucks USA 00059071 Chandler AZ Card 4618 | 55.57 |
| 03/08 | Card Purchase     03/06 Sylvia's LA Canasta Phoenix AZ Card 4618 | 38.76 |
| 03/08 | Card Purchase     03/06 Nypd Pizza 002 Phoenix AZ Card 4618 | 31.58 |
| **Total ATM & Debit Card Withdrawals** | | **$437.97** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/11 | Online Payment 751506588 To Hsbc Card Services | $265.00 |
| 02/11 | Online Payment 751511953 To State Farm Insurance | 27.06 |
| 02/12 | Online Payment 757742989 To Citibusiness Card | 1,000.00 |
| 02/16 | Capital One    Online Pmt 004739910097516 Web ID: 9279744991 | 500.00 |
| 02/16 | Citi Card Online Payment  110036746642114 Web ID: Citictp | 250.00 |
| 02/19 | Online Payment 751511748 To State Farm Insurance | 442.60 |
| 02/23 | Capital One    Online Pmt 005439910108684 Web ID: 9279744991 | 850.00 |
| 02/23 | Online Payment 757746027 To Ge Money | 275.00 |
| 02/24 | Online Payment 765150038 To Legacy Visa | 200.00 |
| 02/24 | Bank of America  Acct Cnfrm       PPD ID: 9500000000 | 0.96 |
| 02/25 | Citi Card Online Payment   120046456191861 Web ID: Citictp | 1,000.00 |
| 02/26 | Online Payment 767278039 To Card Services | 2,000.00 |
| 02/26 | Online Payment 765146111 To Bank of America Business Card | 1,100.00 |
| 02/26 | Bank of America  Online Pmt Ckl313512913POS Web ID: 9500000000 | 800.00 |
| 02/26 | Online Payment 765150034 To Ge Money | 415.00 |
| 02/26 | Online Payment 765146109 To Card Services | 200.00 |
| 02/26 | Online Payment 765150037 To Citibank Credit Card | 80.00 |
| 03/01 | Citigroup      Wuvericrst 00008402424256  Tel ID: 9200606193 | 600.00 |

Page 6 of 10

INFORMATION REDACTED
NOT RESPONSIVE TO SUBPOENA

# CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

March 10, 2010 through April 09, 2010
Primary Account: ▮▮▮▮6923

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



QUINTIN R TEZAK
OR BETTY A TEZAK
OR ROBERT J TEZAK
2340 S STANDAGE
MESA AZ 85202-6615

0030410 DRE 601 151 10010 - NNNNY T 1 000000000 07

## We added a new section to your statement......

To make it easier to keep track of your transactions, we added a new section to your statement called "Electronic Withdrawals". This section provides the transaction details for things like automatic payments, account transfers and online bill payments, along with other electronic transactions.

In addition we also:
• Added the "Electronic Withdrawals" to your Checking Summary at the beginning of your statement.
• Renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at 1-800-935-9935 if you have any questions.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | ▮▮▮▮6923 | $14,192.78 | $9,719.88 |
| Chase Better Banking Checking | ▮▮▮▮9825 | 559.45 | 573.86 |

