# FIRST MIDWEST BANK CERTIFICATE OF DEPOSIT

**EXHIBIT I**

| Certificate of Deposit Signature Card: Non-Negotiable | $62,947.60 | First Midwest Bank Member F.D.I.C | | Bank Copy |
|---|---|---|---|---|
| Initial Maturity Date: 10/26/2009 | Initial Annual Percentage Yield: 3.50 | Fixed | | (Existing) Account: ▇▇▇3067 |
| Initial Interest Rate: 3.446 | Renewable Automatically | Compounding | | Deposit ID Number: 0000000002 |
| Interest Frequency: Monthly | Term: 13 Months | Interest Method: Add to CD | | Issue Date: 9/26/2008 |
| FWC: 4 | Account Type: 70 | Int. Plan: 693  Branch: 0000101  Cost Ctr: 0010116 | Officer: 01018 | TIN: ▇▇▇3831 |

| For the Account of Title/Address: | | | SSN# | Birthdate |
|---|---|---|---|---|
| BETTY A TEZAK | 1. 2340 S STANDAGE ST MESA AZ 85202-6615 | | ▇▇▇3831 | 11/09/1922 |
| QUINTIN R TEZAK | 2. 2340 S STANDAGE ST MESA AZ 85202-6615 | | ▇▇▇6788 | 9/23/1918 |
| ROBERT J TEZAK | 3. 2340 S STANDAGE ST MESA AZ 85202-6615 | | ▇▇▇9146 | 2/17/1948 |
| 2340 S STANDAGE ST | | | | |
| MESA AZ 85202-6615 | | | | |

The signer(s) hereby acknowledge(s) receipt of and agree(s) to the terms and conditions governing this account and the rules and regulations of the bank. I(We) under penalty of perjury, certify that (1) the taxpayer identification number(s) shown is correct and (2) I(we) am not subject to backup withholding. (If the Internal Revenue Service has notified any of the signers that they are subject to backup withholding, delete line (2) above.

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ | 1. BETTY A TEZAK | DRIVER'S LICENSE # 614609821 | | AZ | 1/01/2006 | 1/01/2010 |
| ☑ | 2. QUINTIN R TEZAK | DRIVER'S LICENSE # 343146788 | | AZ | 9/11/2002 | 9/23/2011 |
| ☑ | 3. ROBERT J TEZAK | DRIVER'S LICENSE # 325389146 | | AZ | 1/01/2005 | 1/01/2009 |

0000000002    56420770    ▇▇▇3067    6294760

```
DEPOSIT SYSTEM TRANSACTION INQUIRY    TRACE TRANSACTION              PAGE REQ: =+1
ACCOUNT:     3067  INQUIRY: 214  SEARCH:                             AUTH: 0
NAME: TEZAK BETTY A              CERTIFICATE OF DEPOSIT ACCOUNT LAST ST: 12-31-09
LEDGER BALANCE:   .00                    LAST STMT BALANCE: 65,482.29
CURRENT BALANCE:  .00                    AVAILABLE BALANCE: .00
                                         REL AVAIL BALANCE: .00
     DATE      TRAN      AMOUNT    DEP-ID DESCRIPTION          SRC   CONTROL

                    *** 07-16-10 BALANCE:                0.00 ***

   7-16-10   972      5,697.06          2 TD WD UNAVL PRIN     526 260000716085038
 * 7-16-10                         PENALTY:         19.09
                                                              USERID:  W642260
   7-16-10   970         10.25          2 TD WD AVL INT        526 260000716085038
 * 7-16-10
                                                              USERID:  W642260
   7-16-10   773         10.25          2 TIME DEPOSIT INT CR  526 260000716085038
 * 7-16-10
                                                              USERID:  W642260

                    *** 07-07-10 BALANCE:             5,697.06 ***

                                                              12:12:34   08/10/10
PAGE 001 -PRESS ENTER FOR NEXT PAGE
```

```
DEPOSIT SYSTEM TRANSACTION INQUIRY      TRACE TRANSACTION           PAGE REQ: =+1
ACCOUNT:         3067   INQUIRY: 214  SEARCH:                       AUTH: 0
NAME: TEZAK BETTY A                   CERTIFICATE OF DEPOSIT ACCOUNT LAST ST: 12-31-09
LEDGER BALANCE:    .00                        LAST STMT BALANCE: 65,482.29
CURRENT BALANCE:   .00                        AVAILABLE BALANCE:    .00
                                              REL AVAIL BALANCE:    .00
   DATE    TRAN       AMOUNT    DEP-ID DESCRIPTION               SRC    CONTROL
  7-07-10  972     15,000.00       2 TD WD UNAVL PRIN            526 260000707131508
* 7-07-10                        PENALTY:           50.08
                                                                 USERID:  W642260
  7-07-10  970         50.08       2 TD WD AVL INT               526 260000707131508
* 7-07-10
                                                                 USERID:  W642260

              *** 06-25-10 BALANCE:           20,747.14 ***

  6-25-10  761         50.08       2 INTEREST                    000 000000000000000
  6-25-10  972     15,050.25       2 TD WD UNAVL PRIN            526 252000625133255
* 6-25-10                        PENALTY:           50.25
                                                                 USERID:  W642252

              *** 06-14-10 BALANCE:           35,747.31 ***
                                                                 12:13:24    08/10/10
PAGE 002 -PRESS ENTER FOR NEXT PAGE
```

```
DEPOSIT SYSTEM TRANSACTION INQUIRY    TRACE TRANSACTION               PAGE REQ: =+1
ACCOUNT:  █████3067  INQUIRY: 214   SEARCH:                           AUTH: 0
NAME: TEZAK BETTY A                  CERTIFICATE OF DEPOSIT ACCOUNT LAST ST: 12-31-09
LEDGER BALANCE:   .00                       LAST STMT BALANCE: 65,482.29
CURRENT BALANCE:  .00                       AVAILABLE BALANCE:      .00
                                            REL AVAIL BALANCE:      .00
   DATE     TRAN       AMOUNT     DEP-ID DESCRIPTION              SRC    CONTROL

  6-14-10   972      10,033.50         2 TD WD UNAVL PRIN         526 260000614085038
* 6-14-10                         PENALTY:        33.50
                                                                  USERID:  W642260

               *** 06-03-10 BALANCE:               45,780.81  ***

  6-03-10   972      10,033.50         2 TD WD UNAVL PRIN         526 260000603160239
* 6-03-10                         PENALTY:        33.50
                                                                  USERID:  W642260

               *** 05-26-10 BALANCE:               55,814.31  ***

  5-26-10   972       9,521.58         2 TD WD UNAVL PRIN         526 260000526135815
* 5-26-10                         PENALTY:        31.79
                                                                  12:13:27   08/10/10
PAGE 003 -PRESS ENTER FOR NEXT PAGE
```