# CHECK FROM ROBERT RICHARDS

# &

# MERRI RICHARDS

**EXHIBIT J**

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 007680931121  Posting date 15-SEP-09

ROBERT RICHARDS
MERRI RICHARDS
6611 PHEASANT CT
WAUCONDA, IL 60084

101

70-2390/719

Date: 9-4-09

Pay to the Order of: RoberT J. Tezak    $25,000.00

Twenty Five Thousand Dollars and NO/100    Dollars

Fifth Third Bank
CHICAGO
CHICAGO, ILLINOIS

PLATINUM ONE ACCOUNT

Robert Richards

For: _____

⑈071923909⑈ 7231245528⑈ 0101

```
AcctNum: 000000007231245528  Amount: 000000002500000
Xerno:  0000000000 PostDate: 20090915 Sequence: 007680931121
BankNum: 0601 AppCode: 0090 Field4: 0000 ImageStat: 05
UDK: 060109091500768093112l BOFD: 111900057 CapSRC: BY
TranCode: 000101 RouteTran: 07192390  DocType: 8
EntryNum: 4506 ItemType: P
```

# CHECK FROM D'ARCY

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G05Nov09-1444
Sequence number 009240749822  Posting date 08-JAN-07

---

**D'ARCY**

CHECK# 120879

70-160 / 719

120879

BOSS TESTERTON, JOLIET, IL 60435  815-439-5500

PAY **TWENTY FIVE THOUSAND FIVE HUNDRED DOLLARS AND 00/100**

TO THE ORDER OF
BOB TEZAK
2340 S. STANDAGE
MASA AZ 85202

DATE 01/04/07     AMOUNT $25,500.00

D'ARCY BUICK • GMC TRUCKS

FIRST MIDWEST BANK / ILLINOIS
JOLIET, IL 60431

*Terry D'Arcy*

⑈120879⑈ ⑆071901604⑆ 20000029736⑈

911420175357

```
AcctNum: 00000000200029736  Amount: 000000002550000
Xerno:   00001208079 PostDate: 20070108  Sequence: 009240749822
BankNum: 0601  AppCode: 0090  Field4: 0000  ImageStat: 05
UDK:     0601070108009240749822  BOFD: 11190057  CapSrc: PC
TranCode: 000000  RouteTran: 07190160  DocType: 8
EntryNum: 6238  ItemType: P
```