# STATE FARM INSURANCE

# SUBPOENA RESPONSE

**EXHIBIT K**



State Farm Mutual Automobile Insurance Company
2702 Ireland Grove Rd
Bloomington IL 61709

44305-5-J     MUTL   VOL

# DECLARATIONS PAGE

NAMED INSURED

AT2                13-1940-55JJ    A

013559
TEZAK, ROBERT J
2340 S STANDAGE
MESA AZ 85202-6615

| POLICY NUMBER   619 9856-A31-13A |
| --- |
| POLICY PERIOD JUL 31 2010 to JAN 31 2011<br>12:01 A.M. Standard Time |

AGENT

JIM LACEY
1300 W JEFFERSON
JOLIET, IL 60435-6818

PHONE: (815)725-4711   or   (815)725-4719

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

## YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
| --- | --- | --- | --- | --- | --- |
| 2001 | OLDSMOBILE | AURORA | 4DR | 1G3GS64C814128321 | 6A30601000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
| --- | --- | --- |
| D | Comprehensive Coverage - $250 Deductible | $26.56 |
| | Total premium for JUL 31 2010 to JAN 31 2011 | $26.56    This is not a bill |

## IMPORTANT MESSAGES

For information or assistance with any insurance problem, be sure to contact your STATE FARM AGENT first. Your good neighbor agent will be happy to help you. Section 143c of the Illinois Insurance Code requires notification of the following addresses: State Farm Insurance Companies, Illinois Operations Center, 2702 Ireland Grove Road, Bloomington, Illinois 61709-00 Phone 1-800-424-1162 (within Illinois). Office Hours 8 A.M. to 4:30 P.M., Monday through Friday. Or Illinois Department of Insuran Consumer Services Section, Springfield, Illinois 62767. This message is provided by State Farm in compliance with Illinois law.

Replaced policy number 6199856-13.

New Policy Form

The following coverages are currently suspended: A-Liability Coverage, C-Medical Payments Coverage, G-Collision Coverage - $500 Deductible, H-Emergency Road Service Coverage, R1-Car Rental and Travel Expenses Coverage, U-Uninsured Motor Vehicle Coverage, W-Underinsured Motor Vehicle Coverage.

**Location used to determine rate charged-1211 PLAINFIELD RD, JOLIET IL 60435.**

## EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET - FORM 9813B, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU WITH ANY SUBSEQUENT RENEWAL NOTICE.

# State Farm Insurance Companies®



Illinois Operations Center
2702 Ireland Grove Road
Bloomington, Illinois 61709-0001

September 2, 2010

MEMO TO:  Patrick J. Fitzgerald
          United States Attorney

FROM:     Christina Hubbard, Underwriting Team Manager
          Calumet Auto Division

          POLICY 581 5941-E26-13B
          BETTY TEZAK
          2005 Mercedes

Attached is the certified policy you requested.

# State Farm Insurance Companies®



Illinois Operations Center
2702 Ireland Grove Road
Bloomington, Illinois 61709-0001

### CERTIFICATE

I, the undersigned, do hereby certify that I am custodian of the records pertaining to the issuance of policies by the Calumet Division of State Farm Fire and Casualty Company of Bloomington, Illinois.

I further certify that the attached policy, number 581 5941-E26-13B, is a copy of the policy issued to BETTY TEZAK of 2340 S STANDAGE MESA AZ 85202-6615 based on our available records.

The policy has been in effect since the origination date of November 26, 2008.

_____
Underwriting Team Manager

State of Illinois

Subscribed and sworn to before me this 8th day of September 2010

_____
Notary Public

 State Farm Mutual Automobile Insurance Company

2702 Ireland Grove Rd
Bloomington IL 61709

## DECLARATIONS PAGE

| POLICY NUMBER | 581 5941-E26-13B |
|---|---|
| POLICY PERIOD | MAY 26 2010 to NOV 26 2010 12:01 A.M. Standard Time |

