U.S. V. ROBERT J. TEZAK, 92 CR 652-5

SUMMARY OF WESTERN UNION SUBPOENA RESPONSE

| Date | Payee | Sender | Senders Credit Card # | Amount |
|---|---|---|---|---|
| 2/21/07 | Illinois Department of Corrections Inmate: Corey Nobles | Robert J. Tezak | 517760xxx9626 | $200 |
| 3/14/07 | Allison Kuta Morris, IL | Robert J. Tezak | 422709xxx2360 | $300 |
| 4/10/07 | Sue Coltune Boynton Beach, FL | Robert J. Tezak | 422709xxx2360 | $250 |
| 4/1/07 | Debra Coltune Boynton Beach, FL | Robert J. Tezak | 412061xxx2817 | $350 |
| 4/10/07 | Illinois Department of Corrections Inmate: Corey Nobles | Robert J. Tezak | 479107xxx2070 | $200 |
| 5/9/07 | Juniper Bank DE | Robert J. Tezak | 479107xxx2070 | $900 |
| 6/2/07 | Illinois Department of Corrections Inmate: Corey Nobles | Robert J. Tezak | 412061xxx2817 | $200 |
| 1/17/08 | David Lopez Santa Ana, CA | Robert J. Tezak | 546638xxx9338 | $300 |
| | | | | TOTAL: $2,700 |

**EXHIBIT L**