# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
## Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                               Case No.: 1:92–cr–00652

                                                     Honorable Matthew F. Kennelly

, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2013:

    MINUTE entry before the Honorable Matthew F. Kennelly:as to Robert J Tezak, Preliminary revocation hearing held and continued to 5/2/2013 at 01:30 PM. Any further submissions are to be filed by 4/25/2013. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.