# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **Case No. 92-CR-652-5** |
| **ROBERT J. TEZAK,** ) | |
| ) | Honorable Matthew F. Kennelly |
| Defendant. ) | *Judge Presiding* |

## (AMENDED) NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, May 1, 2013 at 9:30 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any judge sitting in his stead in Courtroom 2103 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the Defendant's (Amended) Motion for Extension of Time to File Supplemental Pleading, Motion to Reschedule Hearing and Motion to Issue Subpoena.

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2013, I provided service via the PACER/CM/ECF system to all parties of record and to William S. Weltman of Reed Smith, LLP via email (at WWeltman@ReedSmith.com) and first-class mail (at William S. Weltman, Esq.; c/o Reed Smith, LLP; 10 South Wacker Drive, 40th Floor; Chicago, IL 60606-7507).

            BY: /s/ Daniel E. Radakovich
              DANIEL E. RADAKOVICH
              Attorney for Defendant, Robert J. Tezak

Daniel E. Radakovich
900 West Jackson, Suite 5-E
Chicago, IL 60607
(312) 733-5116