

**Joseph L. Lillo, D.O.**
Board Certified in Family Practice
Board Certified in Clinical Lipidology
Certificate of Added Quality in Rheumatology

April 2, 2013

Re: Quentin and Betty Tezak

Please note that I am the attending physician for both of the above named. They are both suffering from dementia and require full time care. Their son Robert is their sole caregiver. He resides with them and directs their medical care.

Joseph L Lillo, DO, FNLA



EXHIBIT A

3501 North Scottsdale Road, Suite 334 • Scottsdale Arizona 85251 • (480) 949-5554 • Fax (480) 945-5992