# Law Office

*of*

# PAUL R. BJEKICH

1609 Rock Creek Blvd.                                              815 722-0038
Joliet, Illinois 60431                                             815 730-0107 fax

March 26, 2013

Re: Tezak

To Judge Mathew F. Kennelly

At Quentin Teak's request I am writing this letter to confirm information relative to his care and the care of his wife Betty Tezak.

I have acted as Quentin and Betty's attorney on matters in Illinois and Arizona for over 10 years. I have known them my entire life, as my parents and the Tezak families were friends and neighbors for decades.

I have visited the Tezaks on three occasions in Arizona and have also seen them a few times they have returned to Illinois to see family.

It has been thru direct knowledge and contact with them that I am aware that their son, Robert, has been acting as their primary caretaker since at least 2009. I am keenly aware of Betty's slowly deteriorating mental condition and Quentin's loss of physical mobility in the last three years and the strong dependency they have on Bob for their day to day care. Other friends who have maintained a close relationship with the Tezaks have and would confirm this scenario if needed.

Feel free to contact me if more information is needed regarding this matter.

_Paul R. Bjekich_
Paul R. Bjekich

