# Arizona Urology Specialists, PLLC



**Arizona Urology Specialists**

**MDs**

Erik E. Alexander, M.D.
Paul M. Block, M.D., FACS
William W. Bohnert, M.D., FACS
Ali Borhan, M.D.
C. Gilberto Brito, M.D.
James A. Daitch, M.D.
Michael F. Darson, M.D.
Adrian H. Feng, M.D.
Bernard M. Gburek, M.D.
Ken-ryu Han, M.D., FACS
Taz J. Harmon, M.D.
Bruce A. Kleinschen, M.D., FACS
Philip T. Koi, M.D.
Roscoe S. Nelson, M.D., FACS
Stephen H. Ponas, M.D.
Andrew J. Presto III, M.D.
Farshid Sadeghi, M.D.
Robert H. Shapiro, M.D.
Kristopher S. Stewart, M.D., FACS
Howard P. Tay, M.D., FACS
Deborah L. Wilson, M.D.
Eric J. Zaidman, M.D., FACS

**PAs**

Mark Mitchell, PA-C
Ngoc "Yvonnie" Nguyen, PA-C
Samadhy Ruiz, PA-C
Daniel F Silver, PA-C
Jennifer Spicer, PA-C
Liz Vito, PA-C

April 5, 2013

Re: Robert Tezak
DOB: 2/17/1948

To: Whom It May Concern

Robert Tezak is a 65 year old male diagnosed with bladder cancer in January of 2004. He had recurrent bladder cancer in May, 2004, October 2012, and now has another recurrence.

Mr. Tezak will require surgery, scheduled for May 28, 2013, followed by chemotherapy.

Mr. Tezak will likely require future surgeries and future chemotherapy. His cancer is progressive.

Sincerely,

Erik E. Alexander, MD

**Billing Office**

10000 North 31st Ave
Suite D-304
Phoenix, AZ 85051
(602) 557-0007
Fax (602) 557-0001



EXHIBIT C
Blumberg No. 5119

www.urologyaz.com