# Sachnoff & Weaver, Ltd.

### Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

May 20, 1996

Facsimile (312) 207-6400

Charles P. Schulman
(312) 207-3912

**VIA TELECOPY**

The Honorable Charles G. Case II
United States Bankruptcy Judge
United States Bankruptcy Court
 for the District of Arizona
2929 North Central Avenue
Phoenix, AZ 85012

Re:    *In re Tezak - Case No. 94-02013-PHX-CGC and 94-02014-PHX-CGC*

Dear Judge Case:

This is to advise your Honor that my office received a wire transfer in the amount of $50,000 from Mr. Cook's clients within the time prescribed by your Honor and the parties during the May 16, 1996 status hearing in this matter.

Accordingly, in connection with the parties' agreement with respect to the motion for the entry of an order of default against Robert and Nancy Tezak, my clients will forebear from filing a motion for summary judgment for a period of 90 days. We are confident that during the forebearance period, Mr. Cook's clients will pay the remaining sums due under the December 19, 1995 Settlement Agreement.

On behalf of all of the parties concerned, we appreciate your efforts in keeping the parties together in this case.

Very truly yours,

Charles P. Schulman

CPS/jlb

cc:    Robert M. Cook (via telecopy)
      Mary J. Kucharz (via telecopy)
      Richard G. Patrick (via telecopy)
      Steven Brown (via telecopy)
      Kenneth A. Koranda (via telecopy)



# Sachnoff & Weaver, Ltd.
### Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Facsimile (312) 207-6400

Charles P. Schulman
(312) 207-3912

July 26, 1996

**VIA TELECOPY**

Robert M. Cook, Esq.
Law Offices of Robert M. Cook
201 West Second Street
Yuma, AZ 85364

      Re:   *In re Tezak*

Dear Bob:

      By my calculation, the restitution claimants are owed $181,000 as follows:

      $170,000 balance remaining pursuant to the Settlement
Agreement plus 8% interest since December 1995.

      Please inform me as to when we can receive payment. Thank you very much.

           Very truly yours,

           Charles P. Schulman

CPS/jlb

## Sachnoff & Weaver, Ltd.

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Facsimile (312) 207-6400

Charles P. Schulman
(312) 207-3912

August 15, 1996

Robert M. Cook, Esq.
Law Offices of Robert M. Cook
201 West Second Street
Yuma, AZ 85364

Re:     *In re Tezak*

Dear Bob:

This confirms our receipt of a wire transfer in the amount of $119,000. There remains a balance due to the restitution claimants in the amount of $62,000, which will continue to accrue interest at 8% until paid. We understand that an additional $30,000 will be forthcoming shortly, and the remaining $32,000 likely will be paid from the proceeds of the sale of real property, the closing of which should occur within 60 days.

Very truly yours,

Charles P. Schulman

CPS/jlb

cc:     Charles Fraenkel
        Mary J. Kucharz, Esq.

## Sachnoff & Weaver, Ltd.

### Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman                                                    Facsimile (312) 207-6400
(312) 207-3912

April 28, 1997

**VIA TELECOPY**

Robert M. Cook, Esq.
Law Offices of Robert M. Cook
201 West Second Street
Yuma, AZ 85364

    Re:   *In re Tezak*

Dear Bob:

    This is to acknowledge our receipt of the Debtors' final installment of their settlement obligations to the class of restitution creditors.

    By this letter, on behalf of Standard Mutual Insurance Company and Continental Casualty Corporation, this is to advise you that we hereby withdraw our vote rejecting the Debtors' plan of reorganization and affirmatively vote in favor of the plan.

    In addition, I will shortly be sending to you for filing a stipulation of dismissal of the dischargeability complaint against the Debtors presently pending before Judge Case.

    Please congratulate your clients and express to them my best wishes.

Very truly yours,

Charles P. Schulman

CPS/jlb

```
** TX CONFIRMATION REPORT **          AS OF  APR 28 '97 10:26  PAGE.1

        COMMAND #221

        DATE  TIME        TO/FROM      MODE  MIN/SEC  PGS   STATUS
001   4/28  10:25         8205300960   EC--S  00'56  002    OK
```

# Sachnoff & Weaver, Ltd.

**Attorneys at Law**

30 South Wacker Drive · 29th Floor · Chicago, Illinois 60606-7484
Telephone (312) 207-1000 · Fax (312) 207-6400

## Fax Cover Sheet

**DATE:** April 28, 1997     **TIME:**          **PAGES:** (including cover page)

**FAX:** (520)539-0960     **TEL.:** (520)539-0959

**TO:** Robert M. Cook, Esq.     **CC:**

**COMPANY:** Law Offices of Robert M. Cook

**FROM:** Charles P. Schulman     **DIRECT TEL.:** (312) 207-3912

If you have any problems reading this transmission,
please call the fax operator at
(312) 207-1000 ext. 6177

