AO89 (Rev. 7/93) Suopoena in a Criminal Case

# UNITED STATES DISTRICT COURT

<u>Northern</u>           DISTRICT OF           Illinois

UNITED STATES OF AMERICA

V.

ROBERT J. TEZAK

**SUBPOENA IN A
CRIMINAL CASE**

Case Number: 92-CR-652-5

TO:

William S. Weltman, Esq.
c/o Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606-7507

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Honorable Matthew F. Kennelly<br>Courtroom 2103<br>219 South Dearborn Street<br>Chicago, IL 60604 | 2103 |
| | DATE AND TIME<br>May 10, 2013 at 9 a.m. |

☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s).

Any and all documents regarding the representation of Sachnoff & Weaver, Ltd. of restitution claimants in the bankruptcy cases of Robert J. Tezak and Nancy Tezak (reference is made to Case Nos. 94-02013-PHX-CGC and 94-02014-PHX-CGC in the United States Bankruptcy Court, Dis  ict of Arizona).

This request is particularly for any documents that show or might tend to show that Robert J. Tezak did make restitution to the restitution claimants via the law firm of Sachnoff & Weaver, Ltd. (which has since been succeeded by Reed Smith LLP). The exact dates of these payments is unknown but believed to be in 1995 and 1996.
This request is also for any documents that show or might tend to show that Sachnoff & Weaver, Ltd., as the representative of the restitution claimants, forwarded payments of restitution made by Robert J. Tezak to the restitution claimants. The exact dates of these payments is unknown but it is believed that the final payments were made on or about April 1997.

Copies of said materials either served upon Daniel E. Radakovich or picked up by Daniel E. Radakovich before May 10, 2013 will suffice in lieu of a personal appearance in court.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| THOMAS G. BRUTON<br>(By) Deputy Clerk | MAY 0 2 2013 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
  Daniel E. Radakovich
  900 West Jackson Boulevard; Suite 5-East
  Chicago, IL 60607       (312) 733-5116

EXHIBIT
Blumberg No. 5119
F

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE May 2, 2013 | PLACE 10 South Wacker Drive, 40th floor, Chicago |

| SERVED ON (PRINT NAME) Katherine Sangster | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO AMOUNT $ _____ |
|---|---|
| SERVED BY (PRINT NAME) James D. Konstantopoulos | TITLE Law Clerk |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    May 2, 2013
                DATE

James D. Konstantopoulos
SIGNATURE OF SERVER

900 W. Jackson Blvd, Suite S-East
ADDRESS OF SERVER

Chicago, IL 60607

ADDITIONAL INFORMATION