**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484
Telephone (312) 207-1000 • Facsimile (312) 207-6400

Charles P. Schulman
(312) 207-3912

August 14, 1995

**VIA TELECOPY**

Robert M. Cook, Esq.
Law Offices of Robert M. Cook
201 West Second Street
Yuma, AZ 85364

Re: *In re Tezak*

Dear Bob:

In furtherance of our telephone conversations this morning, the following is a computation of the amounts which Standard Mutual Insurance Company ("Standard Mutual") and Continental Casualty Corporation ("CNA") would accept as full and final settlement of their respective claims against the estates of Robert and Nancy Tezak. The following also includes the same computation with respect to the City of Joliet. This letter is for settlement purposes only and is not subject to further negotiations. This letter and our prior conversations and correspondence are subject to your Local Rule 408 with regard to confidentiality and admission into evidence:

|  | Total Claim | Proposed Settlement |
|---|---|---|
| Standard Mutual Insurance Company | $324,943.20 x 70%= | $227,460.24 |
| Continental Casualty Corporation | $128,797.65 x 70%= | $ 90,158.36 |
| City of Joliet | $ 38,296.12 x 70%= | $ 26,807.28 |
| | **TOTAL** | **$344,425.88** |

As we discussed, in the event Standard Mutual, CNA, and the City of Joliet receive the above amounts, I indicated to you that Standard Mutual, CNA, and very likely, the City of Joliet will communicate to any entity, court, or other official relative to Mr. Tezak's present or future criminal sentence, that: (i) Standard Mutual, CNA and the City of Joliet consider themselves fully paid; (ii) Standard Mutual, CNA and the City of Joliet will, if applicable,



EXHIBIT
6

Blumberg No. 5119

**TEZAK 0001**

## Sachnoff & Weaver, Ltd.

Attorneys at Law

August 14, 1995
Page 2

acknowledge that all of the settlement proceeds had been received from exempt assets or Non-Plan Funds as that term is defined in my May 19, 1995 letter; (iii) if applicable, Standard Mutual, CNA and the City of Joliet will, if they receive the aforementioned amounts outside of the plan, withdraw their objections to the Tezaks' plan (as well as their claims); and (iv) will release any dischargeability claims which either Standard Mutual, CNA or the City of Joliet may have.

On the other hand, I also mentioned to you the consequences of not settling along the lines described in my May 19, 1995 letter:

1. Standard Mutual, CNA and the City of Joliet will seek to block confirmation of the Debtors' plan;

2. Standard Mutual, CNA and the City of Joliet, and the United States will commence an adversary proceeding against the Tezaks to determine the dischargeability of the restitution obligations set forth in the criminal judgment order entered by Judge Anderson; and

3. Standard Mutual, CNA and the City of Joliet will have no choice but to voice their respective dissatisfaction with the relevant authorities with respect to their respective treatments, if any, in the bankruptcy case.

I trust that the above calculations are helpful to you. Obviously, to the extent any settlement payments come from assets outside of the context of the Tezaks' bankruptcy case, this matter can be wrapped up cheaply and without our further involvement (as creditors or otherwise) in the bankruptcy case. I look forward to hearing from you.

Very truly yours,

Charles B. Schulman

CPS/jlb

cc:   Charles M. Fraenkel, Esq. (via telecopy)
      Mary J. Kucharz, Esq. (via telecopy)

**TEZAK 0002**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

April 1, 1996

Facsimile (312) 207-6400

**VIA TELECOPY**

Charles M. Fraenkel, Esq.
Leahy, Eisenberg & Fraenkel, Ltd.
309 W. Washington Street; Suite 800
Chicago, IL 60606

Re: *Tezak*

Dear Chuck:

As we discussed, we are holding $50,221.58 representing a portion of what the Tezaks are obligated to pay to the restitution claimants in accordance with the December 19, 1995 Settlement Agreement.

