# ReedSmith

**William S. Weltman**
Direct Phone: +1 312 207 6551
Email: wweltman@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

May 7, 2013

**VIA HAND DELIVERY**

Daniel E. Radakovich
Attorney at Law
900 West Jackson Blvd.
Suite 5-E
Chicago, IL 60607-3024

Dear Dan,

Enclosed with this letter are documents that are responsive to the subpoena issued to Reed Smith LLP in case number: 92-CR-652-5. I, William S. Weltman, certify that I reviewed the file from Reed Smith LLP's Chicago Office's predecessor firm, Sachnoff & Weaver, Ltd. and state that to the best of my knowledge and belief the bates-stamped documents numbered Tezak 0001 through 0043 are complete and responsive to the subpoena. Please let me know if you have any questions or if there is anything further you need.

Sincerely,

William S. Weltman
WSW/bg
Encls.



EXHIBIT
H

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ HOUSTON
SINGAPORE ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ KAZAKHSTAN

05/07/2013 12:04 PM