IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                  Plaintiff,           )
                                )           Case No: 92 CR 652
     v.           )
                                )           Honorable Matthew F. Kennelly
ROBERT J. TEZAK,           )           *Judge Presiding*
              Defendant.           )

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the 16th day of May, 2013 I have caused to be filed with the Clerk of the Circuit Court for the United States District Court for the Northern District of Illinois via the CM/ECF system the Final Supplemental Submission of Defendant Robert J. Tezak.

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2013, I provided service via CM/ECF PACER to all parties of record.

By: /s/ Daniel E. Radakovich
       Daniel E. Radakovich,
       Attorney for Defendant Robert J. Tezak

DANIEL E. RADAKOVICH
Attorney for Defendant
900 West Jackson Boulevard
Suite 5-East
Chicago, Illinois 60602
312/ 733-5116