

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK



312-435-5670

July 8, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: USA v. Robert J. Tezak

U.S.D.C. DOCKET NO. : *92 CR 652-5*

U.S.C.A. DOCKET NO. : 13-2314

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF *ELECTRONIC* PLEADING(S)    4

VOLUME(S) OF *ELECTRONIC* TRANSCRIPT(S)    1

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: /s/ Sheila Moore, Deputy Clerk

U.S.C.A. - 7th Circuit
RECEIVED SDP

JUL 08 2013

GINO J. AGNELLO
CLERK