

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
**CLERK**

312-435-5670

July 25, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: USA vs. Robert J. Tezak

U.S.D.C. DOCKET NO. : 92 cr 652-5

U.S.C.A. DOCKET NO. : 13-2314

Dear Mr. Agnello:

Please find attached the supplemental record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)

 VOLUME(S) OF TRANSCRIPT(S)  ONE(1)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                    Very truly yours,

                                    Thomas G. Bruton, Clerk

                                    By: /s/ Yvette Pearson
                                        Deputy Clerk

I, THOMAS G. BRUTON, Clerk of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, the following, to wit, in supplement to the Record on Appeal heretofore certified to your court on 7/8/2013.

USDC NO. : 92 cr 652-5

USCA NO. : 13-2314

| DATE | ITEM NO. | DESCRIPTION |
|---|---|---|
| 7/15/2013 | 432 | Transcript of hearing held 5/23/2013 |

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of aforesaid court at Chicago, Illinois, this 25th day of July 2013.

Thomas G. Bruton, Clerk

By: /s/ Yvette Pearson
Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ YVETTE PEARSON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
July 25, 2013

appsupcer.wpt