UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 92 CR 652 |
| | ) |
| ROBERT TEZAK, | ) |
| | ) |
| Defendant. | ) |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

        Respectfully submitted,

        GARY S. SHAPIRO
        United States Attorney

        By: s/ Elizabeth Wilson
          ELIZABETH WILSON
          Assistant United States Attorney
          219 South Dearborn Street
          Chicago, Illinois 60604
          (312) 353-5331