**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                     Case No.: 1:92–cr–00652
                                              Honorable Matthew F. Kennelly

, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 5, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Robert J. Tezak: Motion hearing held on 11/5/2014. Motion for order [463] is granted. Draft order to be submitted to Judge Kennelly's proposed order email address. The government is directed to terminate the citation to discover assets to JP Morgan Chase Bank by 11/6/2014. Responses to motion for turnover order due by 12/1/2014; Replies due by 12/11/2014. Motion set for ruling on 12/17/2014 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.