UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT TEZAK, | ) No. 92 CR 652-5 |
| Defendant, | ) |
| | ) Judge Matthew F. Kennelly |
| and | ) |
| | ) |
| ILLINOIS MUNICIPAL RETIREMENT FUND and JP MORGAN CHASE BANK NA, | ) |
| Third Party Citation Respondent. | ) |

### ORDER

This matter came on for hearing on November 5, 2014 on the United States' Motion for Order Setting a Deadline for Third-Party Claims and Filing a Response to the United States' Motions for Turnover Orders (Doc. 463). The Court has reviewed the motion and finds as follows:

1. On May 1, 2014, the United States filed a Consolidated Motion for Turnover, seeking turnover of the assets held by Merrill Lynch and JP Morgan Chase (Doc. 452).

2. On May 14, 2014, the Court granted the United States Consolidated Motion for Turnover and turnover orders directed to Merrill Lynch (Doc. 456) and JP Morgan Chase (Doc. 455) were entered.

3. On May 14, 2014, an answer to the United States' Consolidated Motion for Turnover was received by the Court and was entered on the docket on May 16, 2014 (Doc. 458).

4. On or about May 9, 2014, the United States caused a citation to discover assets

directed to the respondent, Illinois Municipal Retirement Fund turnover of 25% of the defendant's net monthly pension benefit.

3. On June 10, 2014, the United States filed a Motion for Turnover (Doc. 459) seeking turnover of 25% of the defendant's net monthly pension benefit. On June 24, 2014, a hearing on the United States Motion for Turnover was held. Pursuant to the hearing, the Court issued a minute entry which provided that the defendant had until July 11, 2014 to respond to the United States' motion for turnover order (Doc. 461).

4. On July 11, 2014, the defendant submitted a response to the United States Motion for Turnover (Doc. 459) to chambers, but did not mail a copy of the response to the United States.

5. On July 28, 2014, the United States filed a Motion for Order Setting a Deadline for Third-Party Claims and Filing a Response to the United States' Motions for Turnover Orders (Doc. 463). A hearing on the Motion was held on November 5, 2014. At the hearing, the United States advised that the defendant's father had made a claim directly to the United States for the funds in the JP Morgan Chase account and therefore, the citation would be terminated. Accordingly,

IT IS THEREFORE, ORDERED THAT

a. The Turnover Order directed to JP Morgan Chase (Doc. 455), entered on May 14, 2014, is hereby vacated;

b. The deadline for the filing of a response by the defendant to the United States' Motion for Turnover of 25% of the defendant's net pension fund benefit from the respondent, Illinois Municipal Retirement Fund, is December 1, 2014 and any reply by the United States is due by December 11, 2014. The defendant is directed to mail a copy of his response to both the

Court and to the United States Attorney's Office, 291 S. Dearborn St., 5th Floor, Chicago, IL 60604; and

    c.    Ruling on the United States' Motion for Turnover (Doc. 459) is set for December 17, 2014 at 9:30 a.m.

ENTER:

_____
Matthew F. Kennelly
United States District Judge

Date: Nov. 5, 2014