UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT J. TEZAK, | ) | Case No. 92 CR 652-5 |
|            Defendant, | ) | |
| | ) | |
| and | ) | Judge Matthew F. Kennelly |
| | ) | |
| JP MORGAN CHASE BANK NA, | ) | |
| | ) | |
|       Third Party Respondent. | ) | |

## TERMINATION OF CITATION PROCEEDINGS

The United States, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, terminates the citation proceedings against all accounts, including but not limited to checking accounts ending in 6923 and 9825, held by the respondent. Therefore, any funds being withheld by the referenced account may be released.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: /s/ Elizabeth A. Wilson
   ELIZABETH A. WILSON
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604 (312)
   353-5331
   elizabeth.wilson2@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

UNITED STATES' TERMINATION OF CITATION PROCEEDINGS

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on November 14, 2014, to the following non-ECF filers:

Robert J. Tezak

Mesa, AZ

Paul Bjekich
3225 Corporate Drive
Joliet, IL 60431
Attorney for Quintin Tezak

Laura A. Lynch
JP Morgan Chase Bank NA
Court Orders and Levies Department
PO Box 183164
Columbus, OH 43218-3164

By: /s/ Elizabeth A. Wilson
ELIZABETH A. WILSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604 (312) 353-5331
elizabeth.wilson2@usdoj.gov