EXHIBIT "A"

Tez
2340 S. Standage
Mesa, AZ 85202

Attn: Eliz. Wilson

United States Attorney's Office
Northern District of Illinois
219 S. Dearborn St #500
Chicago, IL 60604

