UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 92 CR 652-5 |
| ROBERT TEZAK, | ) |
| Defendant, | ) Judge Matthew F. Kennelly |
| and | ) |
| ILLINOIS MUNICIPAL RETIREMENT FUND | ) |
| Third Party Citation Respondent. | ) |

## TURNOVER ORDER

This matter is before the Court on the motion of the United States for a turnover order. The Court has reviewed the motion and finds as follows:

1. Judgment in the captioned matter was entered in favor of the United States and against the defendant on May 23, 2013. As of December 11, 2014, the defendant has an outstanding balance of $890,066.81.

2. A citation to discover assets directed to the respondent, Illinois Municipal Retirement Fund, was issued on the judgment on May 9, 2014. The defendant was served on May 12, 2014 with statutory notice.

3. The respondent answered the citation on May 22, 2014. In its answer, the respondent stated that at the time the citation was served, the respondent had in its possession or under its control pension fund benefits belonging to the defendant. Based on the respondent's answer, the United States is entitled to 25% of the defendant's net pension fund benefits for each

month since the citation was served and continuing each month until the debt is paid in full, or until the respondent no longer has custody, possession or control of any pension fund benefits belonging to the defendant, or until further order of this Court.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. Accordingly, all payments should have 92 CR 652-5 written in the lower left corner of the check and be submitted to:

> Clerk of the Court
> U.S. District Court, Northern District of Illinois
> 219 South Dearborn Street, 20th Floor
> Chicago, Illinois 60604

It is therefore,

ORDERED that the respondent, Illinois Municipal Retirement Fund, shall submit to the Clerk of the Court for the Northern District of Illinois 25% of the defendant's net pension fund benefits for each month since the citation was served and continuing each pay period until the debt is paid in full, or until the respondent no longer has custody, possession or control of any pension fund benefits belonging to the defendant, or until further order of this Court.

ENTER:

_____
Matthew F. Kennelly
United States District Judge

Date: 12/29/2014