```
049J820332773      $00.480    11/05/2014
                              Mailed From 60604
                              US POSTAGE
```

neopost℠

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

S. SUNURGAN
[address obscured]

← Return to sender

Nan Rogers Nolan
Attorney at Law
300 South Wacker Drive
Suite 1700
Chicago IL 60606

Has not been at this address for years! please update your Records !!!!!!!!!!

2014 NOV 10 PM 2:[?]