Page 1 of 12

**CHASE** 

March 10, 2010 through April 09, 2010

Primary Account: ████6923



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| | | 04/01 | $1,000.00 |
| 6859 ^ | | 03/16 | 15.00 |
| 6865 * ^ | | 03/16 | 160.00 |
| 6866 ^ | | 03/22 | 10.00 |
| 6867 ^ | | 03/29 | 30.00 |
| 6868 ^ | | 03/30 | 142.45 |
| 6869 | Check # 6869   Home Depot 0469  Purchase  Mesaaz POP ID: 9036360469 | | |
| 6870 ^ | | 04/05 | 25.00 |
| 6871 ^ | | 04/05 | 10.00 |
| 6872 * ^ | | 04/08 | 375.00 |
| 6921 * ^ | | 03/11 | 2,000.00 |
| **Total Checks Paid** | | | **$3,767.45** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/05 | Card Purchase | 04/03 Bashas' #158 Phoenix AZ Card 8914 | $147.19 |
| 04/06 | Card Purchase | 04/03 Spinatos Pizza Phoenix AZ Card 8914 | 52.26 |
| 04/06 | Card Purchase | 04/04 Safeway  Store00020420 Phoenix AZ Card 8914 | 91.11 |
| 04/06 | Card Purchase | 04/04 Safeway  Store00020420 Phoenix AZ Card 8914 | 13.79 |
| 04/07 | Card Purchase | 04/06 Qwestcomm*TN602 800-244-1111 CO Card 8914 | 164.59 |
| 04/07 | Card Purchase | 04/07 Sprint*Wireless 800-639-6111 VA Card 8914 | 171.86 |
| 04/08 | Card Purchase | 04/07 City of Phx Payment 602-256-3104 AZ Card 8914 | 68.67 |
| 04/08 | Card Purchase | 04/07 Cox*Phoenix Comm Ser 602-277-100 AZ Card 8914 | 234.40 |
| 04/08 | Card Purchase | 04/07 Mastro's Drinkwater's Scottsdale AZ Card 8914 | 840.43 |
| 04/09 | Card Purchase | 04/07 Altm*800862348Mlz 800-331-0500 GA Card 8914 | 206.53 |
| 04/09 | Card Purchase | 04/08 Best Buy   00002600 Mesa AZ Card 8914 | 214.72 |
| **Total ATM & Debit Card Withdrawals** | | | **$2,205.55** |

Page 5 of 12

# CHASE ◉

March 10, 2010 through April 09, 2010
Primary Account: ██████████5923

## CHASE BETTER BANKING CHECKING

BETTY A TEZAK
OR ROBERT J TEZAK

Account Number: ████████9825

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $559.45 |
| Deposits and Additions | 26,200.00 |
| Checks Paid | - 2,392.71 |
| ATM & Debit Card Withdrawals | - 1,097.77 |
| Electronic Withdrawals | - 22,649.11 |
| Fees and Other Withdrawals | - 46.00 |
| Ending Balance | $573.86 |

This message confirms your enrollment in the Classic Benefits Package.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/11 | Deposit | $3,000.00 |
| 03/24 | Deposit | 1,200.00 |
| 03/25 | Online Transfer From Mma Xxxx8613 Transaction#: 338516712 | 5,000.00 |
| 03/25 | Online Transfer From Mma Xxxx5075 Transaction#: 338747256 | 2,500.00 |
| 03/25 | Online Transfer From Mma Xxxx8613 Transaction#: 338760509 | 1,000.00 |
| 03/29 | Online Transfer From Chk Xxxx9746 Transaction#: 340639767 | 4,500.00 |
| 03/31 | Online Transfer From Chk Xxxx9746 Transaction#: 341891490 | 4,500.00 |
| 04/05 | Online Transfer From Chk Xxxx9746 Transaction#: 344197857 | 500.00 |
| 04/06 | Online Transfer From Mma Xxxx8613 Transaction#: 345086625 | 2,500.00 |
| 04/09 | Online Transfer From Mma Xxxx8613 Transaction#: 346795007 | 1,500.00 |
| Total Deposits and Additions | | $26,200.00 |

Page 6 of 12

# CHASE ◯

April 10, 2010 through May 11, 2010
Primary Account: ██████6923

## CHECKS PAID | (continued)

| CHECK NO. | DESCRIPTION | | DATE PAID | AMOUNT |
|---|---|---|---|---|
| 6877 * ^ | | | 04/19 | 15.00 |
| 6878 ^ | | | 04/27 | 31.99 |
| 6879 ^ | | | 04/26 | 15.00 |
| 6880 | Check # 6880 Target T1429 Purchase | Boc ID: M911925808 | 05/03 | 36.13 |
| 6881 | Check # 6881 Sears Roebuck Purchase Mesaaz POP ID: 9043101628 | | 05/04 | 16.20 |
| 6882 ^ | | | 05/03 | 15.00 |
| 6885 * ^ | | | 05/10 | 15.00 |