NAMED INSURED

AT2

13-1940-55JJ     A

001625

TEZAK, BETTY
2340 S STANDAGE
MESA AZ  85202-6615

AGENT

JIM LACEY
1300 W JEFFERSON
JOLIET, IL 60435-6818

PHONE: (815)725-4711  or  (815)725-4719

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 2005 | MERCEDES | SL55 AMG | 2DR | WDBSK74F45F091495 | 6A30111300 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A | Liability Coverage | $142.95 |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $100,000    $300,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $100,000 | |
| C | Medical Payments Coverage | $9.84 |
| | Limit - Each Person | |
| | $5,000 | |
| D | Comprehensive Coverage - $250 Deductible | $68.52 |
| G | Collision Coverage - $500 Deductible | $339.87 |
| H | Emergency Road Service Coverage | $3.94 |
| R1 | Car Rental and Travel Expenses Coverage | $12.06 |
| | Limit - Car Rental Expense | |
| | Each Day,     Each Loss | |
| | $25          $600 | |
| U | Uninsured Motor Vehicle Coverage | $10.57 |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $100,000    $300,000 | |
| W | Underinsured Motor Vehicle Coverage | $9.94 |
| | Bodily Injury Limits | |
| | Each Person, Each Accident | |
| | $100,000    $300,000 | |

| Total premium for MAY 26 2010 to NOV 26 2010. | $597.69 | This is not a bill. |
|---|---|---|