*CONFIDENTIALITY NOTICE: The information contained in this facsimile message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please immediately notify us and return the original message to us via the U.S. Postal Service to our address listed above.*

**MESSAGE:**

# Sachnoff & Weaver, Ltd.

### Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 28, 1997

Mary J. Kucharz, Esq.
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60431

Re:    *Tezak*

Dear Mary:

Enclosed are checks made payable to the Crest Hill Fire Department and Claims and Inspection Services, Inc. in connection with the Tezak settlement. Please distribute the enclosed to the appropriate entities. There will be a further disbursement to Claims and Inspections Services and Crest Hill Fire Department representing their payment in full of their restitution claims. Please call me if there are any questions.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosures

# Sachnoff & Weaver, Ltd.

### Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman                                                       Facsimile (312) 207-6400
(312) 207-3912

April 28, 1997

Mary J. Kucharz, Esq.
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60431

Re:    *In re Tezak*

Dear Mary:

I am pleased to enclose a check in the amount of $5,191.37 made payable to the City of
Joliet representing the City's final installment of its pro rata distribution under the terms of the
Settlement Agreement.

I will prepare the Stipulation of Dismissal of the adversary proceeding which should be
filed in Phoenix disposing of the dischargeability complaint. If you have any questions, please
contact me. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

# Sachnoff & Weaver, Ltd.

### Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman                                                                    Facsimile (312) 207-6400
(312) 207-3912

April 28, 1997

Mr. Niranjan Goel
Claims Specialist
CNA Insurance
P.O. Box 1562
Downers Grove, IL 60515

Re: *In re Tezak*

Dear Mr. Goel:

Enclosed is a check in the amount of $18,021.20 representing CNA's final installment of its pro rata distribution in accordance with the Tezak Settlement Agreement. Along with Standard Mutual Insurance Company, we will file a Stipulation of Dismissal of the dischargeability complaint currently pending before the Tezaks. Once filed, we will consider this matter closed. If you have any questions, please contact me. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

## Sachnoff & Weaver, Ltd.

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 28, 1997

**VIA MESSENGER**

Charles M. Fraenkel, Esq.
Leahy, Eisenberg & Fraenkel, Ltd.
309 W. Washington Street; Suite 800
Chicago, IL 60606

Re:     *In re Tezak*

Dear Chuck:

I am pleased to enclose a check in the amount of $44,048.92 made payable to Standard Mutual Insurance Company representing Standard Mutual's final installment of its pro rata distribution under the terms of the Settlement Agreement. Also enclosed is Colonial Penn's check for $3,865.18 on account of its final distribution.

I will prepare a Stipulation of Dismissal of the dischargeability complaint. Once filed, I will consider this matter closed. It has been a pleasure working with you on this case. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

Apr 17 13 11:40a                HC                              480 831 1332                    p.6

:/15/12          Case: 1:92-cr-00652 Document #: 420-4 Filed: 05/16/13 Page 10 of 12 PageID #:831
                                      U.S. Bankruptcy Court, District of Arizona

# U.S. Bankruptcy Court
## District of Arizona (Phoenix)
### Adversary Proceeding #: 2:95-ap-00663-CGC

*Assigned to:* Judge Charles G. Case II
*Lead BK Case:* 94-02013
*Lead BK Title:* NANCY L. TEZAK
*Lead BK Chapter:* 11

*Date Filed:* 09/19/95
*Date Terminated:* 05/20/96

*Demand:* 0

*Nature[s] of Suit:* 426 Dischargeability 523


**Plaintiff**
_____

**USA**

represented by **RICHARD G. PATRICK**
U.S. ATTORNEY'S OFFICE
TWO RENAISSANCE SQUARE
40 N. CENTRAL AVE., #1200
PHOENIX, AZ 85004-4408
602-514-7733
Fax : 602-514-7760


**Plaintiff**
_____

**STANDARD MUTUAL INS. CO.**


**Plaintiff**
_____

**CONTINENTAL CASUALTY CO.**


**Plaintiff**
_____

**CITY OF JOLIET, IL**

represented by **WENDY D. WOODROW**
JENNINGS, STROUSS & SALMON, PLC
THE COLLIER CENTER, 11TH FL.
201 E. WASHINGTON ST.
PHOENIX, AZ 85004-2385
602-262-5911
Fax : 602-253-3255

i/15/12                    U.S. Bankruptcy Court, District of Arizona

V.