Based on the percentage of each respective restitution claimant's claim, I am prepared to make the following distribution:

| | |
|---|---|
| Standard Mutual | $30,513.82 |
| CNA | $12,483.08 |
| City of Joliet | $ 3,596.01 |
| Colonial Penn | $ 2,677.37 |
| Claims and Inspection Services, Inc. | $  857.40 |
| Crest Hill Fire Department | $   93.90 |

Please inform me as to how the checks should be made out with respect to Standard Mutual and CNA. If you have any information with respect to Colonial Penn, please forward that on to me so that I may cut a check for their claim as well. Also, please let me know the results of your discussions with the clients. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb

**TEZAK 0003**

# Sachnoff & Weaver, Ltd.

### Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 3, 1996

Mary J. Kucharz, Esq.
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60431

      Re:   *In re Tezak*

Dear Mary:

    Enclosed is a check in the amount of $3,596.01 made payable to the City of Joliet representing its share of the distribution of the $50,221.58 which we received from the Tezaks to date. If you have any questions, please contact me. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

**TEZAK 0004**



SACHNOFF & WEAVER, LTD.
30 S. WACKER DR., STE. 2900
CHICAGO, IL 60606

2574

2-77/710

PAY TO THE ORDER OF ___ CITY OF JOLIET, ILLINOIS

the sum of 3,596 dol 01 cts

4/3 19 96

$ 3,596.01

_____ DOLLARS

American National Bank
and Trust Company of Chicago • Chicago, Illinois 60690

FOR _____

⑊"00 2574⑊" ⑊:07 1000 7 70⑊: 0034 176 2⑊"

TEZAK 0005

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 3, 1996

Mr. Niranjan Goel
Claims Specialist
CNA Insurance
P.O. Box 1562
Downers Grove, IL 60515

Re:   *In re Tezak*

Dear Mr. Goel:

    I enclose a check in the amount of $12,483.08 representing CNA's pro rata distribution of the $50,221.58 which have received from the Tezaks to date. Please call me if you have any questions. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

cc:   Charles M. Fraenkel, Esq.

**TEZAK 0006**



SACHNOFF & WEAVER, LTD.
30 S. WACKER DR., STE. 2900
CHICAGO, IL 60606

2573

2-71/710

19 96

PAY
TO THE
ORDER OF___ CONTINENTAL CASUALTY COMPANY

4/3                                    $ 12,483.08

The sum of 12,483.08 gts                                    DOLLARS

American National Bank
and Trust Company of Chicago • Chicago, Illinois 60690

FOR

⑈00 2573⑈ ⑈071000770⑈ 0034176 2⑈

TEZAK 0007

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 3, 1996

Mr. William Gibbons
Standard Mutual Insurance Company
P.O. Box 19267
Springfield, IL 62794-9267

      Re:   *In re Tezak*

Dear Mr. Gibbons:

     I enclose a check in the amount of $30,513.82 representing Standard Mutual's pro rata distribution of the $50,221.58 which we have received from the Tezaks to date. If you have any questions, please contact me. Thank you very much.

                Very truly yours,

                Charles P. Schulman

CPS/jlb
Enclosure

cc:  Charles M. Fraenkel, Esq.

**TEZAK 0008**



SACHNOFF & WEAVER, LTD.
30 S. WACKER DR., STE. 2900
CHICAGO, IL 60606

2575

2-717/710

PAY
TO THE
ORDER OF___STANDARD MUTUAL INSURANCE COMPANY___

4/2___ 19 96

The sum of 30513 dol 82 cts___ $ 30,513.82

___DOLLARS

American National Bank
and Trust Company of Chicago • Chicago, Illinois 60690

FOR___

⑈002575⑈ ⑈071000770⑈ 0034176 2⑈

TEZAK 0009

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

May 17, 1996

Mr. Niranjan Goel
Claims Specialist
CNA Insurance
P.O. Box 1562
Downers Grove, IL 60515

Re: *In re Tezak*

Dear Mr. Goel:

I enclose a check in the amount of $12,428.41 representing CNA's pro rata share of the $50,000 wire transfer which I received from the Debtor today. If you have any questions, please contact me. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

cc: Charles M. Fraenkel

**TEZAK 0010**

1025

**SACHNOFF & WEAVER LTD**
CLIENT FUNDS ACCOUNT
30 S. WACKER DR., STE. 2900
CHICAGO, IL 60606

2-77/710

DATE ___5/17/96___

PAY
TO THE
ORDER OF____Continental Casualty Co._____ | $ 12,428.41

Twelve Thousand Four Hundred Twenty-eight & 41/100 _____ DOLLARS

**American National Bank**
and Trust Company of Chicago • Chicago, Illinois 60690

FOR _____

⑈⑈00 ⑈025⑈ ⑆071000770⑆ ⑈45 ⑈2433⑈

TEZAK 0011

## Sachnoff & Weaver, Ltd.

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

May 17, 1996

Charles M. Fraenkel, Esq.
Leahy, Eisenberg & Fraenkel, Ltd.
309 W. Washington Street; Suite 800
Chicago, IL 60606

Re:    *In re Tezak*

Dear Chuck:

I enclose a check in the amount of $2,665.65 made payable to Colonial Penn Insurance Company representing its pro rata share of the $50,000 which I received today from the Debtor. I also enclose an invoice for services rendered in connection with obtaining these funds. Please pass on the check and the invoice to Colonial Penn along with a reminder that they have not paid the previous invoice with respect to the first payout. Thank you very much for your cooperation.