**Total Checks Paid** $1,745.72



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/14 | Card Purchase | 04/12 Chevron 00098544 Phoenix AZ Card 8914 | $56.01 |
| 04/14 | Card Purchase | 04/12 Nautica of New River Phoenix AZ Card 8914 | 155.88 |
| 04/14 | Card Purchase | 04/12 Polo/Ralph Lauren Facto Phoenix AZ Card 8914 | 250.02 |
| 04/14 | Card Purchase | 04/13 Padres Latin Grill Phoenix AZ Card 8914 | 67.92 |
| 04/15 | Card Purchase | 04/13 Beautyencounter.Com 714-698-0828 CA Card 8914 | 89.70 |
| 04/15 | Card Purchase | 04/14 AZ Republic Classifi 602-4448561 AZ Card 8914 | 76.00 |
| 04/15 | Card Purchase | 04/14 Choi Tailoring Mesa AZ Card 8914 | 60.00 |
| 04/16 | Card Purchase | 04/14 Beautyencounter.Com 714-698-0828 CA Card 8914 | 100.75 |
| 04/16 | Card Purchase | 04/13 Divine Bistro & Wine B Chandler AZ Card 8914 | 107.72 |
| 04/16 | Card Purchase | 04/14 Islamorada Fish CO Mesa AZ Card 8914 | 76.24 |
| 04/16 | Card Purchase | 04/14 Divine Bistro & Wine B Chandler AZ Card 8914 | 83.72 |
| 04/19 | Card Purchase | 04/16 AZ Biltmore Rm Service Phoenix AZ Card 8914 | 30.73 |
| 04/19 | Card Purchase | 04/16 AZ Biltmore Sp Lounge Phoenix AZ Card 8914 | 45.61 |
| 04/19 | Card Purchase | 04/16 Cvs Pharmacy #5315 Q03 Chandler AZ Card 8914 | 338.54 |
| 04/19 | Card Purchase | 04/16 Albertsons #0980 Mesa AZ Card 8914 | 76.09 |
| 04/19 | Card Purchase | 04/16 Best Buy 00002535 Phoenix AZ Card 8914 | 10.83 |
| 04/20 | Card Purchase | 04/18 Arizona Biltmore Countr Phoenix AZ Card 8914 | 30.07 |
| 04/21 | Card Purchase | 04/19 Arizona Biltmore Countr Phoenix AZ Card 8914 | 33.75 |
| 04/22 | Card Purchase | 04/20 Spinatos Pizza Phoenix AZ Card 8914 | 50.19 |
| 04/22 | Card Purchase | 04/21 Honeybaked-Ham #0052 Mesa AZ Card 8914 | 62.55 |
| 04/22 | Card Purchase | 04/21 DR Reem Kidess Dds P Paradise VA AZ Card 8914 | 75.00 |
| 04/22 | Card Purchase | 04/21 Albertsons #0980 Mesa AZ Card 8914 | 125.44 |
| 04/26 | Card Purchase | 04/22 Ilsecofstate Regproc 800-2528980 IL Card 8914 | 115.00 |
| 04/26 | Card Purchase | 04/24 5 & Diner 16th & Coult Phoenix AZ Card 8914 | 36.03 |
| 04/26 | Card Purchase | 04/25 Albertsons #0969 Scottsdale AZ Card 8914 | 41.38 |
| 04/27 | Card Purchase | 04/26 AZ Biltmore Sp Lounge Phoenix AZ Card 8914 | 88.59 |
| 04/28 | Card Purchase | 04/25 Als Italian Beef Scottsdale AZ Card 8914 | 19.81 |
| 04/28 | Card Purchase | 04/27 AZ Biltmore Grill/Tea Phoenix AZ Card 8914 | 59.40 |
| 04/28 | Card Purchase | 04/27 Best Buy 00002600 Mesa AZ Card 8914 | 172.86 |

**CHASE** ⬤

May 12, 2010 through June 09, 2010
Primary Account: ███████6923

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| | | 05/17 | $15.00 |
| 6886 ^ | | 05/24 | 15.00 |
| 6887 ^ | | 06/01 | 15.00 |
| 6888 ^ | | 06/08 | 23.62 |
| 6889 ^ | | 06/08 | 120.00 |
| 6890 ^ | | 06/07 | 15.00 |
| 6891 ^ | | 06/09 | 754.23 |
| 6893 * ^ | | | |