### IMPORTANT MESSAGES

For information or assistance with any insurance problem, be sure to contact your STATE FARM AGENT first.  Your good neighbor agent will be happy to help you.  Section 143c of the Illinois Insurance Code requires notification of the following addresses:  State Farm Insurance Companies, Illinois Operations Center, 2702 Ireland Grove Road, Bloomington, Illinois 61709-00 Phone 1-800-424-1162 (within Illinois).  Office Hours 8 A.M. to 4:30 P.M., Monday through Friday.  Or Illinois Department of Insuran Consumer Services Section, Springfield, Illinois 62767.  This message is provided by State Farm in compliance with Illinois law.

```
                                                                    09/01/10
                                                                   08:03:19

PEND CODES - 78-STAR
                      ** POLICY MASTER RECORD **                    AM0419D4
581 5941 B 001    X-DATE E26  EFF   05-26-10 TO 11-26-10  OXD   11-26-2008
CO FIRE  RISK OVL  FLT NONFLT  STATUS 01-PAID TO 11-26-10     DATE TERM
TEZAK, BETTY                                                  PREM CANC DT
2340 S STANDAGE                    AMT DUE                    ELIG 50/50
MESA AZ  85202-6615                DUE DATE                   REIN APP DT
                                   EXT DUE DT                 ON TIME DT
                                   SFPP NO                    AUTO REIN


  TERR  019 CLASS  6A30111300              MULTIYOUTH NO  A 100/300/100
  CNTY  099 BIRTH  02-17-48                               C 5000
  CITY  000 YOUTH         AGENT  LACEY, JAMES R           D250
  RMC   DDN TYPE   0       CODE   1940 PHONE 815-725-4711  G500
  KIND  2   FORM  9813B   AFO   AFO JOLIET                 H
  BASIC 0   EFF DT 05-26-10  CODE  014   TEAM  J PH REQ NO  R1 25/600
  AGE   62  CRI 1633                                       U 100/300
  YR  2005 MAKE MERCEDES  MODEL SL55 AMG                   W 100/300
  VIN WDBSK74F45F091495    BODY  2DR         PRIOR
  MFR M GRG-AGE 040-6 DRG 040 LRG 03
  NEXT:_____                      BYPASS
  ENDORSEMENTS-


                     ** ASSIGNED CLIENTS **
                                        DRVR REC
                 CLIENT            BIRTH   LEVEL
                 TEZAK, ROBERT J   02-17-48    1

              ** CLIENT ACCIDENT AND VIOLATION SURCHARGES **
             SURCHARGE  ACC-VIOL   CHARGE    SURCHARGE DATES    VALUE   CLAIM
NAME         CODE TYPE    DATE    PAY DATE   START    STOP     CUR NXT  NUMBER
ROBERT         03  VIOL  11-14-05           01-31-07 11-26-08
ROBERT             ACCD  07-02-03  07-10-03 01-06-04 07-31-06          138262133


                  ** PAYMENT HISTORY  **
                                                     ACCTG  SERVICING
  AMOUNT    DATE   DEPOSIT C/E TYPE                  DEPOSIT  OFFICE

  298.69 06-28-10  92226    REMITTANCE PROCESSOR 336  52521     74
  301.00 05-21-10  61645    REMITTANCE PROCESSOR 336  53478     74
                                      MORE PMR DATA -- PRESS F9:
```

```
F043-HOUSEHOLD CONTAINS UNDISPLAYED CLIENTS/LICENSES - M4HHM              09/01/10
                                                                         08:04:22
                        **** HOUSEHOLD PROFILE ****                      AM0604M3
   P1    581 5941B 001  AGT-AFO 1940-014 VEH 05 MERCEDES   GRG 040 DRG 040 RMC DDN
         CO FIRE  RISK OVL   FLT NONFLT  ST-DIV 13-CALUMET
         TEZAK, BETTY         2340 S STANDA QUEST R9 09-2009 D         MUT    OT
         STAT 01                   PND CD                 OXD 11-26-2008 DREXL
         CLASS 6A30111300          PND CL
         A1   02-01-04-D  A2   07-02-03-B



                          ** CLIENTS **                      PAGE   1/MORE *
                                                           RATE         POL
       NAME                LICENSE              BIRTH       IND SEX MAR  ID
   C1  TEZAK, ROBERT J     T22077048048   *     02-17-1948   E   M   D   P1
   C2  TEZAK, BETTY        B14609821      *     11-09-1922   Z   F   M

NEXT:                    INFO FOR 581 5941B 001  P1        PAGE  1/NO MORE
                        **** CLAIM ENTRY/REVIEW ****
   CLAIM NO: 138528557  LOSS DATE: 020104  LOSS TIME: 1130A M            DELETE:
   LOCATION: BETWEEN DESMOINES, IA AND KANSAS CITY, MO
   DRIVER TEZAK ROBERT J                                  AGE:   CAT LOSS:
   POLICE: N          VIOLATION:                                 STATUS: C
   FACTS: INSURED WAS IN PROCESS OF DRIVING TO ARIZONA AND RAN INTO BAD
          WEATHER. TRUCKSWERE SALTING AND PUTTING DOWN A SAND SUBSTANCE.
          THE INSURED HAS FOUND DAMAGE TO WINDSHIELD AND BODY OF VEHICLE     *

   PAYMENTS: D    6917 R     630                                      7547
        SUB:

                                                    NO MORE PAYMENTS
   SURCHG UND:                        SURCHG CLM:   AT FAULT:
   CHRG DATE:         START DATE:      STOP DATE:        FCRA:
   SURCHG PCT:        SURCHG PTS:

                                      EFF DATE:            RERATE: Y
   NEG UND: N  ACTION: FJUN 041304 NA                    MATCH TDE: N