*Defendant*
_____

**ROBERT J. TEZAK**                    represented by **ROBERT M. COOK**
                                       LAW OFFICES OF ROBERT M. COOK PLLC
                                       219 W SECOND ST
                                       YUMA, AZ 85364
                                       928-782-7771
                                       Fax : 928-782-7778
                                       Email: robertmcook@yahoo.com


*Defendant*
_____

**NANCY TEZAK**                        represented by **ROBERT M. COOK**
                                       (See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 09/19/1995 | 1 | COMPLAINT, Summons Issued 9/20/95 by mail, [DF], ORIGINAL NIBS DOCKET ENTRY #1 (Entered: 09/20/1995) |
| 04/10/1996 | 2 | APPLICATION for Default against Robert J. Tezak & Nancy L. Tezak Certificate of Srvc of sumns & cmplt on 2/28/95 upon Robert M. Cook; Robert Tezak, Nancy Tezak Re: Item # 1, [DF], ORIGINAL NIBS DOCKET ENTRY #2 (Entered: 04/11/1996) |
| 04/15/1996 | 3 | NOTICE of Hearing on 05/09/96 at 11:00 a.m. at U.S. Bankruptcy Court, 2929 N. Central Ave., 10th Floor, Courtroom 6, Phoenix, AZ Re: Item # 2, [DF], ORIGINAL NIBS DOCKET ENTRY #3 (Entered: 04/17/1996) |
| 04/22/1996 | 4 | NOTICE [of motion & hrg] fld by Pltffs Re: Item # 2 [Entered: 04/23/96], [LN] CERTIFICATE of Mailing , [LN], ORIGINAL NIBS DOCKET ENTRY #4 (Entered: 04/23/1996) |
| 05/08/1996 | 5 | ANSWER by dfndts Re: Item # 1, [DF], ORIGINAL NIBS DOCKET ENTRY #5 (Entered: 05/10/1996) |
| | | MINUTE Entry: MOTION FOR ENTRY OF ORDER FOR DEFAULT AND JUDGMENT AGAINST ROBERT AND NANCY |

| 05/09/1996 | 6 | TEZAK FILED BY PLAINTIFFS {00250218} Re: Item # 2, [RHO], ORIGINAL NIBS DOCKET ENTRY #6 (Entered: 05/10/1996) |
|---|---|---|
| 05/16/1996 | 8 | MINUTE Entry: STATUS HEARING ON MOTION FOR ENTRY OF ORDER FOR DEFAULT AND JUDGMENT AGAINST ROBERT AND NANCY TEZAK FILED BY PLAINTIFFS {00251818} Re: Item # 2, [RHO], ORIGINAL NIBS DOCKET ENTRY #8 (Entered: 06/03/1996) |
| 05/17/1996 | 7 | ORDER Approving Setlmnt Agrmnt btwn Dbtrs & Restitutees & Paymnt of Restitutees from Everen Securities Account. Frthr Ordrd Nancy Tezak with Power of Atty for Robert J. Tezak may pay to Restitutees in the amt of $50,000 frm acct #TV06 7748-2596, Everen Securiti es. Re: Item # 1, [DF], ORIGINAL NIBS DOCKET ENTRY #7 (Entered: 05/20/1996) |
| 05/17/1996 | 9 | MINUTE Entry: CONTINUED STATUS HEARING ON MOTION FOR ENTRY OF ORDER FOR DEFAULT AND JUDGMENT AGAINST ROBERT AND NANCY TEZAK FILED BY PLAINTIFFS [FROM 5-16-96] {00252281} Re: Item # 2, [RAC], ORIGINAL NIBS DOCKET ENTRY #9 (Entered: 06/06/1996) |
| 07/01/1997 | 10 | STIPULATION of Dismissal Pursuant to F.R.B.P.7041[a] 1 Re: Item # 1, [DF], ORIGINAL NIBS DOCKET ENTRY #10 (Entered: 07/03/1997) |
| 01/05/2003 | 11 | Federal Records Center Box No. 57/100, Accession No. 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, Location BB 20559, [MIS], ORIGINAL NIBS DOCKET ENTRY #10= (Entered: 01/05/2003) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/15/2012 16:32:39 | | | |
| PACER Login: | rc0062 | Client Code: | Tezak |
| Description: | Docket Report | Search Criteria: | 2:95-ap-00663-CGC Fil or Ent: filed From: 1/1/1995 To: 3/15/2012 Doc From: 0 Doc To: 99999999 Format: html |
| Billable | | | |