Very truly yours,

Charles P. Schulman

CPS/jlb

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

To:  Colonial Penn Insurance Company
c/o Charles M. Fraenkel, Esq.
Leahy, Eisenberg & Fraenkel, Ltd.
309 W. Washington Street; Suite 800
Chicago, IL 60606

For services rendered in connection with distribution
from the estate of In re Tezak . . . . . . . . . . . . . . . . . . . . . . . . . . . . $275.00

**TEZAK 0013**

**SACHNOFF & WEAVER LTD**
CLIENT FUNDS ACCOUNT
30 S. WACKER DR., STE. 2900
CHICAGO, IL 60606

1027

2-77/710

PAY
TO THE
ORDER OF _Colonial Penn Insurance Co._

DATE_ 5/17/96 _

$ 2,665.65

_Two Thousand Six Hundred Sixty-five & 65/100_ _____ DOLLARS

**American National Bank**
and Trust Company of Chicago • Chicago, Illinois 60690

FOR _____

⑈°001027⑈ ⑊071000770⑊ 145324331⑈

**TEZAK 0014**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

May 17, 1996

Mr. Niranjan Goel
Claims Specialist
CNA Insurance
P.O. Box 1562
Downers Grove, IL 60515

Re:     *In re Tezak*

Dear Mr. Goel:

I enclose a check in the amount of $12,428.41 representing CNA's pro rata share of the $50,000 wire transfer which I received from the Debtor today. If you have any questions, please contact me. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

cc:   Charles M. Fraenkel

**TEZAK 0015**

1025

**SACHNOFF & WEAVER LTD**
CLIENT FUNDS ACCOUNT
30 S. WACKER DR., STE. 2900
CHICAGO, IL 60606

2-77/710

DATE ___5/17/96___

PAY
TO THE
ORDER OF___ Continental Casualty Co. _____ $ 12,428.41

Twelve Thousand Four Hundred Twenty-eight & 41/100 _____ DOLLARS

**American National Bank**
and Trust Company of Chicago • Chicago, Illinois 60690

FOR_____

⑈"001025"⑈ ⑆071000770⑆ 1453243⑈"

TEZAK 0016

# Sachnoff & Weaver, Ltd.

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

May 20, 1996

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

**VIA TELECOPY**

The Honorable Charles G. Case II
United States Bankruptcy Judge
United States Bankruptcy Court
 for the District of Arizona
2929 North Central Avenue
Phoenix, AZ 85012

Re:  *In re Tezak - Case No. 94-02013-PHX-CGC and 94-02014-PHX-CGC*

Dear Judge Case:

This is to advise your Honor that my office received a wire transfer in the amount of $50,000 from Mr. Cook's clients within the time prescribed by your Honor and the parties during the May 16, 1996 status hearing in this matter.

Accordingly, in connection with the parties' agreement with respect to the motion for the entry of an order of default against Robert and Nancy Tezak, my clients will forebear from filing a motion for summary judgment for a period of 90 days. We are confident that during the forebearance period, Mr. Cook's clients will pay the remaining sums due under the December 19, 1995 Settlement Agreement.

On behalf of all of the parties concerned, we appreciate your efforts in keeping the parties together in this case.

Very truly yours,

Charles P. Schulman

CPS/jlb

cc:  Robert M. Cook (via telecopy)
     Mary J. Kucharz (via telecopy)
     Richard G. Patrick (via telecopy)
     Steven Brown (via telecopy)
     Kenneth A. Koranda (via telecopy)

**TEZAK 0017**

J. Bennet

## FAX PROCEDURE WORKSHEET

**WHEN SENDING A FAX COMPLETE THE FOLLOWING STEPS:**

1. Senders Initials: _DB_  Date: _7-26_ Time: _____

2. Correct User #    YES/NO

3. Correct Matter #  YES/NO

4. Correct Number Of Pages Including Cover Sheet:    YES/NO

5. Correct Fax #    YES/NO

6. Status:    COMPLETE / INCOMPLETE

**TEZAK 0018**

# Sachnoff & Weaver, Ltd.

### Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

July 26, 1996

**VIA TELECOPY**

Robert M. Cook, Esq.
Law Offices of Robert M. Cook
201 West Second Street
Yuma, AZ 85364

Re: *In re Tezak*

Dear Bob:

By my calculation, the restitution claimants are owed $181,000 as follows:

$170,000 balance remaining pursuant to the Settlement
Agreement plus 8% interest since December 1995.