**Total Checks Paid** $957.85

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| | | 05/09 Scottsdale Plaza Reso Scottsdale AZ Card 8914 | $387.34 |
| 05/12 | Card Purchase | 05/10 7-Eleven 21022 Mesa AZ Card 8914 | 14.50 |
| 05/12 | Card Purchase | 05/11 Scottsdale Heart Grou Scottsdale AZ Card 8914 | 50.00 |
| 05/12 | Card Purchase | 05/11 Sams Club Gilbert AZ Card 8914 | 155.42 |
| 05/12 | Card Purchase | 05/11 Sams Club Gilbert AZ Card 8914 | 185.19 |
| 05/12 | Card Purchase | 05/11 Sams Club Gilbert AZ Card 8914 | 229.11 |
| 05/12 | Card Purchase | 05/11 Shell Oil 57442275103 Tempe AZ Card 8914 | 20.01 |
| 05/13 | Card Purchase | 05/13 Cox*Phoenix Comm Ser 602-277-100 AZ Card 8914 | 108.57 |
| 05/14 | Card Purchase | 05/13 Best Buy    00002600 Mesa AZ Card 8914 | 54.01 |
| 05/14 | Card Purchase | 05/13 Mercedes Benz 13101985 Chandler AZ Card 8914 | 52.09 |
| 05/14 | Card Purchase | 05/13 Macy's East #451 Phoenix AZ Card 8914 | 129.42 |
| 05/17 | Card Purchase | 05/14 Als Italian Beef Scottsdale AZ Card 8914 | 36.42 |
| 05/17 | Card Purchase | 05/14 AZ Biltmore Sp Lounge Phoenix AZ Card 8914 | 24.40 |
| 05/17 | Card Purchase | 05/14 AZ Biltmore Rm Service Phoenix AZ Card 8914 | 42.30 |
| 05/17 | Card Purchase | 05/14 Spinatos Pizza Phoenix AZ Card 8914 | 36.12 |
| 05/17 | Card Purchase | 05/15 Progressive Computin 800-289-148 CA Card 8914 | 39.99 |
| 05/20 | Card Purchase | 05/18 Cvspharmacy #9297 Q03 Phoenix AZ Card 8914 | 298.74 |
| 05/21 | Card Purchase | 05/20 Stingray - Biltmore Phoenix AZ Card 8914 | 126.13 |
| 05/24 | Card Purchase | 05/20 Mastro's Drinkwater's Scottsdale AZ Card 8914 | 767.86 |
| 06/01 | Card Purchase | 05/29 Albertsons #0952 Phoenix AZ Card 8914 | 126.89 |
| 06/01 | Card Purchase | 05/28 Frys-Food-Drg #129 Phoenix AZ Card 8914 | 62.66 |
| 06/01 | Card Purchase | 05/29 Frys-Food-Drg #129 Phoenix AZ Card 8914 | 25.40 |

**Total ATM & Debit Card Withdrawals** $2,970.57



Page 5 of 12

# CHASE 

May 12, 2010 through June 09, 2010
Primary Account: ██████6923

## CHASE BETTER BANKING CHECKING

Account Number: ██████9825

BETTY A TEZAK
OR ROBERT J TEZAK

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $60.27 |
| Deposits and Additions | 39,150.00 |
| Checks Paid | - 5,235.79 |
| Electronic Withdrawals | - 33,941.90 |
| Ending Balance | $32.58 |

This message confirms your enrollment in the Classic Benefits Package.
The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/13 | Online Transfer From Chk Xxxxx9746 Transaction#: 371056614 | $300.00 |
| 05/14 | Online Transfer From Mma Xxxx8613 Transaction#: 371211640 | 3,000.00 |
| 05/14 | Online Transfer From Mma Xxxx5075 Transaction#: 371199607 | 3,000.00 |
| 05/14 | Online Transfer From Mma Xxxx8613 Transaction#: 371723583 | 1,000.00 |
| 05/17 | Online Transfer From Mma Xxxx5075 Transaction#: 372551806 | 500.00 |
| 05/18 | Online Transfer From Mma Xxxx8613 Transaction#: 374426180 | 5,000.00 |
| 05/18 | Online Transfer From Mma Xxxx5075 Transaction#: 374447712 | 5,000.00 |
| 05/21 | Online Transfer From Chk Xxxxx9746 Transaction#: 377027976 | 500.00 |
| 05/21 | Online Transfer From Mma Xxxx5075 Transaction#: 377061355 | 500.00 |
| 05/24 | Online Transfer From Chk Xxxxx9746 Transaction#: 378405646 | 350.00 |
| 05/25 | Online Transfer From Mma Xxxx5075 Transaction#: 379417921 | 1,000.00 |
| 05/25 | Online Transfer From Chk Xxxxx9746 Transaction#: 379454018 | 1,000.00 |
| 06/01 | Online Transfer From Chk Xxxxx9746 Transaction#: 383051950 | 1,500.00 |
| 06/02 | Online Transfer From Chk Xxxxx9746 Transaction#: 384661962 | 4,000.00 |
| 06/03 | Deposit | 10,000.00 |
| 06/07 | Online Transfer From Chk Xxxxx9746 Transaction#: 388032484 | 2,500.00 |
| **Total Deposits and Additions** | | **$39,150.00** |