        MISC:
        NEXT:                                          PG  1 MORE CLAIMS
```

```
F043-HOUSEHOLD CONTAINS UNDISPLAYED CLIENTS/LICENSES - M4HHM        09/01/10
                                                                    08:04:28
                        **** HOUSEHOLD PROFILE ****                 AM0604M3
P1   581 5941B 001  AGT-AFO 1940-014 VEH 05 MERCEDES   GRG 040 DRG 040 RMC DDN
     CO FIRE  RISK OVL   FLT NONFLT  ST-DIV 13-CALUMET
     TEZAK, BETTY      2340 S STANDA QUEST R9 09-2009 D        MUT     OT
     STAT 01                  PND CD              OXD 11-26-2008 DREXL
     CLASS 6A30111300         PND CL
     A1   02-01-04-D  A2   07-02-03-B



                        ** CLIENTS **                    PAGE  1/MORE *
                                                   RATE              POL
        NAME                LICENSE         BIRTH    IND SEX MAR ID
C1   TEZAK, ROBERT J      T22077048048    02-17-1948  E   M    D  P1
C2   TEZAK, BETTY         B14609821       11-09-1922  Z   F    M



NEXT:                     INFO FOR 581 5941B 001  P1      PAGE  1/NO MORE
                     **** CLAIM ENTRY/REVIEW ****
   CLAIM NO: 138262133  LOSS DATE: 070203  LOSS TIME: 1030A M       DELETE:
   LOCATION: ESSINGTON AT ENTRANCE/EXIT TO TWIN OAKS SHOPPING CNTR   JOLIET ,
     DRIVER: TEZAK, ROBERT J                          AGE:  CAT LOSS:
    POLICE: Y        VIOLATION: INSURED / FAILURE TO YIELD      STATUS: C
     FACTS: VEH 1 WAS S/BOUND ON ESSINGTON & GOING TO MAKE LEFT TURN INTO
            SHOPPING CNTR.  VEH 2 HAD MADE TURN OFF JEFFERSON ST., ONTO
            ESSINGTON GOING NORTH - A TRUCK HAD PULLED OUT OF SHOPPING CNTR & *

  PAYMENTS: B   1505 G    1882                                       3388
       SUB:
                                              NO MORE PAYMENTS
SURCHG UND:                     SURCHG CLM: Y    AT FAULT:
  CHRG DATE: 071003   START DATE: 010604   STOP DATE: 073106      FCRA:
SURCHG PCT:          SURCHG PTS:
                                     EFF DATE:           RERATE: Y
NEG UND: Y  ACTION: FJUN 071503 NA                 MATCH TDE: N
    MISC:
    NEXT:                                       PG  2 NO MORE CLAIMS
```

```
                                                          09/01/10
                                                          08:04:34

                **** HOUSEHOLD AND POLICY NOTES ****      AM2900I3

HH    HOUSEHOLD NOTE
N1    NO PREVIOUS INSURER REPORT AVAILABLE,01072003
N2    01-07-2003 CLEAN LHR REPORT

P1    581 5941B 001    ST-DIV 13-CALUMET
N3    OXD 10162006
N4    TOOF 041608 TO 112608
N5    PER APP, ROBERT'S PARENTS CO-OWN THE VEHICLE *** HOWEVER,
      THEY LIVE IN ARIZONA AND HAVE NO EXPOSURE TO THE HOUSEHOLD
      *** I AM ADDING AN AUX 69 TO THE POLICY ****   VEHICLE IS
      REGISTERED IN ILLINOIS                                      JF  102706
N6    A-324 FOR PROOF OF PURCHASE AND EVIDENCE OF INSURANCE       JF  102706
N7    CLASS 6A OKAY *** ROBERT IS RETIRED                         JF  102706
N8    REC'D BILL OF SALE ** PER AGENT E-MAIL, DEALER KEPT PLATES
      AND INSURANCE ON IT UNTIL 9-30-06, WHICH IS WHEN THE INSURED
      BECAME RESPONSIBLE FOR IT                                   JF  110806
N9    RECEI PROOF OF SALE ***                                     CS  110906
N10   A-296AST SENT BY AST                                        JO  011808
N11   LTR A-298 SENT 021208 W/O REFUND                            JK  020708
N12   PHQ OK                                                      JS  092209


NEXT:_____        INFO FOR 581 5941B 001  P1          PAGE  1/MORE *

                       ** ENTRY AREA **

Move notes _____ State ____
Del notes _____
Add note for policy ID: P____  Add household note:__ (y)  Edit note ID: N___


      _____
      _____
      _____
      _____
      _____
      _____


                                        Delete screen:__ (y)
```

```
DOCUMENT  1 OF  1                                    09/01/10
                                                     08:04:59
                                                     AUC000A0

 Drivers/Violations/Accidents or Losses

 Principal Operator                                        Suf:
 First: ROBERT          MI: J Last: TEZAK
 License No: T22077048048          St: IL    Marital stat: DIVORCED
 Birthdate: 02-17-1948 Sex: M              SS #: 325389146
 Pct uses veh: 100              Rel to applicant: SELF
 Lic 3 yrs: YES If yes, age first Lic: 16   Original lic date: 02-01-64
                       Employ Stat: RETIRED


 At Fault Accidents 0-3 Yrs:   Surch      Non-surch
 Minor violations: 0-3 Yrs:   Major violations:   0-3 Yrs    3-5 Yrs  DRL:  2

   Agent Assigned Driver: Yes

 Class
                                                    Multicar: YES

             Ann mil: 5000     Class: 6A
             Odometer: 8500
             Vehicle use: Pleasure



    Addl HH class chg: NO

    Age: 60   CRI: 1633




                                                    PAGE  2 OF  4

              Next:_____ +
    F2=Addl F keys   F4=Prompt   F7=Bkwd   F8=Fwd   F18=Next Doc   F19=Last doc
```