Please inform me as to when we can receive payment. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb

**TEZAK 0019**

```
******************** -COMM.JOURNAL- ********************** DATE JUL-26-1996 ***** TIME 14:01 *** P.01

     MODE = MEMORY TRANSMISSION              START=JUL-26 13:59      END=JUL-26 14:01

         FILE NO.= 121

     NO.    COM   ABBR/NTWK   STATION NAME/       PAGES   PRG.NO.   PROGRAM NAME
                              TELEPHONE NO.

     001    OK    ☎           71*000115205390960  002/002

                                                     -SACHNOFF & WEAVER LTD.  -

     ************************************** -312 207 1000   - ***** -    312 207 1000- ********
```

# Sachnoff & Weaver, Ltd.

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484
Telephone (312) 207-1000 • Fax (312) 207-6400

## CONFIDENTIAL - FAX TRANSMITTAL COVER SHEET

### PLEASE DELIVER 2 PAGE(S), INCLUDING COVER SHEET,

**TO:**   Robert M. Cook, Esq.                    **DATE:** July 26, 1996

   **Also please make copies for:** .

   **Company:** The Law Offices of Robert M. Cook    **520**

   **Office Telephone No.** (602)539-0959   **Fax No.** (602)539-0960

**FROM:**   Charles P. Schulman      **Telephone No.** (312) 207-3912

   **DELIVER FAX CONFIRMATION TO:** Jodi **Ext:** 6171

   **User #** 3775  **Client.Matter #** 203271.0001

If you do not receive all pages, or if the pages are not legible,
please call (312) 207-1000, extension 6177.

The information contained in this facsimile message is attorney privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us via the United States Postal Service at our address listed above.

**COMMENTS:**

TEZAK 0020

_Schulman_

## FAX PROCEDURE WORKSHEET

**WHEN SENDING A FAX COMPLETE THE FOLLOWING STEPS:**

1. Senders Initials: _____DB_____ Date: _89_ Time: _____
2. Correct User #    YES/NO
3. Correct Matter #    YES/NO
4. Correct Number Of Pages Including Cover Sheet:    YES/NO
5. Correct Fax #    YES/NO
6. Status:    COMPLETE  /  INCOMPLETE

**TEZAK 0021**

```
** TX CONFIRMATION REPORT **        AS OF  AUG  9 '96  8:31  PAGE.1
                                            SACHNOFF/WEAVER
     COMMAND #090
       DATE  TIME            TO/FROM       MODE  MIN/SEC PGS   STATUS
001  8/09 09:30           16022857864     G3--S  01"10 002    OK
```

---

## Sachnoff & Weaver, Ltd.

30 South Wacker Drive  29th Floor  Chicago, Illinois 60606-7484
Telephone (312) 207-1000  Fax (312) 207-6400

### CONFIDENTIAL - FAX TRANSMITTAL COVER SHEET

PLEASE DELIVER 2 PAGE(S), INCLUDING COVER SHEET,

**TO:**  Nancy Tezak                                    **DATE:** August 9, 1996

Also please make copies for:

Company:

Office Telephone No.  (602)265-7867         **Fax No.**  (602)265-7864

**FROM:**   Charles P. Schulman         **Telephone No.**  (312) 207-3912

DELIVER FAX CONFIRMATION TO:         Ext:

User #  3775  Client.Matter #  203271.0001

If you do not receive all pages, or if the pages are not legible,
please call (312) 207-1000, extension 6177.

The information contained in this facsimile message is attorney privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us via the United States Postal Service at our address listed above.

**COMMENTS:**

**TEZAK 0022**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

August 9, 1996

Facsimile (312) 207-6400

**VIA TELECOPY**
(602)265-7864

Mrs. Nancy Tezak
5320 North 16th Street
Suite 114
Phoenix, AZ 85016

Dear Nancy:

I received a call from Bob Cook this morning and he asked me to transmit to you wiring instructions to my firm's escrow account for the benefit of the restitution claimants. The wiring instructions are as follows:

| | |
|---|---|
| Bank: | American National Bank & Trust Company of Chicago |
| | 33 N. LaSalle Street |
| | Chicago, Illinois |
| Account Name: | Sachnoff & Weaver, Ltd. Escrow Account |
| Account Number: | 14532433 |
| ABA Routing Number: | 071-000-770 |

As I informed Bob earlier, the amount to be wired is $181,000. If you have any questions, please call.