**CHASE** ○

June 30, 2010 through July 12, 2010
Primary Account: ████████ 6923

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6892 ^ | | 06/10 | $233.63 |
| 6894 * ^ | | 06/10 | 245.00 |
| 6895 ^ | | 06/15 | 37.98 |
| 6896 ^ | | 06/14 | 15.00 |
| 6898 * ^ | | 06/18 | 25.00 |
| 6899 ^ | | 06/28 | 15.00 |
| 6922 * ^ | | 06/21 | 500.00 |
| **Total Checks Paid** | | | **$1,071.61** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/24 | Card Purchase | 06/23 Sams Club Gilbert AZ Card 8914 | $142.75 |
| 07/02 | Card Purchase | 07/01 Best Buy 00002600 Mesa AZ Card 8914 | 99.99 |
| 07/06 | Card Purchase | 07/02 Cvs Pharmacy #2936 Co3 Joliet IL Card 8914 | 21.51 |
| 07/06 | Card Purchase | 07/04 American Roaming Net 866-2100380 FL Card 8914 | 35.00 |
| 07/06 | Card Purchase | 07/04 Cvs Pharmacy #2936 Co3 Joliet IL Card 8914 | 48.64 |
| 07/07 | Card Purchase | 07/05 Harrah's Hotels & Casin Joliet IL Card 8914 | 34.58 |
| 07/07 | ATM Withdrawal | 07/07 1660 N Plainfield Road Cresthill IL Card 8914 | 500.00 |
| 07/08 | ATM Withdrawal | 07/08 1660 N Plainfield Roa Cres Hill IL Card 8914 | 500.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,382.47** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/28 | Aps | Apsivr Ep. 824315282 Tel ID: 1860011170 | $168.88 |
| 07/07 | Online Transfer To Chk Xxxxx9825 Transaction#: 410613868 | | 1,000.00 |
| 07/07 | Online Transfer To Chk Xxxxx9746 Transaction#: 410614116 | | 1,500.00 |
| **Total Electronic Withdrawals** | | | **$2,668.88** |



June 10, 2010 through July 12, 2010
Primary Account: ███████6923



CHASE BETTER BANKING CHECKING

BETTY A TEZAK
OR ROBERT J TEZAK

Account Number: ██████8825

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $32.58 |
| Deposits and Additions | 25,250.00 |
| Checks Paid | - 1,406.80 |
| ATM & Debit Card Withdrawals | - 2,855.66 |
| Electronic Withdrawals | - 21,183.43 |
| Fees and Other Withdrawals | - 108.00 |
| Ending Balance | -$271.31 |

This message confirms your enrollment in the Classic Benefits Package.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | Online Transfer From Mma Xxxx8613 Transaction#: 392409715 | $1,500.00 |
| 06/11 | Online Transfer From Mma Xxxx5075 Transaction#: 392453053 | 1,000.00 |
| 06/16 | Online Transfer From Chk Xxxxx9746 Transaction#: 395979750 | 1,000.00 |
| 06/17 | Online Transfer From Mma Xxxx5075 Transaction#: 396424620 | 500.00 |
| 06/18 | Online Transfer From Mma Xxxx5075 Transaction#: 397242314 | 200.00 |
| 06/21 | Online Transfer From Mma Xxxx5075 Transaction#: 399309869 | 300.00 |
| 06/22 | Online Transfer From Chk Xxxxx9746 Transaction#: 399875963 | 1,000.00 |
| 06/24 | Online Transfer From Chk Xxxxx9746 Transaction#: 401483807 | 350.00 |
| 06/24 | Online Transfer From Chk Xxxxx9746 Transaction#: 401906196 | 200.00 |
| 06/25 | Deposit | 8,000.00 |
| 06/28 | Deposit | 100.00 |
| 07/02 | Online Transfer From Chk Xxxxx9746 Transaction#: 407299162 | 4,500.00 |
| 07/06 | Online Transfer From Chk Xxxxx9746 Transaction#: 408750435 | 2,500.00 |
| 07/07 | Online Transfer From Chk Xxx6923 Transaction#: 410613868 | 1,000.00 |
| 07/07 | Online Transfer From Mma Xxxx5075 Transaction#: 411457288 | 1,000.00 |
| 07/07 | Online Transfer From Mma Xxxx8613 Transaction#: 411421228 | 1,000.00 |
| 07/07 | Online Transfer From Chk Xxxxx9746 Transaction#: 410635728 | 600.00 |
| 07/08 | Online Transfer From Mma Xxxx8613 Transaction#: 412554313 | 500.00 |
| **Total Deposits and Additions** | | **$25,250.00** |