DOCUMENT  1 OF  1                                      09/01/10
                                                       08:05:02
                                                       AUC000A0

Vehicle

              Year: 2005              Vin: WDBSK74F4 5 F091495
              Make: MERCEDES-BENZ  PP2 IRG:      040
             Model: SL55 AMG            LRG: 03
        Body Style: "K" 2D RDSTR  Prior Dam: NO
Veh safety disc: A - 40%           Anti-theft disc: 10%

              Date Purchased: 11-26-2008
       Effective Date of Policy: 11-26-2008

Payment

   $360.00 streamed to amount field as a debit

   Payment type: CREDIT CARD      Ref no: 1126141511HMZ

Coverage Information

    Coverages                Limits or Deductible        Premium
    BI                       100/300                      151.65
    PD                       100                            0.00
    MED                      $5,000                        11.35
    COMP                     $250 DED                      80.23
    COLL                     $500 DED                     425.26
    ERS                                                     6.00
    R1                       25/600                        18.20
    U/W                      100/300                       26.31

            Premium:       $719.00        Quote Eff Date: 11-26-2008
       Std Rate Lvl: 2-Star Disc
             PRF:  1.00

Lienholder Information

            Code: 26848

                                             PAGE  3 OF  4

              Next:_____ +
   F2=Addl F keys   F4=Prompt   F7=Bkwd   F8=Fwd   F18=Next Doc   F19=Last doc

```
DOCUMENT  1 OF  1                                           09/01/10
                                                            08:05:06
                                                            AUC000A0
```

Underwriting Questions

    Answer  During the last 5  years, have you, the applicant, or any household
              member, or any regular driver:

    NO     Violations, accidents, or losses not listed for any driver in the
            last 5  years?
    NO     Household members age 16 and over who are not yet licensed?

Registered Owner(s):
    First          MI Last
    ROBERT        J  TEZAK

NECHO System-Determined Information

    Class: 6A

Agent Information

              Agent's name: LACEY, JAMES R
                    Phone: 815-725-4711            Initials: ARR

```
                    Next:_____ +.
    F2=Addl F keys   F4=Prompt  F7=Bkwd   F8=Fwd   F18=Next Doc   F19=Last doc
```

```
F043-HOUSEHOLD CONTAINS UNDISPLAYED CLIENTS/LICENSES - MT687          09/01/10
                                                                      08:05:45
                        **** HOUSEHOLD PROFILE ****                   AM0616M4
P1  581 5941B 001  AGT-AFO 1940-014  VEH 05 MERCEDES   GRG 040 DRG 040 RMC DDN
    CO FIRE  RISK OVL    FLT NONFLT  ST-DIV 13-CALUMET
    TEZAK, BETTY        2340 S STANDA QUEST R9 09-2009 D         MUT    OT
    STAT 01              PND CD                        OXD 11-26-2008 DREXL
    CLASS 6A30111300     PND CL
    A1   02-01-04-D  A2   07-02-03-B


                        ** CLIENTS **               PAGE   1/MORE *
                                                RATE        POL
        NAME            LICENSE            BIRTH    IND SEX MAR ID
C1  TEZAK, ROBERT J     T22077048048       02-17-1948  E   M   D  P1
C2  TEZAK, BETTY        B14609821          11-09-1922  Z   F   M


NEXT:               INFO FOR 619 9856A     P2       PAGE  1/NO MORE
                        ENTRY AREA

  Action codes - A=Add  C=Copy  D=Delete  E=Edit  G=Unassign  S=Assign

  Action:__   Client ID: C____   Order MVR:__ (Y,L,M,N,H)   Route to:_____
         Eff date:_____   Rerate:__ (y,n)       Match TDE:__ (y)

  Add note for policy ID: P___  Add household note:__ (y)  Edit note ID: N___
Move pol/client/note/acc:_____ LOB: A Car:____ ST:__
          Del note:_____ HH Reund:__ Class 50: Y (y,n)

             ** HOUSEHOLD AND POLICY NOTES **

N1 HH   NO PREVIOUS INSURER REPORT AVAILABLE,01072003
N2 HH   01-07-2003 CLEAN LHR REPORT
N3 P1   OXD 10162006
N4 P1   TOOF 041608 TO 112608


                                                  PAGE 1 / MORE *
```