Very truly yours,

Charles P. Schulman

CPS/jlb

**TEZAK 0023**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

August 15, 1996

Robert M. Cook, Esq.
Law Offices of Robert M. Cook
201 West Second Street
Yuma, AZ 85364

Re: *In re Tezak*

Dear Bob:

This confirms our receipt of a wire transfer in the amount of $119,000. There remains a balance due to the restitution claimants in the amount of $62,000, which will continue to accrue interest at 8% until paid. We understand that an additional $30,000 will be forthcoming shortly, and the remaining $32,000 likely will be paid from the proceeds of the sale of real property, the closing of which should occur within 60 days.

Very truly yours,

Charles P. Schulman

CPS/jlb

cc: Charles Fraenkel
Mary J. Kucharz, Esq.

TEZAK 0024

RETURN TO _C. Schulman_

## FAX PROCEDURE WORKSHEET

1. **Senders Initials:** _____ **Date:** _92_ **Time:** _1044_

2. Correct User Number: YES / NO

3. Correct Matter Number: YES / NO

4. Correct Number Of Pages Including Cover Sheet: YES / NO

5. Correct Fax Number: YES / NO

6. *Status*: COMPLETE / INCOMPLETE

**DELIVERED BY** _____

```
** TX CONFIRMATION REPORT **          AS OF  APR 21 '97 10:49  PAGE.1

COMMAND #045

     DATE  TIME         TO/FROM       MODE   MIN/SEC  PGS   STATUS
001  4/21  10:48       5205390960     EC--S  01'00 002      OK
```

-----------------------------------------------------------------------

# Sachnoff & Weaver, Ltd.

**Attorneys at Law**
30 South Wacker Drive · 29th Floor · Chicago, Illinois 60606-7484
Telephone (312) 207-1000 · Fax (312) 207-6400

## Fax Cover Sheet

**DATE:** April 21, 1997     **TIME:**     **PAGES:** 2
(including cover page)

**FAX:** (520)539-0960     **TEL.:** (520)539-0959

**TO:** Robert M. Cook, Esq.     **CC:**

**COMPANY:** Law Offices of Robert M. Cook

**FROM:** Charles P. Schulman     **DIRECT TEL.:** (312) 207-3912

| RETURN CONFIRM: | EXT: |
|---|---|
| USER #: 3775 | CLIENT MATTER: 20302\1\0001 |

If you have any problems reading this transmission,
please call the fax operator at
(312) 207-1000 ext. 6177

APR 5 10 15

*CONFIDENTIALITY NOTICE: The information contained in this facsimile message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please immediately notify us and return the original message to us via the U.S. Postal Service to our address listed above.*

**MESSAGE:**

**TEZAK 0026**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 21, 1997

**VIA TELECOPY**

Robert M. Cook, Esq.
Law Offices of Robert M. Cook
201 West Second Street
Yuma, AZ 85364

Dear Bob:

Please advise me on the status of the closing of the properties located in Illinois and Texas.

Very truly yours,

Charles P. Schulman

CPS/jlb

cc: Charles M. Fraenkel, Esq.
Mary J. Kucharz, Esq.

**TEZAK 0027**

# THE LAW OFFICES OF ROBERT M. COOK

207 West Second Street
Yuma, Arizona 85364

(520) 539-0959
FAX (520) 539-0960
1-800-ROBERT M

Robert M. Cook:
State Bar Of Arizona
Missouri Bar
Nebraska State Bar

## FACSIMILE COVER SHEET

### PLEASE EXPEDITE IMMEDIATELY

CLIENT NO.: 454-3

TO: CHARLES P. SCHULMAN, ESQ.

FAX NUMBER: 312-207-6400

FROM: ROBERT M. COOK, ESQ.

DATE: April 24, 1997

SUBJECT: TEZAK

THIS FAX CONSISTS OF 2 PAGES INCLUDING THIS COVER SHEET.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE, OR AGENT, RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

TEZAK 0028

**THE LAW OFFICES OF ROBERT M. COOK**
207 WEST SECOND STREET
YUMA, ARIZONA 85364

ROBERT M. COOK:
STATE BAR OF ARIZONA
MISSOURI BAR
NEBRASKA STATE BAR

(520) 539-0959
FAX (520) 539-0960
1-800 ROBERT M

April 24, 1997

<u>VIA FACSIMILE NO. 312-207-6400</u>

Mr. Charles P. Schulman
SACHNOFF & WEAVER, LTD.
29th Floor
30 South Wacker Drive
Chicago, Illinois  60606-7484

RE:  Tezak - (Restitution)

Dear Chuck:

Please provide amount due restitution claimants,
including interest to date, to Nancy at Chicago Title, fax number
(815)726-4702.  Thank you.