Page 6 of 12

**CHASE** ⬡

June 10, 2010 through July 12, 2010
Primary Account: ████████ 6923

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1411 ^ | | 06/14 | $100.00 |
| 1505 * ^ | | 07/09 | 251.00 |
| 1511 * ^ | | 06/30 | 891.55 |
| 1512 ^ | | 06/30 | 164.25 |
| Total Checks Paid | | | $1,406.80 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/21 | Card Purchase With Pin  06/19 Max Stores Phoenix AZ Card 4618 | $20.70 |
| 06/21 | Card Purchase W/Cash  06/20 #00980 Albertsons Mesa AZ Card 4618 | 60.00 |
| 06/28 | Card Purchase  06/25 Walgreens #9202 Mesa AZ Card 4618 | 225.99 |
| 06/28 | Card Purchase  06/25 Bashas' #158 Phoenix AZ Card 4618 | 138.23 |
| 06/28 | ATM Withdrawal  06/26 1761 W Baseline Rd Mesa AZ Card 4618 | 300.00 |
| 06/29 | Card Purchase  06/27 Walgreens #9202 Mesa AZ Card 4618 | 210.74 |
| 07/02 | ATM Withdrawal  07/01 1761 W Baseline Rd Mesa AZ Card 4618 | 500.00 |
| 07/06 | ATM Withdrawal  07/03 120 N Scott Joliet IL Card 4618 | 300.00 |
| 07/08 | ATM Withdrawal  07/04 1660 N Plainfield Road Cresthill IL Card 4618 | 500.00 |
| 07/06 | ATM Withdrawal  07/05 1660 N Plainfield Road Cresthill IL Card 4618 | 300.00 |
| 07/06 | ATM Withdrawal  07/06 1660 N Plainfield Roa Crest Hill IL Card 4618 | 300.00 |
| Total ATM & Debit Card Withdrawals | | $2,855.66 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | Online Payment 843214240 To Chase Cardmember Services | $250.00 |
| 06/11 | Online Transfer To  Chk Xxxxx9746 Transaction#: 392439214 | 1,000.00 |
| 06/11 | Online Payment 835995450 To Ge Money | 650.00 |
| 06/11 | Online Payment 835995451 To Ge Money | 100.00 |
| 06/14 | Online Transfer To  Chk Xxxxx9746 Transaction#: 394280620 | 300.00 |
| 06/15 | Citi Card Online Payment  110142210273646 Web ID: Citictp | 460.00 |
| 06/16 | Online Payment 835997956 To Hsbc Card Services | 265.00 |
| 06/17 | Citi Card Online Payment  130143861794760 Web ID: Citictp | 460.00 |
| 06/17 | Gemoney Pp  Payment/gpp 043000097349229 Web ID: 9044013550 | 450.00 |
| 06/18 | Vba  Membership  PPD ID: 8003662467 | 29.95 |
| 06/21 | Hsbc Nevada  Online Pmt Ckf313512913POS Web ID: 9500000000 | 300.00 |
| 06/22 | Cox Cable  Online Pmt Ckf313512913POS Web ID: 9500000000 | 125.95 |
| 06/23 | Citi Card Online Payment  110148975808495 Web ID: Citictp | 465.00 |
| 06/24 | Online Payment 850192707 To Ge Money | 270.00 |
| 06/25 | Citi Card Online Payment  110150441227191 Web ID: Citictp | 650.00 |
| 06/28 | Online Payment 850196122 To Legacy Visa | 95.00 |