Sincerely,

THE LAW OFFICES OF ROBERT M. COOK

Robert M. Cook

RMC/jau

**TEZAK 0029**

RETURN TO _C. Schulman_

## FAX PROCEDURE WORKSHEET

1. **Senders Initials:** _____  **Date:** _4/24_  **Time:** _1052_

2. Correct User Number:  YES / NO

3. Correct Matter Number:  YES / NO

4. Correct Number Of Pages Including Cover Sheet:  YES / NO

5. Correct Fax Number:  YES / NO

6. *Status*:  COMPLETE  /  INCOMPLETE

**DELIVERED BY** _____

**TEZAK 0030**

```
** TX CONFIRMATION REPORT **        AS OF  APR 24 '97 10:52  PAGE.1

    COMMAND #238
      DATE  TIME        TO/FROM       MODE   MIN/SEC PGS    STATUS
001  4/24  10:51       815 726 4702   EC--S  01"11 002      OK
```

--------------------------------------------------------------

# Sachnoff & Weaver, Ltd.
Attorneys at Law
30 South Wacker Drive · 29th Floor · Chicago, Illinois 60606-7484
Telephone (312) 207-1000 · Fax (312) 207-6400

## Fax Cover Sheet

**URGENT**

| | | |
|---|---|---|
| **DATE:** | April 24, 1997 | **TIME:** |
| **FAX:** | 815-726-4702 | **TEL.:** 815-774-1443 |
| **TO:** | Nancy Mitok | **CC:** |
| **COMPANY:** | Chicago Title | |
| **FROM:** | Charles P. Schulman | **DIRECT TEL.:** (312) 207-3912 |

**PAGES:** 2
(including cover page)

Apr ≤ 10 50

RETURN CONFIRM:                    EXT:
USER#:  3775        CLIENT MATTER #  203271.0001

If you have any problems reading this transmission,
please call the fax operator at
(312) 207-1000 ext. 6177

*CONFIDENTIALITY NOTICE: The information contained in this facsimile message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please immediately notify us and return the original message to us via the U.S. Postal Service to our address listed above.*

**MESSAGE:** Bring to Nancy in closing.

TEZAK 0031

**Sachnoff & Weaver, Ltd.**
Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 24, 1997

**VIA TELECOPY**

Ms. Nancy Mitok
Chicago Title & Trust Company

Dear Nancy:

I received a call from Bob Cook this morning and he asked me to transmit to you wiring instructions to my firm's escrow account for the benefit of the restitution claimants. The wiring instructions are as follows:

| | |
|---|---|
| Bank: | American National Bank & Trust Company of Chicago |
| | 33 N. LaSalle Street |
| | Chicago, Illinois |
| Account Name: | Sachnoff & Weaver, Ltd. Escrow Account |
| Account Number: | 14532433 |
| ABA Routing Number: | 071-000-770 |

The amount to be wired is $72,500, inclusive of interest. If you have any questions, please call.

Very truly yours,

Charles P. Schulman

CPS/jlb

**TEZAK 0032**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 28, 1997

Mr. Niranjan Goel
Claims Specialist
CNA Insurance
P.O. Box 1562
Downers Grove, IL 60515

Re:  *In re Tezak*

Dear Mr. Goel:

Enclosed is a check in the amount of $18,021.20 representing CNA's final installment of its pro rata distribution in accordance with the Tezak Settlement Agreement. Along with Standard Mutual Insurance Company, we will file a Stipulation of Dismissal of the dischargeability complaint currently pending before the Tezaks. Once filed, we will consider this matter closed. If you have any questions, please contact me. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

**TEZAK 0033**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 28, 1997

**VIA MESSENGER**

Charles M. Fraenkel, Esq.
Leahy, Eisenberg & Fraenkel, Ltd.
309 W. Washington Street; Suite 800
Chicago, IL 60606

        Re:   *In re Tezak*

Dear Chuck:

I am pleased to enclose a check in the amount of $44,048.92 made payable to Standard Mutual Insurance Company representing Standard Mutual's final installment of its pro rata distribution under the terms of the Settlement Agreement. Also enclosed is Colonial Penn's check for $3,865.18 on account of its final distribution.

I will prepare a Stipulation of Dismissal of the dischargeability complaint. Once filed, I will consider this matter closed. It has been a pleasure working with you on this case. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 28, 1997

Mary J. Kucharz, Esq.
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60431

Re:    *Tezak*

Dear Mary:

Enclosed are checks made payable to the Crest Hill Fire Department and Claims and Inspection Services, Inc. in connection with the Tezak settlement. Please distribute the enclosed to the appropriate entities. There will be a further disbursement to Claims and Inspections Services and Crest Hill Fire Department representing their payment in full of their restitution claims. Please call me if there are any questions.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosures

**TEZAK 0035**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 28, 1997

Mary J. Kucharz, Esq.
Assistant Corporation Counsel
City of Joliet
150 West Jefferson Street
Joliet, Illinois 60431

Re:     *In re Tezak*

Dear Mary:

I am pleased to enclose a check in the amount of $5,191.37 made payable to the City of Joliet representing the City's final installment of its pro rata distribution under the terms of the Settlement Agreement.

I will prepare the Stipulation of Dismissal of the adversary proceeding which should be filed in Phoenix disposing of the dischargeability complaint. If you have any questions, please contact me. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosure

**TEZAK 0036**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

Facsimile (312) 207-6400

April 28, 1997

**VIA TELECOPY**

Robert M. Cook, Esq.
Law Offices of Robert M. Cook
201 West Second Street
Yuma, AZ 85364

Re: *In re Tezak*

Dear Bob:

This is to acknowledge our receipt of the Debtors' final installment of their settlement obligations to the class of restitution creditors.

By this letter, on behalf of Standard Mutual Insurance Company and Continental Casualty Corporation, this is to advise you that we hereby withdraw our vote rejecting the Debtors' plan of reorganization and affirmatively vote in favor of the plan.

In addition, I will shortly be sending to you for filing a stipulation of dismissal of the dischargeability complaint against the Debtors presently pending before Judge Case.

Please congratulate your clients and express to them my best wishes.

Very truly yours,

Charles P. Schulman

CPS/jlb

**TEZAK 0037**

```
** TX CONFIRMATION REPORT **          AS OF  APR 28 '97 10:26  PAGE.1

   COMMAND #221

      DATE  TIME        TO/FROM      MODE   MIN/SEC  PGS    STATUS
001  4/28  10:25        5205390960   EC--S  00'54 002        OK
```

---

# Sachnoff & Weaver, Ltd.

### Attorneys at Law
30 South Wacker Drive · 29th Floor · Chicago, Illinois 60606-7484
Telephone (312) 207-1000 · Fax (312) 207-6400

## Fax Cover Sheet

**DATE:** April 28, 1997     **TIME:**     **PAGES:** 2 (including cover page)

**FAX:** (520) 539-0960     **TEL.:** (520) 539-0959

**TO:** Robert M. Cook, Esq.     **CC:**

**COMPANY:** Law Offices of Robert M. Cook

**FROM:** Charles P. Schulman     **DIRECT TEL.:** (312) 207-3912

**RETURN CONFIRM.** _John Burroff_     **EXT.:**

**USER #:** 3779     **CLIENT MATTER:** 20327\0001

If you have any problems reading this transmission,
please call the fax operator at
(312) 207-1000 ext. 6177

*CONFIDENTIALITY NOTICE: The information contained in this facsimile message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please immediately notify us and return the original message to us via the U.S. Postal Service to our address listed above.*

**MESSAGE:**

robert m cook@ robertmcook.com

**TEZAK 0038**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive • 29th Floor • Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912

June 2, 1997

Facsimile (312) 207-6400

Richard G. Patrick, Esq.
Assistant United States Attorney
4000 U.S. Courthouse
230 North First Avenue
Phoenix, Arizona 85025

     *Re:*   *In re Tezak*

Dear Richard:

     I enclose a Stipulation of Dismissal which we are required to file in accordance with court approved Settlement Agreement.

     I would be grateful if you would execute the Stipulation and have a clerk file same in the Bankruptcy Court (with one or two stamped copies) so that we can close this matter. If you have any questions, please contact me. Thank you very much.

Very truly yours,

Charles P. Schulman

CPS/jr
Enclosure

**TEZAK 0039**

1  Charles P. Schulman                          Mary J. Kucharz, Esq.
2  Tracy L. Treger                              Assistant Corporation Counsel
   Sachnoff & Weaver, Ltd.                      City of Joliet
3  30 South Wacker Drive; Suite 2900            150 West Jefferson Street
   Chicago, Illinois 60606                      Joliet, Illinois 60431
4  (312) 207-1000

5
   Attorneys for Standard Mutual Insurance      Attorney for City of Joliet,
6  Company and Continental Casualty Corporation Illinois

7  Janet Napolitano
8  United States Attorney
   District of Arizona
9
   Richard G. Patrick    Arizona Bar No. 005148
10 Assistant United States Attorney
11 4000 U.S. Courthouse
   230 North First Avenue
12 Phoenix, AZ 85025
   (602) 514-7500
13

14            IN THE UNITED STATES BANKRUPTCY COURT

15              FOR THE DISTRICT OF ARIZONA

16 IN RE                              )    In Proceedings Under Chapter 11
17                                    )
   ROBERT J. TEZAK and NANCY J. TEZAK,)
18                                    )    Case Nos. 94-02013-PHX-CGC
                                      )            and
19            Debtors.               )          94-02014-PHX-CGC
                                      )    (Jointly Administered)
20 UNITED STATES OF AMERICA, STANDARD )
21 MUTUAL INSURANCE COMPANY,          )    Adversary Case No. 95-633
   CONTINENTAL CASUALTY COMPANY and   )
22 THE CITY OF JOLIET, ILLINOIS,      )    **STIPULATION OF**
23                                    )    **DISMISSAL PURSUANT**
             Plaintiffs,             )    **TO F.R.B.P. 7041(a)(1)**
24                                    )
       v.                             )
25                                    )
   ROBERT J. TEZAK and NANCY L. TEZAK,)
26                                    )
27            Defendants.            )
                                      )
28

**TEZAK 0040**

Standard Mutual Insurance Company, Continental Casualty Corporation, The City of Joliet, Illinois and the United States of America ("Plaintiffs") for their Stipulation of Dismissal of this adversary proceeding pursuant to Rule 7041(a)(1) of the Federal Rules of Bankruptcy Procedure state as follows:

1. Plaintiffs (with the exception of the United States) are members of the class of creditors representing restitution claimants under the Debtors' Plan of Reorganization.

2. On September 20, 1995, Plaintiffs filed the above-captioned adversary complaint against the Debtors to determine the dischargeability of certain debts pursuant to Sections 523(a)(7) and 523(c)(13) of the Bankruptcy Code.

3. On May 8, 1996 Defendants filed their answer to Plaintiffs' complaint.

4. On or about December 15, 1995, Plaintiffs and Defendants entered into that certain Settlement Agreement (the "Agreement") which provided, among other things, for the dismissal of the instant complaint upon payment of certain amounts to the class of restitution creditors.

5. Plaintiffs (with the exception of the United States) have received from the Debtors the settlement amount as set forth in the Agreement, with interest. Defendants have otherwise complied with their obligations under the Agreement. Accordingly, Plaintiffs are required to execute this Stipulation.

2

**TEZAK 0041**

6. By executing this Stipulation, Plaintiffs stipulate as to the dismissal of the instant adversary proceeding in accordance with Rule 7041(a)(1).

STANDARD MUTUAL INSURANCE COMPANY and
CONTINENTAL CASUALTY COMPANY

By: _____
    One of Their attorneys
    Charles P. Schulman, Esq.
    Sachnoff & Weaver, Ltd.
    30 S. Wacker Drive
    Suite 2900
    Chicago, Illinois 60606


CITY OF JOLIET, ILLINOIS


By: _____
    One of its attorneys
    Mary J. Kucharz, Esq.
    Assistant Corporation Counsel
    City of Joliet
    150 West Jefferson Street
    Joliet, Illinois 60431

UNITED STATES OF AMERICA

By: _____
    One of its attorneys
    Janet Napolitano
    United States Attorney
    District of Arizona
    4000 U. S. Courthouse
    230 North First Avenue
    Phoenix, AZ 85025
    (602) 514-7500

3

**TEZAK 0042**

**Sachnoff & Weaver, Ltd.**

Attorneys at Law

30 South Wacker Drive · 29th Floor · Chicago, Illinois 60606-7484

Telephone (312) 207-1000

Charles P. Schulman
(312) 207-3912
cschulman@sachnoff.com

Facsimile (312) 207-6400

January 29, 1998

Charles M. Fraenkel, Esq.
Leahy, Eisenberg & Fraenkel, Ltd.
161 N. Clark Street; Suite 1325
Chicago, IL 60601

Re: *In re Tezak*

Dear Chuck:

Here are the final two checks to Standard Mutual and CNA. If you have any questions, please call.

Very truly yours,

Charles P. Schulman

CPS/jlb
Enclosures

**TEZAK 0043**